# EXHIBIT 1

SB1909 Enrolled                                    LRB103 30707 LNS 57182 b

1        AN ACT concerning civil law.

2    **Be it enacted by the People of the State of Illinois,**
3    **represented in the General Assembly:**

4        Section 1. Legislative intent. The laws and public policy
5    of this State have established the fundamental rights of
6    individuals to make autonomous decisions about their own
7    reproductive health, including the fundamental right to use or
8    refuse reproductive health care. It is also the public policy
9    of the State to ensure that patients receive timely access to
10   information and medically appropriate care and that consumers
11   are protected from deceptive and unfair practices. Despite
12   these laws, vulnerable State residents and nonresidents
13   seeking health care in this State have repeatedly been misled
14   by organizations and their agents purporting to provide
15   comprehensive reproductive health care services, but which, in
16   reality, aim to dissuade pregnant persons from considering
17   abortion care through deceptive, fraudulent, and misleading
18   information and practices, without any regard for a pregnant
19   person's concerns or circumstances. These organizations pay
20   for advertising, including online and on billboards and public
21   transportation, that is intended to attract consumers to their
22   organizations and away from medical providers that offer
23   comprehensive reproductive care. The advertisements and
24   information given by these organizations provide grossly

SB1909 Enrolled - 2 - LRB103 30707 LNS 57182 b

1   inaccurate or misleading information overstating the risks
2   associated with abortion, including conveying untrue claims
3   that abortion causes cancer or infertility and concealing data
4   that shows the risk of death associated with childbirth is
5   approximately 14 times higher than the risk of death
6   associated with an abortion. This misinformation is intended
7   to cause undue delays and disruption to protected,
8   time-sensitive, reproductive health care services, and the
9   State has an interest in preventing health risks and
10  associated costs caused and compounded by unnecessary delays
11  in obtaining life-changing or life-saving reproductive care.
12  Even when an organization offers free services, all of this
13  activity has a commercial and economic impact on where, when,
14  and how reproductive care is provided. The conduct of these
15  organizations has become increasingly aggressive following the
16  United States Supreme Court decision in Dobbs v. Jackson
17  Women's Health Organization, 142 S.Ct. 2228 (2022). The State
18  has an interest to protect against deceptive, fraudulent, and
19  misleading advertising and practices that interfere with an
20  individual's ability to make autonomous, informed, and
21  evidence-based decisions about the individual's reproductive
22  health and have timely access to quality reproductive health
23  care that adheres to accepted standards of medical practice or
24  care. The State also has an interest to protect against
25  deceptive and unfair practices affecting trade and commerce,
26  to ensure a free, open, and fair marketplace for all

SB1909 Enrolled - 3 - LRB103 30707 LNS 57182 b

marketplace participants. At the same time, it is the public policy of the State to respect the right to hold and express deeply held beliefs about abortion so long as fraud, deception, and misleading practices are not employed to interfere with or prevent another from accessing comprehensive reproductive health care. It is not the intention of this Act to regulate, limit, or curtail the ability to counsel against abortion if an organization and its agents are otherwise operating in compliance with the law.

Section 5. The Consumer Fraud and Deceptive Business Practices Act is amended by adding Section 2BBBB as follows:

(815 ILCS 505/2BBBB new)

Sec. 2BBBB. Deceptive practices related to limited services pregnancy centers.

(a) As used in this Section:

"Abortion" means the use of any instrument, medicine, drug, or any other substance or device to terminate the pregnancy of an individual known to be pregnant with an intention other than to increase the probability of a live birth, to preserve the life or health of the child after live birth, or to remove a dead fetus, as defined in Section 1-10 of the Reproductive Health Act.

"Affiliates" has the meaning given to the term "hospital affiliate" as defined in subsection (b) of Section 10.8 of the

SB1909 Enrolled - 4 - LRB103 30707 LNS 57182 b

1 Hospital Licensing Act.
2 "Emergency contraception" means one or more prescription
3 drugs (i) used separately or in combination for the purpose of
4 preventing pregnancy, (ii) administered to or
5 self-administered by a patient within a medically recommended
6 amount of time after sexual intercourse, and (iii) dispensed
7 for such purpose in accordance with professional standards of
8 practice.
9 "Limited services pregnancy center" means an organization
10 or facility, including a mobile facility, that:
11     (1) does not directly provide abortions or provide or
12   prescribe emergency contraception, or provide referrals
13   for abortions or emergency contraception, and has no
14   affiliation with any organization or provider who provides
15   abortions or provides or prescribes emergency
16   contraception; and
17     (2) has a primary purpose to offer or provide
18   pregnancy-related services to an individual who is or has
19   reason to believe the individual may be pregnant, whether
20   or not a fee is charged for such services.
21 "Limited services pregnancy center" does not include:
22     (1) a health care professional licensed by the
23   Department of Financial and Professional Regulation;
24     (2) a hospital licensed under the Hospital Licensing
25   Act and its affiliates; or
26     (3) a hospital licensed under the University of

SB1909 Enrolled - 5 - LRB103 30707 LNS 57182 b

1 Illinois Hospital Act and its affiliates.
2 "Limited services pregnancy center" includes an organization
3 or facility that has employees, volunteers, or agents who are
4 health care professionals licensed by the Department of
5 Financial and Professional Regulation.
6 "Pregnancy-related services" means any medical service, or
7 health counseling service, related to the prevention,
8 preservation, or termination of pregnancy, including, but not
9 limited to, contraception and contraceptive counseling,
10 pregnancy testing, pregnancy diagnosis, pregnancy options
11 counseling, limited obstetric ultrasound, obstetric
12 ultrasound, obstetric sonogram, sexually transmitted
13 infections testing, and prenatal care.
14 (b) A limited services pregnancy center shall not engage
15 in unfair methods of competition or unfair or deceptive acts
16 or practices, including the use or employment of any
17 deception, fraud, false pretense, false promise, or
18 misrepresentation, or the concealment, suppression, or
19 omission of any material fact, with the intent that others
20 rely upon the concealment, suppression, or omission of such
21 material fact:
22     (1) to interfere with or prevent an individual from
23     seeking to gain entry or access to a provider of abortion
24     or emergency contraception;
25     (2) to induce an individual to enter or access the
26     limited services pregnancy center;

SB1909 Enrolled  - 6 -  LRB103 30707 LNS 57182 b

1     (3) in advertising, soliciting, or otherwise offering
2 pregnancy-related services; or
3     (4) in conducting, providing, or performing
4 pregnancy-related services.
5 (c) A violation of this Section constitutes a violation of
6 this Act.

7 Section 97. Severability. The provisions of this Act are
8 severable under Section 1.31 of the Statute on Statutes.

9 Section 99. Effective date. This Act takes effect upon
10 becoming law.