# EXHIBIT 1A




Office of the
Illinois Attorney General
**Kwame Raoul**

# ATTORNEY GENERAL RAOUL'S LEGISLATION TO ADDRESS DECEPTIVE PRACTICES BY CRISIS PREGNANCY CENTERS HEADED TO GOVERNOR'S DESK

May 10, 2023

**Chicago** — Attorney General Kwame Raoul today applauded the Illinois House of Representatives' passage of his legislation to hold crisis pregnancy centers that engage in deceptive practices accountable.

Illinois law establishes the fundamental rights of individuals to make autonomous decisions about their reproductive health. There have been reports in Illinois and nationwide of limited services pregnancy centers, often referred to as "crisis pregnancy centers," using deceptive and misleading practices to spread false information and interfere with patients' timely access to the full range of reproductive care.

"I witnessed deceptive crisis pregnancy center tactics firsthand on a visit to tour a Planned Parenthood health center in Illinois. People who appeared as though they might work there were outside attempting to divert us away from the health center," Raoul said. "Patients report going to crisis pregnancy centers – sometimes even receiving exams and ultrasounds – thinking they were visiting a different clinic that offers the full range of reproductive care. This is an extreme violation of trust and patient privacy that should not occur in our state. I would like to thank members of the House for passing legislation to help my office hold those engaging in deceptive practices accountable."

Senate Bill 1909, sponsored by Rep. Terra Costa Howard, will next go to the governor for approval.

"These fake clinics were set up specifically to deceive patients who are seeking reproductive healthcare," said Rep. Costa Howard. "These so-called clinics actually put patients' health at risk by interfering with their access to comprehensive care, and it's time to hold them accountable for their deceptive practices."

While crisis pregnancy centers' advertising may offer general pregnancy-related services, these facilities do not offer the full range of reproductive care, and the mission of most crisis pregnancy centers is to convince pregnant people to carry to term and not have an abortion. Many provide misleading information overstating the risks associated with abortion, including conveying false claims that abortion causes cancer or infertility.

Some are located near clinics that do provide comprehensive reproductive care and use names similar to clinics to misdirect patients and prevent them from accessing the full range of information and care. Crisis pregnancy centers do not provide abortions or referrals for abortions. Many do not provide contraceptives or comprehensive prenatal care. They often do not have any medical professionals on-site, and they do not necessarily disclose any of these limitations in their online or in-person materials. They also may not keep medical records and personal information private and confidential.

In addition to initiating SB 1909, Attorney General Raoul has offered recommendations to patients seeking reproductive care to ensure they can access comprehensive health services. Patients should check to be certain that they are entering the correct facility because crisis pregnancy centers may be located near abortion clinics and use similar names to divert women away from abortion providers. They should also make sure the facility they plan to visit offers the full range of reproductive care options if that is what they seek.

Translate Website

Back to News Room

Back to Home Page

  



    

Contact Us
Privacy Policy

500 S. 2nd St.
Springfield, IL 62701
(217) 782-1090

100 W. Randolph St.
Chicago, IL 60601
(312) 814-3000

601 S. University Ave.
Carbondale, IL 62901
(618) 529-6400

Individuals with hearing or speech disabilities can reach us by using the 7-1-1 relay service.