# EXHIBIT 2



Empowering the Choice of Life

Username... Password... Member Log In

Forgot password?

National Institute of Family and Life Advocates



About NIFLA   Membership   Training   Products   Resources   Leadership Summit   Donate

# National Commitment of Care and Competence

1. Clients are served without regard to age, race, income, nationality, religious affiliation, disability or other arbitrary circumstances.
2. Clients are treated with kindness, compassion and in a caring manner.
3. Clients always receive honest and open answers.
4. Client pregnancy tests are distributed and administered in accordance with all applicable laws.
5. Client information is held in strict and absolute confidence. Releases and permissions are obtained appropriately. Client information is only disclosed as required by law and when necessary to protect the client or others against imminent harm.
6. Clients receive accurate information about pregnancy, fetal development, lifestyle issues, and related concerns.
7. We do not offer, recommend or refer for abortions, abortifacients, or contraceptives. We are committed to offering accurate information about related risks and procedures.
8. All of our advertising and communications are truthful and honest, and accurately describe the services we offer.
9. We provide a safe environment by screening all volunteers and staff interacting with clients.
10. We are governed by a board of directors and operate in accordance with our articles of incorporation, bylaws and stated purpose and mission.
11. We comply with applicable legal and regulatory requirements regarding employment, financial management, fundraising, taxation, and public disclosure, including the filing of all applicable government reports in a timely manner.

12. Medical services are provided in accordance with applicable laws, and in accordance with pertinent medical standards, under the supervision and direction of a licensed physician.
13. All of our staff and volunteers receive appropriate training to uphold these standards.



**National Institute of Family and Life Advocates**

Fredericksburg, VA 22407

Phone: (540) 372-3930 • Fax: (540) 372-3929

*Please support our corporate sponsors:*

 

Copyright © 2020 by NIFLA, a registered 501(c)(3) nonprofit organization. All rights reserved. Privacy Policy