# EXHIBIT 3

# ABORTION PILLS
## KNOW THE FACTS AND RISKS

### CALL US FOR A FREE ULTRASOUND

It is fast and easy to confirm how far along you are, if your pregnancy is viable (alive), and to rule out ectopic.

### FOR YOUR HEALTH, WE URGE YOU TO KNOW THE FACTS OF MEDICATION (AT-HOME) ABORTIONS BEFORE YOU ACT

Our clinic is a safe, non-judgmental place to consider all your options. Our medical staff can answer your questions about risks of the procedure and safety afterwards. We care about you and are here to help.

### IF YOU DECIDE TO TAKE THE ABORTION PILL, AND THEN HAVE SECOND THOUGHTS...

It may not be too late to stop the abortion. Help is available for you. Many women have taken the first mifepristone pill and were able to continue their pregnancies by taking progesterone (with a 64-68% success rate). If you are in this situation, call our clinic or the hotline now: 877-558-0333.

Scan to find the citations for the information found in this brochure.

www.nifla.org

©NIFLA 2021

# FACTS YOU NEED TO KNOW



- **DO NOT** take the abortion pills if you are more than 10 weeks from your last period. The FDA has not approved it for use after 70 days (10 weeks).
- Medication abortion involves taking **two drugs** called mifepristone and misoprostol.
- Mifepristone is taken first by mouth. It blocks the action of progesterone, a hormone necessary for a successful pregnancy.
- Misoprostol is taken 24-48 hours later. It causes the muscles of the uterus to contract and push out the pregnancy.

## DO NOT TAKE ABORTION PILLS IF YOU:

- Use an IUD
- Are past 10 weeks from your last period
- Have an ectopic pregnancy
- Are miscarrying
- Have anemia or bleeding disorders
- Have liver or kidney disease
- Have seizures or digestive issues

## WHAT TO EXPECT AND POSSIBLE RISKS:

- Heavy and prolonged bleeding
- Heavy and prolonged cramping
- Large bloody clots the size of lemons
- Nausea, Vomiting, Diarrhea
- Fever, Chills, Headache
- Incomplete abortion
- Hemorrhaging
- Infection
- Allergic reaction
- Retained tissue
- High complication rate
- 7% need additional surgical procedures
- 85% report adverse reactions
- Adverse effects reported to the FDA for 30+ days
- 8% of patients experience bleeding
- 3,000 women had complications
- 24 women died
- 500 women were at risk of death

## ONLINE AND MAIL ORDER ABORTION PILLS HAVE EVEN MORE RISKS

- No doctor assessing your health risks before taking this medication
- No accurate dating of your pregnancy to be sure below 10 weeks
  - Many women are incorrect about how far along they really are and the risk of death increases 38% every week beyond 8 weeks
- No ultrasound to rule out life-threatening ectopic pregnancy
- No physical exam to rule out miscarriage
  - Up to 26% of pregnancies end in miscarriage
- No Rh-negative treatment if needed which could affect your future fertility
- No follow-up to confirm you are no longer pregnant and to assess blood loss
- It is illegal to order online in many states
- No guarantee about the quality of the pills
- No guarantee that the pills aren't being forced upon women without their consent

