# EXHIBIT 4

## Coping with Morning Sickness

*Morning sickness* is nausea and vomiting that occurs during pregnancy, typically in the 1st trimester. Most women experience these symptoms in the morning; however, it can happen at other times during the day as well.

Tips that may help alleviate symptoms:
- Eat small, frequent meals during the day.
- Snack on crackers or dry cereal.
- Eat high-protein foods and complex carbohydrates.
- Make sure to stay well hydrated.
- Avoid fatty, spicy, acidic, rich, fried, or strongly flavored foods.
- Avoid strong odors.
- Stay in well-ventilated areas.
- Take vitamins/supplements with a meal or before bed.
- Talk to your doctor about taking vitamin B-6 or using ginger or peppermint to help ease your symptoms.
- Get plenty of rest.

Contact Your Healthcare Provider If:
- You produce no urine or only a little urine that's dark in color.
- You can't keep liquids down.
- You feel dizzy or faint when you stand up.
- Your heart races.



## 1st Trimester Development

(* LMP = Last Menstrual Period)
- **2-3 weeks after LMP** - Conception can occur at this time. At fertilization the eye color, hair color, gender, and more are already determined.
- **5 weeks after LMP** - The brain, spine, and heart are beginning to form. At the end of this week, the heart will begin pumping blood. Your embryo is the size of a sesame seed.
- **6 weeks after LMP** - The eyes, nostrils, and arms are taking shape.
- **7 weeks after LMP** - Hands, feet, mouth, and face are forming. The trachea and bronchi of the lungs have formed.
- **8 weeks after LMP** - Facial features are becoming more defined, and fingers and toes are starting to develop.
- **9 weeks after LMP** - The arms continue to grow, and elbows develop. Tiny toes are visible and eyelids form.
- **10 weeks after LMP** - Toes and fingers lose their webbing, fingerprints are being formed, and bone cells are replacing cartilage.
- **11 weeks after LMP** – The fetus starts to make breathing movements and can open its mouth and swallow. Teeth buds appear, and external genitalia start to develop.
- **12 weeks after LMP** - The thyroid, pancreas, and kidneys are functioning. The fingernails start to grow.

## 2nd Trimester Development

- **13 weeks after LMP** - All major organs are formed now; the most critical portion of development is complete.
- **16 weeks after LMP** - The fetus can move its eyes slowly. Hearing begins to form, and lung development continues.
- **18 weeks after LMP** – The fetus begins to respond to sound. The digestive system has started to work. Further brain growth occurs.
- **20 weeks after LMP** – The fetus is now covered in fine hair called lanugo and has some hair on the head as well. The fetus has a regular pattern of sleeping and waking.
- **21 weeks after LMP** - The fetus is now able to suck its thumb and grasp.

## 3rd Trimester Development

- **25 weeks after LMP** - Respiration is possible toward the end of this week.
- **28 weeks after LMP** - The fetus has eyelashes. Its central nervous system can control breathing movements and body temperature.
- **33 weeks after LMP** - The fetus is forming muscle and storing body fat.
- **38 weeks after LMP** - The fetus's toenails have grown to the tips of the toes. The fetus continues to put on weight.
- **40 weeks after LMP** - The fetus is now full term.



## Pregnancy Care Recommendations

- Get in to see an OB-GYN as soon as possible to start prenatal care.
- Take prenatal vitamins that contain iron, DHA, and Folic Acid.
- Avoid smoking, alcohol consumption, or drug use.
- Avoid prolonged vigorous exercise.
- Do not clean a cat's litter box.
- Wash produce thoroughly.
- Cook raw meat thoroughly and heat deli meat before consuming.
- Ensure that all dairy products, ciders, and juices are pasteurized.
- Do not eat raw seafood (sushi).
- Limit caffeine intake to 1 cup/can per day (12oz or less).
- Only take Tylenol (acetaminophen) for pain relief. **AVOID** ibuprofen (Advil, Motrin), aspirin, and Aleve products.
- Do not take any other medications unless otherwise directed by your healthcare provider.
- Get plenty of rest and stay well hydrated.



**References:**

Mayo Foundation for Medical Education and Research. (2022) Retrieved from https://www.mayoclinic.org/diseases-conditions/morning-sickness/symptoms-causes/syc20375254#:~:text=Morning%20sickness%20is%20feeling%20like,first%20three%20months%20of%20pregnancy.

Curran, M. (2019). *Fetal development*. Retrieved from http://perinatology.com/Reference/Fetal%20development.htm

Mayo Foundation for Medical Education and Research. (2020). *Pregnancy week by week: Fetal development: The 1st trimester*. Retrieved from https://www.mayoclinic.org/healthy-lifestyle/pregnancy-week-by-week/in-depth/prenatal-care/art-20045302

Mayo Foundation for Medical Education and Research. (2020). *Pregnancy week by week: Healthy pregnancy*. Retrieved from https://www.mayoclinic.org/healthy-lifestyle/pregnancy-week-by-week/basics/healthy-pregnancy/hlv-20049471

Mayo Foundation for Medical Education and Research. (2020). *Pregnancy week by week: Fetal development: The 3rd trimester*. Retrieved from https://www.mayoclinic.org/healthy-lifestyle/pregnancy-week-by-week/in-depth/fetal-development/art-20045997



**focus women's center**

815-322-1585

409 N. Front Street    l    McHenry, IL 60050

Pregnancy Brochure 10-12-22

# Your Pregnancy



## PREGNANCY INFORMATION GUIDE