# EXHIBIT 6

## Up to 11 weeks after LMP*

### Medical Abortion: RU-486 "Abortion Pill" (Mifepristone & Misoprostol)

The most common regime is a two-step process involving a combination of 2 medications:

- *Mifepristone (RU486)* is given orally to block progesterone (a hormone needed for the pregnancy to continue) causing the embryo to die.
- Misoprostol is taken 24-48 hours later. This pill induces uterine contractions, causing the uterus to empty.

A follow-up visit with the abortion provider 1-2 weeks after taking RU-486 is necessary to ensure that the abortion was complete and that there are no immediate complications.

#### Risks and Side Effects

- Severe pain/cramping, heavy bleeding, nausea, weakness, headache, dizziness, diarrhea, vomiting, mild fever or chills
- Very rarely, serious and life-threatening bleeding, infections, and other complications can occur.
- The Abortion Pill is not advised for those who have anemia, bleeding disorders, liver or kidney disease, seizure disorder, acute inflammatory bowel disease, or use an intrauterine device (IUD).

> **Fetal Development (weeks 4-9)**
> - Nerves, brain, spinal cord begin to develop
> - Heart begins to beat
> - Eyes, arms, legs, lungs, bones and every essential organ begin to form

> **Can you reverse the effects of the abortion pill?**
> A process called Abortion Pill Reversal (APR) may help increase the chance of a pregnancy continuing if started within 24-72 hrs of taking mifepristone when misoprostol is *not* taken. For more information about APR, call 877-558-0333 or visit https://abortionpillreversal.com

## Up to 16 weeks after LMP*

### Surgical Abortion: Suction Aspiration or Vacuum Aspiration

This is the most common in-clinic abortion.

- During an aspiration abortion, a speculum is inserted into the vagina and the cervix is dilated (opened) so that a suction tube can fit through it.
- Once your cervix is wide enough, a small tube is then inserted through the cervix into the uterus and is attached to a suction device. The fetus is then suctioned out in pieces.
- Sometimes a curette (long, loop-shaped knife) is used to scrape the lining, placenta, and fetus away from the uterus. When this is used, the abortion is called a **D&C (Dilation and Curettage)**.

#### Risks and Side Effects

- Cramping for 1-4 days afterwards
- Bleeding that may last for up to 2 weeks
- Heavy or prolonged bleeding is possible
- Although rare, risks include damage to the cervix, perforation of the uterus, hemorrhaging, and infection due to either retained products of conception, or STDs or bacteria being introduced into the uterus.
- Although rare, some complications may be life threatening.

> **Fetal Development (weeks 9-13)**
> - Ears, fingers with permanent fingerprints, toes, & genitals form
> - Fetus can make a fist

*Last Menstrual Period

## 14 to 23 weeks after LMP*

### Surgical Abortion: Dilation & Evacuation (D&E)

- The cervix is dilated, which may take several hours up to a day to become wide enough.
- Some patients require a shot through the abdomen to stop the fetal heartbeat before the procedure.
- Vacuum suction might be used, along with surgical instruments such as forceps to remove larger fetal parts, or a curette to scrape the uterine lining.

#### Risks and Side Effects

- Nausea, bleeding, and cramping may occur for 2 weeks after the procedure.
- Although rare, risks include damage to the cervix, perforation of the uterus, hemorrhaging, blood clots, and infection due to either retained products of conception, or STDs or bacteria being introduced into the uterus.
- Although rare, some complications may be life threatening.

> **Fetal Development (weeks 14-20)**
> - Fetus begins sucking thumb
> - Nails grow on fingers and toes
> - Eyebrows and eyelashes grow in
> - Patient begins feeling fetal movement

> **STDs and Abortion – Did you know?**
> STDs can pose serious complications for those who have abortions. Untreated STDs increase the risk of infections, such as Pelvic Inflammatory Disease (PID), which is a more serious and potentially deadly infection located deeper in your reproductive tract. Those considering abortion should be tested and treated for STDs prior to the procedure. Focus Women's Center offers FREE confidential testing for chlamydia and gonorrhea for patients that are considering abortion.

# Abortion

## PROCEDURES
## RISKS
## SIDE EFFECTS



---

### 20 weeks from LMP to Full Term

#### Late Term Abortions: Induction Abortion

- A lethal dose of medication is injected into the fetus's heart or amniotic fluid - giving the fetus a fatal heart attack.
- Medication will be given to help the uterus contract and the cervix dilate enough. The deceased fetus is then removed.

#### Risks and Side Effects

- Irregular bleeding/spotting for about 2 weeks.
- Cramping or excessive uterine contractions
- Hemorrhaging
- Possible damage to the uterus during injection of medicine into the amniotic sac
- Infection
- Although rare, some complications may be life threatening.

### Intact Dilation and Extraction (D&X) (Partial Birth Abortion)

- The cervix is dilated, and a living baby is vaginally delivered until either its head *or* its body is outside of the mother's body.
- The baby's skull is punctured, and the brain is removed.
- In some cases, the fetus's skull might be crushed prior to exiting the cervix.
- The vaginal delivery will continue until the full baby has been removed.

#### Risks and Side Effects

- Bleeding, reactions to anesthesia, damage to the cervix
- Although rare, some complications may be life threatening.

---

**DISCLAIMER**
This fact sheet is designed to be an informational tool only. It is not intended to provide medical advice or replace care from a qualified medical practitioner.

References
(1) U.S. National Library of Medicine. (2020). Miscarriage. Retrieved from https://medlineplus.gov/ency/article/001488.htm
(2) RxList Inc. (2020). Mifeprex RU486. Retrieved from https://www.rxlist.com/mifeprex-ru486-drug.htm#description
(3) Stacey, D. (2019). The abortion pill- RU486. Retrieved from https://www.verywellhealth.com/ru486-the-abortion-pill-906956
(4) U.S. Food and Drug Administration (FDA). (2016). Medication guide Mifeprex. Retrieved from https://www.fda.gov/media/72923/download
(5) Gynecology and Society of Family Planning Committee on Practice Bulletins, Creinin, M, & Grossman, D. (2014). Medical management of first trimester abortion. The American College of Obstetricians and Gynecologists, 2014(143), 1-18. Retrieved from https://www.acog.org/clinical/clinical-guidance/practice-bulletin/articles/2014/03/medical-management-of-first-trimester-abortion
(6) Guttmacher Institute. (2020). Medication abortion. Retrieved from https://www.guttmacher.org/evidence-you-can-use/medication-abortion#
(7) Mayo Foundation for Medical Education and Research. (2020). Ectopic pregnancy. Retrieved https://www.mayoclinic.org/diseases-conditions/ectopic-pregnancy/symptoms-causes/syc-20372088
(8) Gotter, A. (2016). Surgical abortion. Retrieved from https://www.healthline.com/health/surgical-abortion
(9) American College of Obstetricians and Gynecologists' Committee on Obstetric Practice, Pettker, C., Goldberg, J., El-Sayed, Y., Copel, J., & Society for Maternal Fetal Medicine. (2017). Committee opinion: Methods for estimating due date. American College of Obstetricians and Gynecologists, 2017(700), 1-5. Retrieved from https://www.acog.org/-/media/project/acog/acogorg/clinical/files/committee-opinion/articles/2017/05/methods-for-estimating-the-due-date.pdf
(10) Mayo Foundation for Medical Education and Research. (2020). Rh factor blood test. Retrieved from https://www.mayoclinic.org/tests-procedures/rh-factor/about/pac-20394960
(11) Healthwise Staff. (2019). Surgical abortion care. University of Michigan Health System. Retrieved from https://www.uofmhealth.org/health-library/tw5328
(12) American College of Obstetricians and Gynecologists. (2020). Induced abortion. Retrieved from https://www.acog.org/patient-resources/faqs/special-procedures/induced-abortion
(13) American Pregnancy Association. (2020). Surgical abortion procedures. Retrieved from https://americanpregnancy.org/unplanned-pregnancy/surgical-abortions/
(14) Mayo Foundation for Medical Education and Research. (2020). Dilation and curettage (D&C). Retrieved from https://www.mayoclinic.org/tests-procedures/dilation-and-curettage/about/pac-20384910
(15) Tanne Hopkins, J. (2007). US Supreme Court approves ban on "partial birth abortion." British Medical Journal, 334(7599), 866–867. Retrieved from https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1857800/
(16) Turner, C. (1998). Partial birth abortion. Connecticut General Assembly. Retrieved from https://www.cga.ct.gov/PS98/rpt%5Colr%5Chtm/98-R-0212.htm
(17) Davies, S., O'Brien, S., & Reed, M. (2001). Late-term abortions. The University of Vermont. Retrieved from https://www.uvm.edu/~vlrs/doc/late_term_abortion.htm
(18) American Medical Association. (2020). Late-Term Pregnancy Termination Techniques H-5.982. Retrieved from https://policysearch.ama-assn.org/policyfinder/detail/late%20term%20abortion?uri=%2FAMADoc%2FHOD.xml-0-4533.xml
(19) Healthwise Staff. (2019). Induction abortion. C.S. Mott Children's Hospital Michigan Medicine. Retrieved from https://www.mottchildren.org/health-library/tw2562
(20) American Pregnancy Association. (n.d.). *Abortion pill reversal*. Retrieved from https://americanpregnancy.org/abortion-pill/abortion-pill-reversal/
(21) U.S. National Library of Medicine. (2020). *Pelvic inflammatory disease (PID)*. Retrieved from https://medlineplus.gov/ency/article/000888.htm



**focus women's center**

409 N Front Street  |  McHenry, Il 60050
815 - 322 – 1585

*Abortion Brochure 2022*