# EXHIBIT 7

# BRAVERY IS:

## THE AUDACITY TO BE UNHINDERED BY FAILURES, AND TO WALK WITH FREEDOM, STRENGTH, AND HOPE, IN THE FACE OF THINGS UNKNOWN.

- Morgan Harper Nichols



## You are stronger than you think.

Believe in yourself! You've got this & we've got your back

Local support contact information here

For videos & more, download the free BYD: Mobile app today.

 



ED. 3.1

BEFORE YOU **DECIDE**

CHOOSE WITH CONFIDENCE | GET THE FACTS FIRST

BE INFORMED | BE EMPOWERED | BE STRONG

B4YOUDECIDE.ORG

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 3 of 27 PageID #:83

170. Dealing with the Effects of Trauma—A Self-Help Guide. (n.d.). Retrieved from http://www.ncdsv.org/images/HHS_SelfHelpGuideEffectsOfTrauma_updated_11-02.pdf

171. National Institutes of Health (May 2019). *Post-Traumatic Stress Disorder (Easy-to-Read).* Retrieved from National Institute for Mental Health website: http://www.nimh.nih.gov/health/publications/post-traumatic-stress-disorder-easy-to-read/index.shtml

172.1. Hall, M, Chappell, L. C., Parnell, B. L., Seed, P. T., & Bewley, S. (2014). Associations between Intimate Partner Violence and termination of pregnancy: A systematic review and meta-analysis. *PLOS Med,* 11(1). Retrieved from http://www.plosmedicine.org/article/info%3Adoi%2F10.1371%2Fjournal.pmed.1001581

172.2. World Health Organization (2011). *Intimate partner violence during pregnancy | Dept. of Reproductive Health and Research.* Retrieved from http://www.who.int/reproductivehealth/publications/violence/rhr_11_35/en

173.1 Feiles, N. (2013). 10 Signs You May Be in an Unhealthy Relationship | Psych Central. Retrieved from http://blogs.psychcentral.com/relationships-balance/2013/12/02/10-signs-you-may-be-in-an-unhealthy-relationship/

173.2. Ransohoff, J., Jeffery, C., & Brown, N. (2019). *Unhealthy Relationships for Teens | Palo Alto Medical Foundation.* Retrieved from https://www.sutterhealth.org/pamf/health/teens/abuse-violence/dating-violence-signs-risks



❝ ❞

May grace & peace be your comfort in the
wild storm of changing things.

141.1. National Institutes of Health (2019, March 27). Ovarian Cancer Prevention (PDQ®) – National Cancer Institute. Retrieved from http://www.cancer.gov/cancertopics/pdq/prevention/ovarian/Patient/page3#Keypoint14

141.2. National Cancer Institute. Uterine Cancer-Patient Version. (n.d.). Retrieved from https://www.cancer.gov/types/uterine on November 18, 2019.

142. Reardon, D. C., Cougle, J., Ney, P. J., Sheuren, F., Coleman, P. K., & Strahan, T. W. (2002). Deaths associated with delivery and abortion among California Medicaid patients: A record linkage study. Southern Medical Journal, 95, 834-841.

143.1. Gissler, M. et al. (1996). Suicides after pregnancy in Finland, 1987-94: Register linkage study. British Medical Journal, 313, 1431-4.

143.2. Gissler, M. et al. (2005). Injury deaths, suicides and homicides associated with pregnancy, Finland 1987-2000. European Journal of Public Health, 15, 459-63.

143.3. Coleman, P.K. (2006) Resolution of unwanted pregnancy during adolescence through abortion versus childbirth: Individual and family predictors and psychological consequences. Journal of Youth and Adolescence 35:903–11.

143.4. Broen, A.N., Moum, T., Bodtker, A.S., Ekeberg, O. (2004) Psychological impact on women of miscarriage versus induced abortion: A two-year follow-up study. Psychosom Med. 66(2):265–71.

143.5. Broen, A.N., Moum, T., Bodtker, A.S., Ekeberg, O. (2005) The course of mental health after miscarriage and induced abortion: A longitudinal, five-year follow-up study. BMC Med. 3:18.

144. Office on Women's Health, U.S. Department of Health and Human Services (2019, March 14). Why breastfeeding is important | womenshealth.gov. Retrieved from http://www.womenshealth.gov/breastfeeding/why-breastfeeding-is-important/index.html

145. World Health Organization (2016). Maternal mortality in 1990-2015. Retrieved from http://www.who.int/gho/maternal_health/countries/usa.pdf?ua=1

146. Chapter 19 Antepartum and Postpartum Hemorrhage. (2012). In S.G. Gabbe (Ed.), Obstetrics: Normal and Problem Pregnancies (6th ed.). Saunders.

147. Chapter 35 Hypertension. (2012). In S.G. Gabbe (Ed.), Obstetrics: Normal and Problem Pregnancies (6th ed.). Saunders.

148. The American College of Obstetricians and Gynecologists (2011). Thromboembolism in Pregnancy (123). Practice bulletin.

149. The American College of Obstetricians & Gynecologists (2013). Committee Opinion: Prevention of Early-Onset Group B Streptococcal Disease in Newborns (485).

150. U.S. Department of Health & Human Services (2013). NCHS Data Brief: Changes in Cesarean Delivery Rates by Gestational Age: United States, 1996–2011 (124).

151.1. Vinayagam, D., & Chandraharan, E. (2012). The Adverse Impact of Maternal Obesity on Intrapartum and Perinatal Outcomes. ISRN Obstetrics and Gynecology. Retrieved from http://dx.doi.org/10.5402/2012/939762

151.2. Machado, L. S. (2012). Cesarean section in morbidly obese parturients: practical implications and complications. North American Journal of Medical Science, 4(1). doi:10.4103/1947-2714.92895.

152.1. National Institutes of Health (2017, January 31). What can I do to promote a healthy pregnancy? Retrieved from http://www.nichd.nih.gov/health/topics/preconceptioncare/conditioninfo/pages/healthy-pregnancy.aspx

152.2. U.S. Department of Health and Human Services (2019, March 14). Pregnancy staying healthy and safe. Retrieved from http://www.womenshealth.gov/pregnancy/you-are-pregnant/staying-healthy-safe.html

152.3. American College of Obstetricians & Gynecologists (2013, February). Planning Your Pregnancy. Patient education pamphlets, (012).

152.4. Johnson, T., & Niebyl, J. R. (1970, January 1). Preconception and Prenatal Care: Part of the Continuum. Retrieved from https://www.semanticscholar.org/paper/Preconception-and-Prenatal-Care-Part-of-the-Johnson-Niebyl/2e4d693la389cf1874e3ebb74005893edbbb79c0f#paper-header

153. Mayo Clinic (2017, August 5). Pregnancy after 35: Healthy moms, healthy babies. Retrieved from http://www.mayoclinic.org/healthy-living/getting-pregnant/in-depth/pregnancy/art-20045756?pg=1

154.1. Wilcox, W. B., Anderson, J. R., Doherty, W., Eggebeen, D., Ellison, C. G., Galston, W., ... Haskins, R. (2011). Why Marriage Matters: Thirty Conclusions from the Social Sciences. Retrieved from http://rpcdn.multiscreensite.com/64484987/files/uploaded/Why-Marriage-Matters-Third-Edition-FINAL.pdf

154.2. Waite, L. J., & Gallagher, M. (2000). The case for marriage: Why married people are happier, healthier, and better off financially. New York, NY: Doubleday.

155. Ludden, J. (2011, August 16). Study: Are Cohabiting Parents Bad For Kids? [National Public Radio: Web log post]. Retrieved from http://www.npr.org/2011/08/16/139651077/study-are-cohabiting-parents-bad-for-kids

156. Ray, B. (2013, March 19). Cohabitation's Effect on Kids: Cohabitation in US is fragile and short, and likely hard on kids, research finds [Psychology Today | Web log post]. Retrieved from http://www.psychologytoday.com/blog/adulthood-whats-the-rush/201303/cohabitations-effect-kids

157.1. Brown, S. L. (2010). Marriage and child well-being: Research and policy perspectives. Journal of Marriage and Family, 75(5), 1059-1077. Retrieved from http://www.ncbi.nlm.nih.gov/pmc/articles/PMC3091824/#!po=40.6250

157.2. Children at higher risk in non-traditional homes: Abusive boyfriend syndrome part of broader trend, experts worry. (2007, November 18). Associated Press. Retrieved from http://www.nbcnews.com/id/21838575/ns/health-childrens_health/t/children-higher-risk-nontraditional-homes/#.U6OAHpRdVi8

158. Acs, G., & Nelson, S. (2004). What Do "I Do"s Do? Potential Benefits of Marriage for Cohabiting Couples with Children | New Federalism: National Survey of America's Families (B-59). Retrieved from Urban Institute website: http://www.urban.org/publications/311001.html

159.1. American Psychological Association (n.d.). Families: Single Parenting and Today's Family. Retrieved October 2019, from https://www.apa.org/helpcenter/single-parent.aspx

159.2. McLanahan, S., & Sandefur, G. D. (1994). Why we care about single parenthood. In Growing up with a single parent: What hurts, what helps. Cambridge, Mass: Harvard University Press.

160. Weiss, R. S. (1979). Growing up a little faster: The experience of growing up in a single-parent household. Journal of Social Issues, 35(4), 97-111. Retrieved from DOI: 10.1111/j.1540-4560.1979.tb00815.

161.1. Alabudra, B. (2015, August 1). 5 Things To Know About Kids Who Grew Up With Single Parents. Retrieved July 26, 2016, from http://www.huffingtonpost.com/yourtango/5-things-to-know-about-kids-who-grew-up-with-single-parents_b_7904160.html

161.2. Single Parent Advocate. (2018, January 19). Four Natural Ways to Avoid Anxiety as a Single Parent – Single Parent Advocate. Retrieved November 18, 2019, from https://singleparentadvocate.org/four-natural-ways-to-avoid-anxiety-as-a-single-parent/

161.3. School of Family Life and the College of Family, Home and Social Sciences at Brigham Young University (n.d.). Real Families Real Answers = Being a Successful Single Parent. Retrieved November 18, 2019 from http://realfamiliesrealanswers.org/?page_id=66

161.4. Olson, M. R., & Haynes, J. A. (1993). Successful single parents. Families in Society, 74(5), 259-267.

162.1. Federal law requires that voluntary placement agreements be reviewed by the court within 180 days. Child Welfare Policy Manual (8.3A.13 TITLE IV-E, Foster Care Maintenance Payments Program, Eligibility, Voluntary placement agreements). (n.d.). Retrieved from U.S. Department of Health and Human Services website: https://www.acf.hhs.gov/cwpm/public_html/programs/cb/laws_policies/laws/cwpm/index.jsp

162.2. — State laws vary as to how long a child may remain in a voluntary placement. A review of state case planning laws regarding voluntary and involuntary placements is available at ChildWelfare.gov: Child Welfare Information Gateway. (2014). Case planning for families involved with child welfare agencies. Washington, DC: U.S. Department of Health and Human Services, Children's Bureau.

163. Kreider, R. M., & Ellis, R. (2011). Number, timing, and duration of marriages and divorces: 2009. Current Population Reports, 70-125. Retrieved from http://www.census.gov/prod/2011pubs/p70-125.pdf

164. Based on analysis of numerous studies, authors estimate a median 80% happiness rate. Feldhahn, S. C., & Whitehead, T. (2014). Happily, ever after. In The good news about marriage: Debunking discouraging myths about marriage and divorce (pp. 50,61). Colorado Springs, CO: Multnomah.

165. Brodzinsky, D. M. (1993). Long Term Outcomes in Adoption. Retrieved from https://pdfs.semanticscholar.org/3f2e/0847b27347a1aec28cade747a11871d76ef.pdf

166. National Adoption Center (n.d.). Types of Adoptions. Retrieved from http://www.adopt.org/types-adoptions

167. Adoption USA: Adoption satisfaction | National Survey of Adoptive Parents Project. (2009). Retrieved from U.S. Department of Health and Human Services website: http://aspe.hhs.gov/hsp/09/NSAP/chartbook/chartbook.cfm?id=24

168. U.S. Department of Health and Human Services (n.d.). For Expectant Parents Considering Adoption and Birth Parents | Child Welfare Information Gateway. Retrieved from https://www.childwelfare.gov/topics/adoption/birthfor/

169. National Council for Adoption. Adoption Factbook V (2011). Retrieved from https://www.adoptioncouncil.org/publications/adoption-factbook-html

# CONTENTS



03 REAL QUESTIONS, REAL ANSWERS.



28 KRISTY'S STORY: RAISING THE BABY

## THE BASICS

03 REAL QUESTIONS, REAL ANSWERS
05 FEMALE REPRODUCTIVE SYSTEM
06 EMERGENCY CONTRACEPTION
07 FETAL DEVELOPMENT TIMELINE
09 WHEN DID I BECOME A PERSON?
11 FETAL PAIN

## ABORTION

12 A PARENTING OPTION?
13 IS IT BLACK & WHITE?
14 JOELLE'S STORY
15 EARLY NON-SURGICAL ABORTION
17 EARLY SURGICAL ABORTION
18 METHODS OF EARLY ABORTION & IMMEDIATE RISKS
19 LATER TERM ABORTIONS
21 LONG TERM AFFECTS OF SURGICAL + LATE TERM ABORTION
23 INFORMED DECISION CHECKLIST

## PARENTING

26 MEDICAL FACTS ABOUT HAVING A BABY
27 RAISING THE BABY
28 KRISTY'S STORY
31 PARENTING PRINCIPLES
32 HEALTHY RELATIONSHIPS

## ADOPTION

34 ADOPTION OPTIONS
35 ERIN & SAMANTHA'S STORY
38 3 TIPS FOR A POSITIVE ADOPTION EXPERIENCE
39 WHAT ABOUT THE DAD?

## WHAT ELSE?

40 UNPLANNED PREGNANCY SURVIVAL KIT
42 PARENTING PLAN CHECKLIST
43 MY DECISION GUIDE

© 2020 Care Net. All rights reserved.
Available for purchase from store.care-net.org.
The purpose of this publication is to assist women and men in making an informed decision about pregnancy options. Care Net is a life-affirming organization and does not refer for or promote abortion. Stories used in this publication are real; however, some names have been changed to protect the privacy of individuals involved. Care Net gratefully acknowledges its Medical Advisory Board and other healthcare experts for reviewing medical content, as well as Care Net staff for collaborating on this publication. The information presented in this publication is intended for general education purposes only and should not be relied upon as a substitute for professional and/or medical advice.

Case :-cv-     -      Document #:    Filed: 07/27/23 Page 5 of 27 PageID #:85

# REAL QUESTIONS | REAL ANSWERS



### Q1  How do I tell them?
— Courtney, age 20

Telling your loved ones about your pregnancy can be scary. You may expect them to react in a certain way but their responses could still surprise you.

Consider telling your partner first, especially if you are in a healthy relationship. Look for an undistracted time to share the big news. Tell him about what you are thinking and feeling. Ask him to share his thoughts and feelings with you too. Some people need space to process their emotions before sharing.

If that's your guy, give him the extra time he needs and talk about it more later. Your family may be disappointed, or even angry, to hear about your pregnancy. They have hopes and dreams for your future, and they probably want the very best for you. Remember, the idea of your pregnancy will be new to them and they may need time to express their feelings and choose their best response.

Consider working with your local pregnancy center or a supportive friend to make a plan for telling others about your pregnancy. Show your loved ones that you are mature by telling them about your future plans. Explain how you hope to handle pregnancy-related decisions. Invite them to help you in practical ways, even if they don't initially support your choice.

### Q2  Do I have to choose between my baby and my future?
— Jade, age 17



Some people may tell you that you can't achieve your dreams if you have a baby now. But why not? Sometimes the best changes in life are unplanned. What if you can be strong enough to realize your dreams and flexible enough to adapt to unexpected circumstances?

Hey, we all need help sometimes and you may have more support than you think. Many women have found the resources and courage they need to make positive choices and live without regrets.

122.3. Trichopoulos, D. (1983). Age at any birth and breast cancer risk. *Int. J. Cancer*, 31, 701–04.

122.4. Costarelli, V., & Yiannakouris, N. (2010). Breast cancer risk in women: the protective role of pregnancy. *Nurs Stand*, 24(18), 35–40.

123.1. Hsieh, C., Wuu, J., Lambe, M., Trichopoulos, D., Adami, H., & Ekbom, A. (1999). Delivery of premature newborns and maternal breast-cancer risk. *Lancet*. doi:10.1016/S0140-6736(99)00477-8.

123.2. Russo, J., et al. (2000). Developmental, molecular and cellular basis of human breast cancer. *J Natl Cancer Inst Monogr.*, 27:17–37.

124.1. Ibid.

124.2. Hsieh, C., Wuu, J., Lambe, M., Trichopoulos, D., Adami, H., & Ekbom, A. (1999). Delivery of premature newborns and maternal breast-cancer risk. *Lancet*. doi:10.1016/S0140-6736(99)00477-8.

125.1. Bhadoria A S, Kapil U, Sareen N, Singh P. (2013). Reproductive factors and breast cancer: A case-control study in tertiary care hospital of North India. *Indian J Cancer*, 50, 316–21. Retrieved from: http://www.indiancancer.com/text.asp?2013/50/4/316/123606

125.2. Balasubramaniam S M, Rotti S B, Vivekanandam S. (2013). Risk factors of female breast carcinoma: A case control study at Puducherry. *Indian J Cancer*, 50:65-70.

125.3. Huang, Y., Zhang, X., Song, F., Dai, H., Wang, J., Gao, Y. (2014). A meta-analysis of the association between induced abortion and breast cancer risk among Chinese females. *Cancer Causes & Control*, 25(2), 227–36. Retrieved from http://link.springer.com/article/10.1007/s10552-013-0325-7

125.4. Brind, J. ( 2005). Induced abortion as an independent risk factor for breast cancer: A critical review of recent studies based on prospective data. *J Am Phys Surg. Winter*;10(4).

125.5. Carroll, P. (2007). The breast cancer epidemic: Modeling and forecasts based on abortion and other risk factors. *J Am Phys Surg*;12(3).

125.6. Tokalkar, U., Asegaonkar, S.Kodlikeri, P.,Kulkarni, U.,Borundiya,V., and Advani S.(2014). Hormone Related Risk Factors and Breast Cancer: Hospital Based Case Control Study from India. *Research in Endocrinology*, Vol. 2014 , Article ID 872124, DOI: 10.5171/2014.872124.

126. Kitchen, A. J., Trivedi, P., Ng, N. D., & Mokbel, K. (2005). Is there a link between breast cancer and abortion: a review of the literature. *Int J Fertil Womens Med*, 50(6), 267–71.

127.1A. Lowit, A., Bhattacharya, S., & Bhattacharya, S. (2010). Obstetric performance following an induced abortion. *Best Practice & Research in Clinical Obstetrics & Gynaecology*, 24(5), 667–82. doi:10.1016/j.bpobgyn.2010.02.015

127.2A. Hung, T., Hsieh, C., Hsu, J., Chiu, T., Lo, L., & Hsieh, T. (2007). Risk factors for placenta previa in an Asian population. *International Journal of Gynecology & Obstetrics*, 97(1), 26-30. doi:10.1016/j.ijgo.2006.12.006.

127.3A. Johnson, L. G., Mueller, B. A., & Daling, J. R. (2003). The relationship of placenta previa and history of induced abortion. *International Journal of Gynecology & Obstetrics*, 81(2), 191-8. doi:10.1016/S0020-7292(03)00004-3.

127.4A. Tuzoviae, L., & Ilijae, M. (2003). Obstetric Risk Factors Associated with Placenta Previa Development: Case-Control Study. *Croat Med J, 44(6)*, 728-33.

127.5A. Faiz, A. S., & Ananth, C. V. (2003). Etiology and risk factors for placenta previa: an overview and meta-analysis of observational studies. *Journal of Maternal-fetal & Neonatal Medicine, 13(3)*, 175-90. doi:10.1080/713605832.

127.6A. Ananth, C., Smulian, J., & Vintzileos, A. (1997). The association of placenta previa with history of cesarean delivery and abortion: a meta-analysis. *Am J Obstet Gynecol*,17(5), 1071-8.

127.7A. Taylor, V. M., & Kramer, M. D. (1993). Placental previa in relation to induced and spontaneous abortion: a population study. *Obstet Gynecol*, 82(1), 88-91.

127.1B. Ananth, C. V., Smulian, J. C., & Vintzileos, A. M. (2003). The effect of placenta previa on neonatal mortality: A population-based study in the United States, 1989 through 1997. *American Journal of Obstetrics and Gynecology*, 188(5), 1299-304. doi:10.1067/mob.2003.76.

127.2B. Sheiner, E., Shoham-Vardi, I., Hallak, M., Hershkowitz, R., Katz, M., & Mazor, M. (2001). Placenta previa: obstetric risk factors and pregnancy outcome. *Journal of Maternal-fetal & Neonatal Medicine*, 10(6), 414-9. doi:10.1080/714052784.

128. Tuzoviae, L., & Ilijae, M. (2003). Obstetric Risk Factors Associated with Placenta Previa Development: Case-Control Study. *Croat Med J, 44(6)*, 728-33.

129.1. Oppenraaij, R. H., Jauniaux, E., Christiansen, O. B., Horcajadas, J. A., Farquharson, R. G., & Exalto, N. (2009). Predicting adverse obstetric outcome after early pregnancy events and complications: a review. *Human Reproduction Update*, 15(4), 409-21. doi:10.1093/humupd/dmp009.

129.2. Swingle, H. M., Colaizy, T. T., Zimmerman, M. B., Morriss, F. H. (2009). Abortion and the risk of subsequent preterm birth: A systematic review with meta-analyses. *The Journal of Reproductive Medicine*, 54(2), 95–108.

129.3. Shah, P. S., Zao, J. (2009). Induced termination of pregnancy and low birthweight and preterm birth: A systematic review and meta-analysis. *British Journal of Obstetrics & Gynaecology*, 116(11), 1425–42. doi: 10.1111/j.1471-0528.2009.02278.x.

129.4. Moreau, C., Kaminski, M., Ancel, P.Y., Bouyer, J., et al (2005). Previous induced abortions and the risk of very preterm delivery: Results of the EPIPAGE study. *Br J Obstet Gynaecol*, 5,112(4):430–37.

129.5. Ancel, P.Y., Lelong, N., Papiernik, E., Saurel-Cubizolles, M.J., Kaminski, M (2004). History of induced abortion as a risk factor for preterm birth in European countries: Results of EUROPOP survey. *Hum Reprod.*,19(3):734–40.

129.6. Alexander, Greg. 2007. Prematurity at Birth: Determinants, Consequences, and Geographic Variation. In *Preterm Birth: Causes, Consequences, and Prevention* (Ed.), R. E. Behrman and A. S. Butler. Retrieved from http://www.ncbi.nlm.nih.gov/books/NBK11386/

130. Creasy, R. K., Resnik, R., Iams, J. D., Lockwood, C. J., Moore, T. R., & Greene, M. F. (2014). Neonatal Morbidities of Prenatal and Perinatal Origin. In *Creasy and Resnik's Maternal-Fetal Medicine: Principles and Practice* (7th ed.). Saunders, an imprint of Elsevier Inc.

131.1. Baker, A., & Beresford. T. (2009). Informed consent, patient education and counseling. In *Management of Unintended and Abnormal Pregnancies* (pp. 56-57). West Sussex, U.K.: Wiley-Blackwell.

131.2. Baker, A., & Beresford, T. (2009). Informed consent, patient education and counseling. In M. Paul, E. S. Lichtenberg, L. Borgatta, D. A. Grimes, P. G. Stubblefield, & M. D. Creinin (Eds.), *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (p. 51). Chichester, UK: Wiley-Blackwell.

131.3. Perrucci, A. C. (2012). Decision Counseling for Unplanned Pregnancy. In *Decision assessment and counseling in abortion care: Philosophy and practice* (p. 27). Lanham, Md: Rowman & Littlefield.

131.4. American Psychological Association, Task Force on Mental Health and Abortion. (2008). *Report of the Task Force on Mental Health and Abortion*. Washington, DC: Author. Retrieved from http://www.apa.org/pi/wpo/mental-health-abortion-report.pdf

131.5. Baker, A., Beresford, T. S., Halverson-Boyd, G., & Garrity, J. M. (1999). Informed consent, counseling, and patient preparation. In M. Paul, E. S. Lichtenberg, D. A. Grimes, & P. G. Stubblefield (Eds.), *A clinician's guide to medical and surgical abortion* (pp. 28-29). New York, NY: Churchill Livingstone

132. Baker, A., & Beresford, T. (2009). Informed consent, patient education and counseling. In *Management of Unintended and Abnormal Pregnancies* (pp. 56-57). West Sussex, U.K.: Wiley-Blackwell.

133. Fergusson, D. M., Horwood, L. J., & Boden, J. M. (2013). Does abortion reduce the mental health risks of unwanted or unintended pregnancy? A re-appraisal of the evidence. *Australia & New Zealand Journal of Psychiatry, 47*(9), 819-27. Retrieved from http://www.ncbi.nlm.nih.gov/pubmed/23553240

134. Nichols, M., Halvorson-Boyd, G., Goldstein, R. (2009).Pain Management. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp.90-91). Chichester, UK: Wiley-Blackwell.

135. Ibid.

136. National Abortion Federation. (2015). Common Questions and Myths about Abortion. Retrieved from https://www.prochoice.org/Pregnant/common/

137. The Supreme Court of the United States of America. (1993). *Bellotti v. Baird* (443 US 622). Retrieved from http://scholar.google.com/scholar_case?case=13182298442826453955&hl=en&as_sdt=2000006&as_vis=1

138. Centers for Disease Control and Prevention (2017, December). *Sexually Transmitted Diseases: Information for Teens: Staying Healthy and Preventing STDs – CDC Fact Sheet*. Retrieved from https://www.cdc.gov/std/life-stages-populations/YouthandSTDs-Dec-2017.pdf

139.1. Centers for Disease Control and Prevention (2013, October 30). *Sexually Transmitted Diseases: STDs & Infertility*. Retrieved from http://www.cdc.gov/std/infertility/default.htm

139.2. Girltalk.gov (2015, June 5). Straight talk about sexually transmitted infections. Retrieved from http://www.girlshealth.gov/body/sexuality/sti.html

139.3. Centers for Disease Control and Prevention. (n.d.). *Pelvic inflammatory disease: The Facts*. Retrieved from http://www.cdc.gov/std/pid/the-facts/PID-the-facts-2007.pdf

140. National Cancer Institute (2016, November 9). *Reproductive History and Breast Cancer Risk*. Retrieved from http://www.cancer.gov/cancertopics/factsheet/Risk/reproductive-history

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 6 of 27 PageID #:86

110.2. Centers for Disease Control and Prevention. (2013, November 29). *Abortion Surveillance – United States, 2010.* Retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/ss6208a1.htm?s_cid=ss6208a1_w

111.1. Silent No More Awareness. (n.d.). *Welcome to our Testimony Directory.* Retrieved from http://silentnomoreawareness.org/testimonies/testimony.aspx?ID=3128

111.2. Roberts, J. (2003, June 20). 'Roe' Wants Abortion Case Reversed. *AP.* Retrieved from http://www.cbsnews.com/news/roe-wants-abortion-case-reversed/

112.1. Coleman, P.K. (2011). Abortion and mental health: Quantitative synthesis and analysis of research published 1995–2009. *The British Journal of Psychiatry,* 199, 180–86. doi: 10.1192/bjp.bp.110.077230.

112.2. Thorp, J.M., Hartmann, K.E., Shadigian, E. (2003). Long-term physical and psychological health consequences of induced abortion: Review of the evidence. *Obstet Gynecol Surv.*58(1):67–79.

112.3. Fergusson, D. M., Horwood, L. J., & Boden, J. M. (2008). Abortion and mental health disorders: evidence from a 30-year longitudinal study. *British Journal of Psychiatry,193,* 444-51. doi:10.1192/bjp.bp.108.056499. http://bjp.rcpsych.org/content/193/6/444.full

113.1. Cougle J., Reardon, D.C, & Coleman, P. K. (2003). Depression associated with abortion and childbirth: A long-term analysis of the NLSY cohort. *Medical Science Monitor,* 9 (4), CR105-112.

113.2. Fergusson, D. M., Horwood, J., Ridder, E. M. (2006). Abortion in young women and subsequent mental health. *Journal of Child Psychology and Psychiatry,* 47, 16-24.

113.3. Pedersen W. (2008). Abortion and depression: A population-based longitudinal study of young women. *Scandinavian Journal of Public Health,* 36 (4):424-8.

113.4. Rees,D.I. & Sabia,J.J. (2007) The relationship between abortion and depression: New evidence from the Fragile Families and Child Wellbeing Study. *Medical Science Monitor,* 13 (10), 430-436.

113.5. Cougle, J., Reardon, D.C., Coleman, P. K. (2005). Generalized anxiety associated with unintended pregnancy: A cohort study of the 1995 National Survey of Family Growth. *Journal of Anxiety Disorders,* 19 (10), 137-142.

113.6. Mota, N. P., Burnett, M., & Sareen, J. (2010). Associations Between Abortion, Mental Disorders, and Suicidal Behavior in a Nationally Representative Sample. *Can J Psychiatry, 55*(4), 239-47.

114.1. Fergusson, D. M., Horwood, J., Ridder, E. M. (2006). Abortion in young women and subsequent mental health. *Journal of Child Psychology and Psychiatry,* 47, 16- 24.

114.2. Coleman,P.K.(2006).Resolution of unwanted pregnancy during adolescence through abortion versus childbirth: Individual and family predictors and psychological consequences. *Journal of Youth and Adolescence,* 35, 903-911.

114.3. Pedersen, W. (2007). Childbirth, abortion and subsequent substance use in young women: a population-based longitudinal study. *Addiction,* 102 (12), 1971-78.

114.4. Coleman, P.K. (2005) Induced abortion and increased risk of substance abuse: a review of the evidence. *Current Women's Health Reviews,* 1(21), 21-34.

114.5. Reardon, D. C., Coleman, P. K., & Cougle, J. (2004) Substance use associated with prior history of abortion and unintended birth: A national cross-sectional cohort study. *American Journal of Drug and Alcohol Abuse,* 26, 369-383.

114.6. Coleman, P.K., Reardon, D.C., & Cougle, J. (2005b). Substance use among pregnant women in the context of previous reproductive loss and desire for current pregnancy. *British Journal of Health Psychology,* 10(2), 255-268.

114.7. Reardon, D.C., & Ney, P. (2000). Abortion and subsequent substance abuse. *American Journal of Drug & Alcohol Abuse,* 26, 61-75.

115.1. Curley, M., Johnston, C. (2013). The characteristics and severity of psychological distress after abortion among university students. *The Journal of Behavioral Health Services & Research,* doi: 10.1007/s11414-013-9328-0.

115.2. Coleman, P.K., Coyle, C., Rue, V. (2010). Late-term elective abortion and susceptibility to posttraumatic stress symptoms. *Journal of Pregnancy,* Retrieved from http://dx.doi.org/10.1155/2010/130519

115.3. Coyle, C.T., Coleman, P.K. & Rue, V.M. (2010). Inadequate preabortion counseling and decision conflict as predictors of subsequent relationship difficulties and psychological stress in men and women. *Traumatology,* 16 (1), 16-30. DOI: 10.1177/1534765609347550.

115.4. Suliman S, Ericksen T, Labuschgne T, de Wit R, Stein D, Seedat S. (2007). Comparison of pain, cortisol levels, and psychological distress in women undergoing surgical termination of pregnancy under local anesthesia versus intravenous sedation. *BMC Psychiatry,* 7:24 doi:10.1186/1471-244
X-7-24.

115.5. Rue, V.M., et al. Induced abortion and traumatic stress: A preliminary comparison of American and Russian women. *Med Sci Monit.* 2004;10:5–16.

116.1. Mota, N. P., Burnett, M., & Sareen, J. (2010). Associations Between Abortion, Mental Disorders, and Suicidal Behavior in a Nationally Representative Sample. *Can J Psychiatry, 55*(4), 239-47.

116.2. Fergusson, D. M., Horwood, J., Ridder, E. M. (2006). Abortion in young women and subsequent mental health. *Journal of Child Psychology and Psychiatry,* 47, 16-24.

116.3. Gissler, M., et al. (2005). Injury deaths, suicides and homicides associated with pregnancy, Finland 1987-2000. *European Journal of Public Health,* 15, 459-463.

116.4. Shadigian, E.M., et al. (2005). Pregnancy-associated death: A qualitative systematic review of homicide and suicide. *Obstet Gynecol Surv.*60(3),183.

116.5. Reardon, D.C., Shuping, M.W., et al. (2004). Deaths associated with abortion compared to childbirth: A review of old and new data and the medical and legal implications. *J Contemp Health Law Policy,* 20(2), 279–327.

116.6. Reardon, D.C., Ney, P.G., Scheuren, F.J., Cougle, J.R., Coleman, P.K., & Strahan, T. (2002). Deaths associated with pregnancy outcome: a record linkage study of low-income women. *Southern Medical Journal.*95(8), 834-841.

116.7. Gissler, M. et al. (1996). Suicides after pregnancy in Finland, 1987-94: Register linkage study. *British Medical Journal,* 313, 1431-4.

117.1. Broen, A.N., Moum, T., Bødtker, A.S., & Ekeberg, Ø. (2005). The course of mental health after miscarriage and induced abortion: a longitudinal, five-year follow-up study. *BMC Medicine,* 3,18. doi: 10.1186/1741-7015-3-18. Retrieved from: http://www.biomedcentral.com/1741-7015/3/18

117.2. Broen, A.N., Moum, T., Bodtker, A.S., & Ekeberg, Ø. (2004). Psychological impact on women of miscarriage versus induced abortion: A 2-year follow-up study. *Psychosom. Med.,* 66, 265-271.

117.3. Cougle, J., Reardon, D.C., Coleman, P. K. (2005). Generalized anxiety associated with unintended pregnancy: A cohort study of the 1995 National Survey of Family Growth. *Journal of Anxiety Disorders,* 19 (10), 137-142.

117.4. Coleman,P.K.(2006).Resolution of unwanted pregnancy during adolescence through abortion versus childbirth: Individual and family predictors and psychological consequences. *Journal of Youth and Adolescence,* 35, 903-911.

117.5. Reardon, D. C., Coleman, P. K., & Cougle, J. (2004) Substance use associated with prior history of abortion and unintended birth: A national cross-sectional cohort study. *American Journal of Drug and Alcohol Abuse,* 26, 369-383.

117.6. Coleman, P. K., Reardon, D. C., & Cougle, J. R. (2005). Substance use among pregnant women in the context of previous reproductive loss and desire for current pregnancy. *British Journal of Health Psychology,* 10 (2), 255-268.

118. Coleman, P.K., Rue, V.M., Coyle, C.T. ( 2009). Induced abortion and intimate relationship quality in the Chicago Health and Social Life Survey. *Public Health,* 123(4):331–38.

119. Coleman, P.K., et al. (2009).Predictors and correlates of abortion in the Fragile Families and Well-Being Study: Paternal behavior, substance use, and partner violence. *Int J Ment Health Addict.,*7(3):405–22.

120.1. Oberg, M. (2014). Prevalence of intimate partner violence among women seeking termination of pregnancy compared to women seeking contraceptive counseling. *Acta Obstet Gynecol Scand, 93*(1), 45-51.

120.2. Pallitto, C. C., & Garcia-Morena, C. (2013). Intimate partner violence, abortion, and unintended pregnancy: results from the WHO Multi-country Study on Women's Health and Domestic Violence. *Int J Gynaecol Obstet, 120*(1), 3-9

120.3. Chibber, K. S., & Biggs, M. A. (2014). The role of intimate partners in women's reasons for seeking abortion. *Womens Health Issues, 24*(1), 131-8. doi:10.1016/j.whi.2013.10.007.

121.1. Fok WY, Siu SSN, Lau TK. (2006).Sexual dysfunction after a first trimester induced abortion in a Chinese population. *Eur J Obstet Gynecol* ,126:255-258.

121.2. Bianchi-Demicelli F, Perrin E, Ludicke F, Bianchi PG, Chatton D, Campana A.(2002) Termination of pregnancy and women's sexuality. *Gynecol Obstet Invest* ,53:48-53.

121.3. Boesen H.C., Rorbye C., Norgaard M., Nilas L.(2004). Sexual behavior during the first eight weeks after legal termination of pregnancy. *Acta Obstet Gynecol Scand;* 83:1189-1192.

121.4. Bradshaw Z., Slade P.(2003). The effects of induced abortion on emotional experiences and relationships: A critical review of the literature. *Clin Psychol Rev;* 23:929-958.

122.1. National Cancer Institute. (2016, November 9). *Reproductive History and Breast Cancer Risk – National Cancer Institute.* Retrieved from http://www.cancer.gov/cancertopics/factsheet/Risk/reproductive-history

122.2. Troisi, R., et al. (2013). A linked-registry study of gestational factors and subsequent breast cancer risk in the mother. *Cancer Epidemiol.* Biomarkers Prev, 22(5), 835–47.

## Q 3 What if my partner won't support me?
– Allison, age 24

Women who chose abortion often say they didn't feel like they had enough support to have their baby.[1] If that's you, talk with your partner about your decision. Share your true thoughts and feelings and consider asking your partner to get counseling with you.

Sometimes support can come from unexpected places. If you know you can't rely on your partner, where else can you turn? Family and friends, as well as your faith community or a local pregnancy center, may have resources that will be helpful to you. Take the time to explore all your options.

## Q 4 What can I do about people pressuring me?
– Tessa, age 18

Being strong can be hard, but this is your decision and you will be most affected by the choice you make. It isn't legal for anyone to force you to make the decision they want.[2]

If someone is pressuring you to make a quick decision, explain your needs and try to involve them in counseling to explore your positive options. There is help available if someone is trying to force you to get an abortion.

### HOW CAN I BE SURE I'M PREGNANT?

missed period
feel like throwing up sometimes
tender breasts
more tired than normal
peeing more often
more mood swings

Although not everyone experiences these signs, the symptoms above are commonly associated with early pregnancy.[3] If you've missed your period and have been sexually active, it's time to take a pregnancy test. Most tests are very reliable, but only a physician or other appropriate healthcare professional can confirm that you are pregnant.

### WHY SHOULD I CONFIRM MY PREGNANCY?

A significant number of early pregnancies end on their own in miscarriage.[4] An ultrasound exam can confirm that your pregnancy is in the uterus and is living. This information is helpful whatever choice you are considering: abortion or continuing with your pregnancy.

**Ps. Look out!**

Throughout this magazine, be on the look out for some of the elements below: they are available to help you really think through & process the information presented. At the end of the day, you decide what happens to you and your baby. But before you decide, know your options, & get the facts. To get helpful information about your options: **b4youdecide.org**

DID YOU KNOW | & WHAT DO YOU THINK |

Case: 23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 7 of 27 PageID #:87

# UNDERSTANDING THE
## *Female* BODY

Being healthly is important & so is understanding how your body works when pregnancy begins.



## FEMALE REPRODUCTIVE SYSTEM

The first week of human development takes place during the journey from the fallopian tube (where fertilization occurs) to the uterus where the embryo implants. Lots of growth happens during this time, settling the question of whether there is life, but some disagree about when this human life becomes a person.

Fertilization

Uterus

Fallopian Tube

Implantation

Ovary

Cervix

Vagina

**DID YOU KNOW** Only eight out of one hundred women will become pregnant after a single act of intercourse during the middle of their cycle (when ovulation occurs).[5]

## WHEN DOES PREGNANCY BEGIN?

Years ago, the medical community redefined the beginning of pregnancy from the time of fertilization to when an embryo implants in the uterus.[6] Whatever definition you use, the scientific reality is that when the sperm and egg unite and fertilization occurs, the genetic make-up of a unique human is established. That person is already a he or a she. Their hair and eye color are established.[7]

87.1 This is not a comprehensive comparison and is not intended to promote one method over another.

87.2 Guttmacher Institute (2001). Choice of and Satisfaction with Methods of Medical and Surgical Abortion Among U.S. Clinic Patients. *Family Planning Perspectives*, 35(5), 212-16. Retrieved from http://www.guttmacher.org/pubs/journals/3321201.html

87.3 Niinimaki, M., Pouta, A., Bloigu, A., Gissler, M., Himminki, E., Suhonen, S., & Heikinheimo, O. (2009). Immediate Complications After Medical Abortion Compared with Surgical Termination of Pregnancy. *Obstetrics & Gynecology*, 114(4), 795-804.

87.4 Child, T. J., Thomas, J., Rees, M., & MacKenzie, I. Z. (2001). A comparative study of surgical and medical procedures: 932 pregnancy terminations up to 63 days gestation. *Human Reproduction*, 16(1), Retrieved from http://humrep/16.1.67.

87.5 Rorbye, C., Norgaard, M., & Nilas, L. (2005). Medical versus surgical abortion: comparing satisfaction and potential confounders in a partly randomized study. *Human Reproduction*, 20(3), 834-838. doi:10.1093/humrep/deh643.

87.6 American College of Obstetricians and Gynecologists. (2014). *Practice Bulletin: Medical management of first trimester abortion* (143).

88.1 Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 111-92). Chichester, UK: Wiley-Blackwell.

88.2 Guttmacher Institute. (2019, September). Fact sheet: *Induced Abortion in the United States*. Retrieved from https://www.guttmacher.org/fact-sheet/induced-abortion-united-states

88.3 Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). Surgical complications: Prevention and management. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 224-51). Chichester, UK: Wiley-Blackwell.

88.4 Yang-Kauh, C. (2013). Complications of Gynecologic Procedures, Abortion, and Assisted Reproductive Technology. In *Emergency Medicine* (2nd ed., pp. 1079-96). Saunders, an imprint of Elsevier Inc.

89. Thorp, J. M., Hartmann, K. E., & Shadigian, E. (2003). Long-Term Physical and Psychological Health Consequences of Induced Abortion: Review of the Evidence.*Obstet Gynecol Surv*, 58(1), 67-79.

90.1 Centers for Disease Control and Prevention. (2013, November 29). *Abortion Surveillance — United States, 2010*. Retrieved from http://www.cdc.gov/mmwr/preview/mmwrhtml/ss6208a1.htm?s_cid=ss6208a1_w

90.2 Guttmacher Institute. (2019, November 1). *State policies in brief: Abortion reporting requirements*. Retrieved from http://www.guttmacher.org/statecenter/spibs/spib_ARR.pdf

91. Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). Surgical complications: Prevention and management. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 228-32). Chichester, UK: Wiley-Blackwell.

92. Ibid.

93. Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). Surgical complications: Prevention and management. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 239-44). Chichester, UK: Wiley-Blackwell.

94. American College of Obstetricians and Gynecologists. (2011). *FAQs: Pelvic inflammatory disease* (077).

95. Paul, M., Lichtenberg, Grimes, D. A. (2009). Surgical complications: Prevention and management. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 234-39). Chichester, UK: Wiley-Blackwell.

96. Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). Surgical complications: Prevention and management. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 244-45). Chichester, UK: Wiley-Blackwell.

97. Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). Pain management. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 95-97). Chichester, UK: Wiley-Blackwell.

98. American College of Obstetricians and Gynecologists. (2006). *Practice Bulletin: Management of alloimmunization during pregnancy* (075).

99.1 Iowa Department of Public Health. (n.d.). Pregnancy Mortality. Retrieved November 18, 2019, from https://idph.iowa.gov/Portals/1/userfiles/142/Pregnancy%20Mortality.pdf

99.2 Note: the 2017 version of the Guttmacher Fact Sheet included the information to substantiate the text. The 2019 version no longer lists information about abortion mortality.

87.7 This is not a comprehensive comparison and is not intended to promote one method over another.

87.2 Guttmacher Institute (2001). Choice of and Satisfaction with Methods of Medical and Surgical Abortion Among U.S. Clinic Patients. *Family Planning Perspectives*, 35(5), 212-16. Retrieved from http://www.guttmacher.org/pubs/journals/3321201.html

100. O'Rahilly R, Müller F. (2001). *Human embryology and teratology*. 3rd ed. New York, NY: Wiley-Liss.

101.1 Planned Parenthood Federation of America Inc. (2019). *In-Clinic Abortion Procedures: Planned Parenthood*. Retrieved from http://www.plannedparenthood.org/health-info/abortion/in-clinic-abortion-procedures

101.2 Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). Dilation and Evacuation. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 157-74). Chichester, UK: Wiley-Blackwell.

101.3 Stubblefield, P. G., Carr-Ellis, S., & Borgatta, L. G. (2004). Methods for Induced Abortion. *Obstetrics & Gynecology*, 104(1), 174-85. doi:10.1097/01.AOG.0000130842.21897.53.

101.4 American College of Obstetrics and Gynecology. (2013). *Practice Bulletin: Second-Trimester Abortion* (135).

101.5 World Health Organization. (2014). Clinical practice handbook for safe abortion. Retrieved from https://www.who.int/reproductivehealth/publications/unsafe_abortion/clinical-practice-safe-abortion/en/

102. Moore, K. L., Persaud, T. V., & Torchia, M. G. (2013). Skeletal System. In *The developing human* (9th ed., pp. 343-61). Saunders, an imprint of Elsevier Inc.

103. Pasquini, L., et al. Intracardiac injection of potassium chloride as method for feticide: Experience from a single U.K. tertiary centre. *Br J Obstet Gynaecol.* 2008;115(4):528–31.

104.1 Iowa Department of Public Health. (n.d.). Pregnancy Mortality. Retrieved November 18, 2019, from https://idph.iowa.gov/Portals/1/userfiles/142/Pregnancy%20Mortality.pdf

104.2 Note: the 2017 version of the Guttmacher Fact Sheet included the information to substantiate the text. The 2019 version no longer lists information about abortion mortality.

Guttmacher Institute. (2017, Oct). Fact sheet: *Induced Abortion in the United States*. Retrieved from https://www.guttmacher.org/fact-sheet/induced-abortion-united-states

105.1 Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). Dilation and Evacuation. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 157-74). Chichester, UK: Wiley-Blackwell.

105.2 American College of Obstetrics and Gynecology. (2013). *Practice Bulletin: Second-Trimester Abortion* (135).

106. Pasquini, L., et al. Intracardiac injection of potassium chloride as method for feticide: Experience from a single U.K. tertiary centre. Br J Obstet Gynaecol. 2008;115(4):528–31.107.1 Iowa Department of Public Health. (n.d.). Pregnancy Mortality. Retrieved November 18, 2019, from https://idph.iowa.gov/Portals/1/userfiles/142/Pregnancy%20Mortality.pdf

107.2 Note: the 2017 version of the Guttmacher Fact Sheet included the information to substantiate the text. The 2019 version no longer lists information about abortion mortality.

Guttmacher Institute. (2017, Oct). Fact sheet: *Induced Abortion in the United States*. Retrieved from https://www.guttmacher.org/fact-sheet/induced-abortion-united-states

108.1 Kapp, N., von Hertzen, H. (2009). Medical Methods to Induce Abortion in the Second Trimester. In *Management of unintended and abnormal pregnancy: Comprehensive abortion care* (pp. 178-88). Chichester, UK: Wiley-Blackwell.

108.2 American College of Obstetricians and Gynecologists (2013). *Practice Bulletin: Second-trimester abortion* (135).

108.3 Perry, R., & Harwood, B. (2013). Options for second-trimester termination. *Contemporary OB/GYN*, 60-68.

108.4 Dickinson, J. E., Jennings, B. J., & Doherty, D. A. (2014). Mifepristone and oral, vaginal, or sublingual misoprostol for second-trimester abortion: a randomized controlled trial. *Obstetrics & Gynecology*, 123(6), 1162-68. doi:10.1097/AOG.0000000000000290.

109. Orlando Women's Center (n.d.). *One Day / Same Day Abortions, Immediate Abortion by Pill In 24 Hours*. Retrieved from http://www.womenscenter.com/same_day.html

110.1 Guttmacher Institute. (2019, November 1). *State policies in brief: Abortion reporting requirements*. Retrieved from http://www.guttmacher.org/statecenter/spibs/spib_ARR.pdf

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 8 of 27 PageID #:157

60.2. U.S. Food and Drug Administration. (2018, February 5). Mifeprex (mifepristone) Information. Retrieved from https://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsandproviders/ucm111323.htm

60.3. Paul, M., Lichtenberg, S., Borgatta, L., Grimes, D., Stubblefield, P., Creinin, M. (2009). Medical abortion in early pregnancy. In Management of unintended and abnormal pregnancy: Comprehensive abortion care (pp. 122-29). Chichester, UK: Wiley-Blackwell.

61. Typical use is up to 10 weeks LMP, but is used throughout first trimester and beyond. Dickinson, J. E., Jennings, B. J., & Doherty, D. A. (2014). Mifepristone and oral, vaginal, or sublingual misoprostol for second-trimester abortion: a randomized controlled trial. Obstetrics & Gynecology, 123(6), 1162-68. doi:10.1097/AOG.0000000000000792.

62.1. Ibid.

62.2. Physicians' Desk Reference (2019). Cytotec | Drug Summary | PDR.net. Retrieved June 23, 2014, from http://www.pdr.net/drug-summary/cytotec?drugabeIid=1044

62.3. U.S. Food and Drug Administration, Post market Drug Safety Information for Patients and Providers. (2018, February 5). Mifeprex TM (mifepristone) information. Retrieved from http://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsandproviders/ucm111323.htm

63.1. Raymond, E. G., Shannon, C., Weaver, M. A., & Winkoff, B. (2016). First-trimester medical abortion with mifepristone 200 mg and misoprostol: a systematic review. Contraception, 26-37. Retrieved from http://dx.doi.org/10.1016/j.contraception.2012.06.011

63.2. Chen, Q. (2011). Mifepristone in combination with prostaglandins for termination of 10–16 weeks' gestation: a systematic review. European Journal of Obstetrics & Gynecology and Reproductive Biology, 159, 247–254.85.

64. U.S. Food and Drug Administration, Post market Drug Safety Information for Patients and Providers. (2018, February 5). Mifeprex TM (mifepristone) information. Retrieved from http://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsandproviders/ucm111323.htm

65. Davenport, M. L., Delgado, G., Harrison, M. P., & Khauv, V. (2017). Embryo Survival After Mifepristone: A Systematic Review of the Literature. Issues in Law & Medicine, 32(1).

66.1. Foster, A. M. (n.d.). Medication Abortion: A Guide for Health Professionals. Retrieved from IBIS Reproductive Health: http://www.ibisreproductivehealth.org/sites/default/files/files/publications/Med_ab_A_guide_for_health_professionals_English.pdf

66.2. Physician's Desk Reference (2019). Cytotec | Drug Summary | PDR.net. Retrieved from http://www.pdr.net/drug-summary/cytotec?drugabeIid=1044

66.3. U.S. Food and Drug Administration, Post market Drug Safety Information for Patients and Providers. (2018, February 5). Mifeprex TM (mifepristone) information. Retrieved from http://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsandproviders/ucm111323.htm

67. The Endowment for Human Development. (2006). Right- and Left-Handedness. Retrieved from http://www.ehd.org/movies.php?mov_id=44

68.1 Center for Drug Evaluation and Research. (2019, April 12). Questions and Answers on Mifeprex. Retrieved from https://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/questions-and-answers-mifeprex

68.2 Ibis Reproductive Health. (2005). Medication abortion: A guide for health professionals [Brochure]. Angel M. Foster. Retrieved from http://www.ibisreproductivehealth.org/sites/default/files/files/publications/Med_ab_A_guide_for_health_professionals_English.pdf

69.1. Ibid.

69.2. U.S. Food and Drug Administration (2018, December 31). Mifepristone U.S. Postmarketing Adverse Events Summary. Retrieved from https://www.fda.gov/media/112118/download

69.3. American College of Obstetricians & Gynecologists (2014). Practice Bulletin: Medical Management of First-Trimester Abortion (143).

70. Guttmacher Institute (2019, September). Induced Abortion in the United States. Retrieved from https://www.guttmacher.org/fact-sheet/induced-abortion-united-states

71. Center for Drug Evaluation and Research. (2019, April 12). Questions and Answers on Mifeprex. Retrieved from https://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/questions-and-answers-mifeprex

72. U.S. Food and Drug Administration (2018, December 31). Mifepristone U.S. Postmarketing Adverse Events Summary. Retrieved from https://www.fda.gov/media/112118/download

73. U.S. Food and Drug Administration. (2016, March). Mifeprex black box warning. Retrieved from https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020687s020lbl.pdf

74. U.S. Food and Drug Administration, Post market Drug Safety Information for Patients and Providers. (2011). Mifeprex TM questions and answers. Retrieved from website: http://www.fda.gov/drugs/postmarket-drug-safety-information-patients-and-providers/questions-and-answers-mifeprex

75.1. Spitz, I., Bardin, W., Benton, L., Robbins, A. (1998). Early pregnancy termination with mifepristone and misoprostol in the United States. The New England Journal of Medicine, 338(18), 1241–47. Retrieved from http://www.nejm.org/doi/full/10.1056/NEJM199804303381801#t=articleTop

75.2. American College of Obstetricians & Gynecologists (2014). Practice Bulletin: Medical Management of First-Trimester Abortion (143).

76. U.S. Food and Drug Administration. (2016). Mifeprex TM medication guide. Retrieved from https://www.fda.gov/media/72923/download

77. U.S. Food and Drug Administration. (2016, March). Mifeprex TM patient agreement. Retrieved from https://www.accessdata.fda.gov/drugsatfda_docs/rems/Mifeprex_2016-03-29_Patient_Agreement_Form.pdf

78. US Food and Drug Administration. (2016, March). Mifeprex highlights of prescribing information. Retrieved from https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020687s020lbl.pdf

79. Slade, P., Heke, S., Fletcher, J., & Stewart, P. (1998). A comparison of medical and surgical termination of pregnancy: choice, emotional impact and satisfaction with care. British Journal of Obstetrics and Gynaecology, 105(12), 1288-95. doi:10.1111/j.1471-0528.1998.tb10007.x

80.1. Creinin, M., Danielsson, KG. (2009). Medical Abortion in Early Pregnancy. In Management of unintended and abnormal pregnancy: Comprehensive abortion care (pp.114, 120-29). Chichester, UK: Wiley-Blackwell.

80.2. Physician's Desk Reference (2019). Drug Summary: Methotrexate. Retrieved from https://www.pdr.net/drug-summary/Methotrexate-Tablets-methotrexate-1797.8191

80.3. Foster, A. M. (n.d.). Medication Abortion: A Guide for Health Professionals. Retrieved from IBIS Reproductive Health website: http://www.ibisreproductivehealth.org/sites/default/files/files/publications/Med_ab_A_guide_for_health_professionals_English.pdf

80.4. Creinin, M. D. (1997). Medical abortion with methotrexate 75 mg intramuscularly and vaginal misoprostol. Contraception, 56(6), 367-71.

80.5. American Women's Services (2014). Non-Surgical Abortion, Abortion Pill, RU486, Methotrexate Abortion, Misoprostol Abortion NJ, PA, MD, VA. Retrieved from https://www.americanwomenservices.com/non_surgical_abortion.php

81. Food & Drug Administration. (2016, March). Mifeprex clinical studies. Retrieved from http://www.accessdata.fda.gov/drugsatfda_docs/label/2016/020687s020lbl.pdf

82. Based on 2011 statistics: 1,060,000 abortions total, 36% of abortions under 9 weeks were medical: 1,060,000 X 0.36 X 0.02 = 7,632. Guttmacher Institute. (2016, May). Induced Abortion in the United States | Guttmacher Institute. Retrieved from https://www.guttmacher.org/fact-sheet/induced-abortion-united-states

83. Lichtenberg, E. S., Grimes, D. A. (2009). Surgical complications: Prevention and management. In Management of unintended and abnormal pregnancy: Comprehensive abortion care (p. 224-25). Chichester, UK: Wiley-Blackwell.

84.1. Paul, M., Lichtenberg, E. S., Borgatta, L., Grimes, D. A., Stubblefield, P. G., & Creinin, M. D. (2009). First Trimester Aspiration Abortion. In Management of unintended and abnormal pregnancy: Comprehensive abortion care (pp. 135-156). Chichester, UK: Wiley-Blackwell.

84.2. Pfenninger, J. L., & Fowler, G. C. (2011). Pregnancy Termination First-Trimester Suction Aspiration. In Pfenninger and Fowler's Procedures for Primary Care (3rd ed., pp. 863-872). Mosby, Inc., an affiliate of Elsevier Inc.

84.3. Planned Parenthood Federation of America Inc. (2019). In-Clinic Abortion Procedures. Planned Parenthood. Retrieved from https://www.plannedparenthood.org/learn/abortion/in-clinic-abortion-procedures

85. Fox, M. (2007). Cervical preparation for second trimester surgical abortion prior to 20 weeks. Contraception, 76(6), 486-95.

86.1. Lichtenberg, E. S., Grimes, D. A. (2009). Surgical complications: Prevention and management. In Management of unintended and abnormal pregnancy: Comprehensive abortion care (p. 224-25). Chichester, UK: Wiley-Blackwell.

86.2. Guttmacher Institute. (2019, September). Fact sheet: Induced Abortion in the United States. Retrieved from https://www.guttmacher.org/fact-sheet/induced-abortion-united-states

---



# I HAD UNPROTECTED SEX... *Now* WHAT?

What is emergency contraception (EC)? Often called the "morning-after pill," EC is intended to prevent pregnancy after known or suspected contraceptive failure, unprotected intercourse, or forced sex. EC may prevent the new life from implanting in the uterus, ending a very early pregnancy, rather than preventing the pregnancy altogether.[8]

## PLAN B ONE-STEP™ [9]

**Plan B One-Step™** is a single pill that contains a large amount of a progesterone hormone (levonorgestrel) found in some birth control pills. It is recommended to be taken within 72 hours of sex.

**How does it work?**[11] It works primarily by preventing the egg and sperm from meeting. It may also prevent a newly formed life from implanting in the uterus and continuing to develop. This ends the life and is an abortifacient effect. However, Plan B One-Step cannot disrupt an implanted pregnancy.

**What are the side effects?**[12] They may include changes in your period, nausea, lower abdominal pain, tiredness, headache, and dizziness. If your period is more than a week late, you may be pregnant. It should not be used as a routine form of birth control because it isn't as effective.

Women who experience severe abdominal pain after taking the drug may have an ectopic (tubal) pregnancy, and should get immediate medical help.

**How well does it work?** Since there are only a handful of days each month when pregnancy is possible, many take EC when it will have zero impact on pregnancy risk.

Studies on effectiveness come down to an educated guess and confirm that earlier estimates were overstated and conclude that "it is more effective than nothing."[13] A systematic review of 14 studies about EC (a total of 13,000 women) concluded that increased access increases its use, but was not shown to reduce unintended pregnancy rates.[14]

**What else should I know?** There is limited long-term information on the safety of using this drug frequently over long periods of time.[15]

**Should I take it?** Consider the cost, your likelihood of becoming pregnant, and its effectiveness, and potential to interrupt the development of a new life. It's your choice.

## ELLA® [10]

**ella®** (ulipristal) is a progesterone-blocking hormone intended for use within five days of unprotected sex or contraceptive failure. It is not to be used in the case of known or suspected pregnancy.

**How does it work?** First, ella® may reduce the chance of pregnancy by preventing or postponing ovulation. It may also work by preventing an embryo from implanting in the uterus and developing further, which is a form of early abortion.[16]

**Can it abort an attached pregnancy?** Unlike Plan B, ella® is a chemical cousin to the abortion pill MifeprexTM. Both share the progesterone-blocking effect of disrupting the embryo's attachment to the uterus, causing its death.[17] The impact on existing pregnancies was not tested in women, however a higher dose of ella® did cause abortions in pregnant animals, including monkeys, and carries the same potential in humans.[18]

**How effective is it?** It is to be used only once during a menstrual cycle. If used as directed, ella® is reported to reduce the chance of pregnancy but it is not always effective.[19]

**What are the side effects?** The most common adverse reactions to ella® include headache, nausea, abdominal pain, menstrual cramps, tiredness, and dizziness.[20]

**What are the risks?** Women who experience abdominal pain after using ella® should be evaluated right away for an ectopic pregnancy, which can be very dangerous and even life-threatening without medical attention.[21]

ella® may not be as effective if taken with certain drugs, or may change the effectiveness of those drugs.[22] Much is unknown about the drug, including its effect on women who are under 18, already pregnant, or breast-feeding.[23] The effect on pregnancies that continue after using ella® is also unknown.[24]

## HOW DO PLAN B ONE-STEP™ AND ELLA® DIFFER?

| | PLAN B ONE-STEP™ | ELLA® |
|---|---|---|
| PREVENT FERTILIZATION | Yes | Yes |
| MAY PREVENT IMPLANTATION* | Yes | Yes |
| MAY DISRUPT ATTACHED BABY* | No | Yes |

*Form of abortion

**DID YOU KNOW** All forms of EC have the potential to prevent a new life from implanting in the uterus. This is not a contraceptive effect, but abortive, resulting in the embryo's death.[25]

# FETAL DEVELOP

## GROUND ZERO CONCEPTION

A unique individual comes into existence. Their gender, hair and eye color are established.[26] During the first 7 days, the new life continues to grow & develop as it makes the journey to the uterus. It is loaded with stem cells full of potential: ready to form every part of their body.[27]



**1ST TRIMESTER**

**2ND T**

Just 22 days after fertilization, baby's heart begins to beat.[28] At 6 weeks many organs begin to form[29]; embryo's heart motion can be seen on ultrasound.[30] The brain is dividing into its three main parts and the respiratory and digestive systems are forming.[31] Upper and lower limb buds appear.

At 8 weeks LMP, the embryo begins to make spontaneous movements.[32] Just four days later, bone formation begins in the jaw & collar bone.[33] Embryo has distinct fingers and can hiccup.[34] Ovaries can be identified in girls (not on ultrasound).[35]

Thumb sucking begins, as well as the ability to grasp things, open the mouth, sigh, & stretch. The face, hands, & feet can sense light touch.[36] Babies begin to form unique fingerprints.[37]

Taste buds form.[38] Gender differences in behavior can be depicted: females move their jaws more often than males.[39] Poking a needle in the baby's abdomen causes a stress hormone to be released.[40]


6 weeks 1 Day LMP


9 Weeks LMP


11 Weeks LMP


15 Weeks LMP



MONTH 1 → MONTH 2 → MONTH 3 → MONTH 4

33. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 25: Limb Development. Retrieved from: http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

34.1 deVries, J. (1982). The emergence of fetal behaviour. I. Qualitative aspects. Early Hum Dev., 7(4), 301–22.

34.2. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 26: 7 Weeks: Hiccups and Startle Response and 29: Fingers and Toes. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

35. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 28: Ovaries and Eyes. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33ibid

36. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 37 9 Weeks: Swallows, Sighs, and Stretches. Retrieved from: http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

37.1 Moore, K. (1991) Dermatoglyphics: Science in transition. (pp. 95–112). New York, NY: Wiley-Liss.

37.2. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 38 10 Weeks: Rolls Eyes and Yawns, Fingernails & Fingerprints. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

38. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 40: 3 to 4 Months (12 to 16 Weeks): Taste Buds, Jaw Motion, Rooting Reflex, Quickening. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

39. Ibid.

40. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 41 4 to 5 Months (16 to 20 Weeks): Stress Response, Vernix Caseosa, Circadian Rhythms. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

41.1 Pain of the Unborn, 109th Cong., p.44 (2005) (testimony of Dr. Sunny Anand). Print. "My opinion is, based on evidence suggesting that the types of stimulation that will occur during abortion procedures, very likely most fetuses at 20 weeks after conception will be able to perceive that as painful, unpleasant, noxious stimulation."

41.2. K O'Donnell & V. Glover (2008) "New Insights into Prenatal Stress: Immediate and Long-term Effects on the Fetus and Their Timing," in Neonatal Pain, ed. Giuseppe Buonocore & Carlo V. Bellieni Milan. Springer, 60.

41.3. Pain of the Unborn, 109th Cong., p.19-29 (2005) (testimony of Dr. Jean Wright). Print. "By 20 weeks, and perhaps even earlier, all the essential components of anatomy, physiology, and neurobiology exist to transmit painful sensations from the skin to the spinal cord and to the brain."

42. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 42 5 to 6 Months (20 to 24 Weeks): Responds to Sound; Hair and Skin; Age of Viability. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

43-44 Ibid.

45. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 43 6 to 7 Months (24 to 28 Weeks): Blink-Startle; Pupils Respond to Light; Smell and Taste. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

46. Mayo Clinic (2017, July 6). Fetal development: The third trimester — Mayo Clinic. Retrieved from https://www.mayoclinic.org/healthy-lifestyle/pregnancy-week-by-week/in-depth/fetal-development/art-20045997

47. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 9: 2 to 4 Weeks: Germ Layers and Organ Formation Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

48.1 Derbyshire SW, Bockmann JC. Reconsidering fetal pain. J Med Ethics. 2020 Jan;46(1):3-6. doi: 10.1136/medethics-2019-105701. PMID: 31937669.

48.2 Thill B. Fetal Pain in the First Trimester. The Linacre Quarterly. 2022;89(1):73-100. doi:10.1177/00243639211059245

48.3 Lowery CL, Hardman MP, Manning N, Hall RW, Anand KJ, Clancy B. Neurodevelopmental changes of fetal pain. Semin Perinatol. 2007 Oct;31(5):275-82. doi: 10.1053/j.semperi.2007.07.004. Erratum in: Semin Perinatol. 2009 Dec;33(6):410.Clancy, Barbara [added]. PMID: 17905181.

48.4 Perry M, Tan Z, Chen J, Weidig T, Xu W, Cong XS. Neonatal Pain: Perceptions and Current Practice. Crit Care Nurs Clin North Am. 2018 Dec;30(4):549-561. doi: 10.1016/j.cnc.2018.07.013. PMID: 30447815; PMCID: PMC6570422.

48.5 Fisk NM, Gitau R, Teixeira JM, Giannakoulopoulos X, Cameron AD, Glover VA. Effect of direct fetal opioid analgesia on fetal hormonal and hemodynamic stress response to intrauterine needling. Anesthesiology. 2001 Oct;95(4):828-35. doi: 10.1097/00000542-200110000-00008. PMID: 11605920

49.1 Thill B. Fetal Pain in the First Trimester. The Linacre Quarterly. 2022;89(1):73-100. doi:10.1177/00243639211059245

49.2 Derbyshire SW, Bockmann JC. Reconsidering fetal pain. J Med Ethics. 2020 Jan;46(1):3-6. doi: 10.1136/medethics-2019-105701. PMID: 31937669.

49.3 Sekulic S, Gebauer-Bukurov K, Cvijanovic M, Kopitovic A, Ilic D, Petrovic D, Capo I, Pericin-Starcevic I, Christ O, Topalidou A. Appearance of fetal pain could be associated with maturation of the mesodencephalic structures. J Pain Res. 2016 Nov 11;9:1031-1038. doi: 10.2147/JPR.S117959. PMID: 27881927; PMCID: PMC5115678.

50. Giannakoulopoulos X, Sepulveda W, Kourtis P, Glover V, Fisk NM. (1994) Fetal plasma cortisol and β-endorphin response to intrauterine needling. Lancet. 344 : 77-81.

51.1. Ibid.

51.2. Bellieni, Carlo V. Analgesia for Fetal Pain during Prenatal Surgery: 10 Years of Progress, Pediatric Research, 89, 1612–1618 (2021). https://doi.org/10.1038/s41390-020-01170-2.

51.3. Van de Velde M, Van Schoubroeck DV, Lewi LE, Marcus MAE, Jani JC, Missant C, Teunkens A, Deprest J. (2005) Remifentanil for Fetal Immobilization and Maternal Sedation During Fetoscopic Surgery: A Randomized, Double-Blind Comparison with Diazepam. Anesthesia & Analgesia. 101:251-258.

52.1 Bellieni, Carlo V. Analgesia for Fetal Pain during Prenatal Surgery: 10 Years of Progress, Pediatric Research, 89, 1612–1618 (2021). https://doi.org/10.1038/s41390-020-01170-2.

52.2 Fink RJ, Allen TK, Habib AS. Remifentanil for fetal immobilization and analgesia during the ex utero intrapartum treatment procedure under combined spinal-epidural anaesthesia. Br J Anaesth. 2011 Jun;106(6):851-5. doi: 10.1093/bja/aer097. Epub 2011 Apr 29. PMID: 21531744.

53.1. Merker B. (2007) Consciousness without a cerebral cortex: A challenge for neuroscience and medicine. Behavioral and Brain Sciences. 30:63-81.

53.2. Shewmon DA, Holmes GL, Byrne PA. (1999) Consciousness in congenitally decorticate children: Developmental vegetative state as self-fulfilling prophecy. Developmental Medicine & Child Neurology. 41:364-374.

53.3. Van de Velde M, Van Schoubroeck DV, Lewi LE, Marcus MAE, Jani JC, Missant C, Teunkens A, Deprest J. (2005) Remifentanil for Fetal Immobilization and Maternal Sedation During Fetoscopic Surgery: A Randomized, Double-Blind Comparison with Diazepam. Anesthesia & Analgesia. 101:251-258.

54. White, MC, Wolf, AR. (2004) Pain and Stress in the Human Fetus. Best Practice & Research Clinical Anaesthesiology. 18:205-220.

55. Frequently Asked Questions: Pregnancy (FAQ168). (2013). Retrieved from http://www.acog.org/~/media/For%20Patients/faq168.pdf

56.1. National Academies of Sciences, Engineering, and Medicine 2018. The Safety and Quality of Abortion Care in the United States. Washington, DC: The National Academies Press. https://doi.org/10.17226/24950.

56.2. Planned Parenthood. (2011, April 8). How much does it cost to get an abortion? Retrieved November 19, 2019, from https://www.plannedparenthood.org/learn/teens/ask-experts/how-much-does-it-cost-to-get-an-abortion

57.1. Cowles, C. (2018, November 20). What to Know About the Cost of an Abortion. Retrieved from https://www.thecut.com/2018/11/how-much-does-an-abortion-cost.html

57.2. Planned Parenthood. (2011, April 8). How much does it cost to get an abortion? Retrieved November 19, 2019, from https://www.plannedparenthood.org/learn/teens/ask-experts/how-much-does-it-cost-to-get-an-abortion

58.1. Delgado, G., & Davenport, M.L. (2012). Progesterone use to reverse the effects of mifepristone. Ann Pharmacother, 64(12). doi: 10.1345/aph.1R252.

58.2. Delgado, G., Condly, S. J., & Davenport, M. (2018). A case series detailing the successful reversal of the effects of mifepristone using progesterone. Issues in Law & Medicine, 33(1).

58.3. Davenport, M. L., Delgado, G., Harrison, M. P., & Khauv, V. (2017). Embryo survival after mifepristone: A systematic review of the literature. Issues in Law & Medicine, 32(1).

59.1 U.S. Food and Drug Administration (2018, February 5). Mifeprex (mifepristone): Post market Drug Safety Information for Patients and Providers. Retrieved from http://www.fda.gov/drugs/drugsafety/postmarketdrugsafetyinformationforpatientsan dproviders/ucm111323.htm

59.2 U.S. Food & Drug Administration. (2018, September 13). Quick Tips for Buying Medicines Over the Internet | FDA. Retrieved from https://www.fda.gov/drugs/buying-using-medicine-safely/quick-tips-buying-medicines-over-internet

60.1 American College of Obstetricians & Gynecologists (2014). Practice Bulletin: Medical Management of First-Trimester Abortion (143).

Case 1:23-cv-xxxxx Document # 1-8 Filed: 07/27/23 Page 9 of 27 PageID #:89

# REFERENCES

All references corresponding to citation numbers in this publication can be viewed at http://bit.ly/BYDReferences, including active hyperlinks where available.

1. Chibber, K. S., Biggs, M. A., Rogers, S. C., & Foster, D. G. (2014). The role of intimate partners in women's reasons for seeking abortion. Womens Health Issues, 24(1). doi:10.1016/j.whi.2013.10.007.

2. National Abortion Federation. (n.d.). Common Questions and Myths about Abortion. (2015). Retrieved from https://www.prochoice.org/Pregnant/common/

3.1. Adams, J. (2008). The healthy pregnancy. In Emergency medicine (2nd ed.). Philadelphia, PA: Saunders/Elsevier.

3.2. U.S. Department of Health and Human Services (2010, September 27). Stages of pregnancy | womenshealth.gov. Retrieved from http://www.womenshealth.gov/pregnancy/you-are-pregnant/stages-of-pregnancy.html

4. U.S. Department of Health and Human Services (2019, January 30). Pregnancy loss | womenshealth.gov. Retrieved from https://www.womenshealth.gov/pregnancy/youre-pregnant-now-what/pregnancy-loss

5. Katz, V., et al. Comprehensive Gynecology. 5th ed. Philadelphia: Mosby-Elsevier; 2007.

6.1. American Congress of Obstetricians and Gynecologists, "ACOG Statement on 'Personhood' Measures." Last modified 2012. Retrieved from http://www.acog.org/-/media/Departments/LARC/TalkingPointsonPersonhoodMeasures.pdf?dmc=1&ts=20191110811344532553

6.2. Planned Parenthood. (2019). How Does Pregnancy Happen? | Pregnancy Symptoms & Signs. Retrieved November 19, 2019, from https://www.plannedparenthood.org/learn/pregnancy/how-pregnancy-happens

7. Mayo Clinic (2017, July 12). Fetal development: The first trimester. Retrieved from http://www.mayoclinic.org/prenatalcare/ ART-20045302

8.1. WEBSTER v. REPRODUCTIVE HEALTH SERVICES," The Oyez Project at IIT Chicago-Kent College of Law, accessed November 19, 2019, http://www.oyez.org/cases/1980-1989/1988/1988_88_605/

8.2. Larimore, W. L. (2000). The abortifacient effect of the birth control pill and the principle of 'double effect. Ethics & Medicine, 16(1), 23-30.

8.3. Mayo Clinic (2017, July 12). Fetal development: The first trimester — Mayo Clinic. Retrieved from http://www.mayoclinic.org/healthy-living/pregnancy-week-by-week/in-depth/prenatal-care/art-20045302

8.4. Plan B One-Step | Drug Summary | PDR.net. (2019). Retrieved from http://www.pdr.net/drug-summary/plan-b-one-step?druglabelid=573&id=1542

9.1. Ibid.

9.2. Teva Women's Health, Inc. (2019). Plan B One-Step®: About Retrieved from https://www.planbonestep.com/how-plan-b-works/

10.1. U.S. Food and Drug Administration (2015, March). ELLA: Full Prescribing Information. Retrieved from https://www.accessdata.fda.gov/drugsatfda_docs/label/2015/022474s007lbl.pdf

10.2. U.S. Food and Drug Administration (2012, April). FDA Approved Patient Labeling. Retrieved from http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022474s002lbl.pdf

11. Teva Women's Health, Inc (2013, December). Plan B One-Step®: FAQs: How does Plan B One-Step® work? Retrieved from https://www.planbonestep.com/faqs/

12. Teva Women's Health (2019). Plan B One-Step®: Important Info. Retrieved from https://www.planbonestep.com/taking-plan-b/

13. Trussell, J., Raymond, E., Cleland, K. (2019, January). Emergency contraception: A last chance to prevent unintended pregnancy. Retrieved from http://ec.princeton.edu/questions/ec-review.pdf

14. Raymond, E. G., Trussell, J., & Polis, C. B. (2007). Population effect of increased access to emergency contraceptive pills, A systematic review. Obstetrics & Gynecology, 109 (1), 181-188.

15. Trussell, J., Raymond, E., Cleland, K. (2019, January). Emergency contraception: A last chance to prevent unintended pregnancy. Retrieved from http://ec.princeton.edu/questions/ec-review.pdf

16.1. Watson Launches ELLA(R) (Ulipristal Acetate) Emergency Contraceptive. (2010, December 1). Retrieved from https://www.allergan.com/News/Details/2010/12/Watson%20Launches%20ellaR%20ulipristal%20acetate%20Emergency%20Contraceptive

16.2. U.S. Food and Drug Administration (2012, April). ELLA (ulipristal acetate): Mechanism of Action. Retrieved from http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022474s002lbl.pdf

17. Harrison, D. J., & Mitroka, J. G. (2010). Defining reality: The potential role of pharmacists in assessing the impact of progesterone receptor modulators and misoprostol in reproductive health. The Annals of Pharmacotherapy, 45(1), 115-19.

18.1. Larner JM, Reel JR, Blye RP. (2000) Circulating concentrations of the antiprogestins CDB-2914 and mifepristone in the female rhesus monkey following various routes of administration. Hum Reprod.15(5): 1100-06.

18.2. Hild SA, Reel JR, Hoffman LH, Blye RP. (2000) CDB-2914: Anti-progestational/anti-glucocorticoid profile and post-coital anti-fertility activity in rats and rabbits. Hum Reprod. 15(4):822-829.

18.3. U.S. Food and Drug Administration. (2012). ella® full prescribing information: Use in specific populations. Retrieved from http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022474s002lbl.pdf

19. U.S. Food and Drug Administration. (2012). FDA approved patient labeling: How effective is ella®? Retrieved from http://http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022474s002lbl.pdf

20. U.S. Food and Drug Administration. (2012). ella® full prescribing information: Adverse reactions. Retrieved from http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022474s002lbl.pdf

21-24 Ibid

25.1. ParaGard (copper IUD). (2019, September 7). Retrieved from https://www.drugs.com/mcp/paragard-copper-iud

25.2. Larimore, W. (2000). The abortifacient effect of the birth control pill and the principle of 'double effect'. Ethics & Medicine, 16(1), 23-30.

25.3. U.S. Food and Drug Administration (2012, April). ELLA (ulipristal acetate): Mechanism of Action. Retrieved from http://www.accessdata.fda.gov/drugsatfda_docs/label/2012/022474s002lbl.pdf

25.4. Teva Women's Health, Inc (2019). Plan B One-Step®: FAQs: How does Plan B One-Step® work? Retrieved from https://www.planbonestep.com/faqs/

26.1. Mayo Clinic (2017, July 12). Fetal development: The first trimester — Mayo Clinic. Retrieved from http://www.mayoclinic.org/healthy-living/pregnancy-week-by-week/in-depth/prenatal-care/art-20045302

26.2. U.S. Department of Health and Human Services (2019, April 18). Stages of pregnancy | womenshealth.gov. Retrieved from http://www.womenshealth.gov/pregnancy/you-are-pregnant/stages-of-pregnancy.html

27.1. NIH Stem Cell Information Home Page. In Stem Cell Information [World Wide Web site]. Bethesda, MD: National Institutes of Health, U.S. Department of Health and Human Services, 2016 [cited November 19, 2019] Available at //stemcells.nih.gov/basics/1.htm

27.2. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 5: Early Stages and Stem Cells. Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

27.3. Alberts, B., Bray, D., Johnson, A., Lewis, J., Roberts, K., & Walter, P. (1998). Essential cell biology. New York, NY: Garland.

28. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 9: 2 to 4 Weeks: Germ Layers and Organ Formation Retrieved from http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

29. Carlson BM. (2004). Human embryology & developmental biology. 3rd ed. Philadelphia, PA: Mosby.

30. MacKenzie, A. P., Stephenson, C. D., & Funai, E. F. (2019). Prenatal assessment of gestational age, date of delivery, and fetal weight. UpToDate.

31. Ibid.

32. Endowment for Human Development (2006). Documentation Center for The Biology of Prenatal Development DVD: Chapter 20: 6 weeks: Motion and Sensation. Retrieved from: http://www.ehd.org/resources_bpd_documentation_english.php#_ftnref33

FETAL DEVELOPMENT TIMELINE

# MENT TIMELINE




**DID YOU KNOW** The baby's heart begins pumping just 22 days after fertilization (5 wks LMP). This is just one week after a missed period.[47]

TRIMESTER | 3RD TRIMESTER

Baby can perceive pain.[42] Hair begins to grow.[42] The inner ear is fully developed & the fetus can respond to a growing range of sounds.[43]

This is considered the age of viability because survival becomes possible for babies born around this point.[44]

The baby can produce tears.[45]

Babies put on weight in the last few weeks of development.[46]

Baby has reached full term and is ready to be born!






MONTH 5 | MONTH 6 | MONTH 7 | MONTH 8 | MONTH 9







## LIFE IS A **JOURNEY**

Life is a continuum. For each of us, it starts the same: when the dad's sperm and mom's egg combine, a unique life comes into existence!

When we look at a newborn baby, we tend to think that her life "just began" the day she was born. But that's not how it works. Her life started at that magical moment when two unique sets of DNA came together to form the next generation of the family. People get excited about finding out about their ancestry because we all want to know where we came from. Stop for a minute and consider the immense power that is contained in the life of a newly created human being. Every person on the planet grew from a single cell to their current form and size. Interrupting the human journey can have intense and often unexpected spiritual and emotional impacts. Ask yourself: do you have to be a certain size, live in a certain place, or possess a certain amount of intelligence to be considered a human being?



## WHERE DO I DRAW
## *The line?*

**WHAT DO YOU THINK** | When did you become a person?

# *my* DECISION GUIDE

Use this worksheet to evaluate your top three options. List pros and cons of each option below.

| PREGNANCY OPTIONS I'M CONSIDERING | PROS WHY I SHOULD CHOOSE THIS OPTION | CONS WHY I SHOULDN'T CHOOSE THIS OPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

*Now, take all the things you wrote in your positive lists and put them in order from most important to least important:*

*Do the same with everything in your negative lists:*

MOST IMPORTANT ↕ LEAST

WHAT DO YOU THINK IS THE BEST OPTION FOR YOU? _____
WHO WILL SUPPORT YOU IN YOUR CHOICE? _____

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 12 of 27 PageID #:92

YOU ARE **WOMAN S**TRONG

# WHAT KIND OF PARENTING PLAN DO YOU WANT TO MAKE?

Being a good parent is hard. It takes **STRENGTH, COURAGE, & MATURITY.**
But giving someone else the chance to become their own person can bring so much *joy!*

## ASK YOURSELF:

☐ Have I done all the research I want to do?
☐ What thought or emotion is motivating me?
☐ Who will support me in my decision?
☐ What choice is most consistent with my values?
☐ Do I feel like I will have to hide my decision from others?
☐ Does this decision help me become the person I want to be?
☐ Am I confident about my decision?

**HOW YOU USE YOUR STRENGTH IS UP TO YOU. MAKE YOUR BEST CHOICE!**



❝ ❞
I chose to focus on the fire that was inside of me
instead of the fire that I felt was all around me.

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 13 of 27 PageID #:93 YOU ARE STRONGER THAN YOUR CIRCUMSTANCES

# CAN THE FETUS **FEEL PAIN?**

Scientists continue to debate when an unborn baby begins to feel pain. Some argue that the fetus is only capable of an involuntary reaction to pain. However, considerable research supports that not only do babies experience pain before birth, but they feel it intensely and it impacts their life after birth.[48]

**Consider this:**

- While some scientists say fetal perception of pain isn't possible until 22 weeks gestation (LMP), recent studies by experts point to the fetus' ability to experience pain at least by 15 weeks gestation, if not sooner.[49]

- A needle placed in the baby's abdomen at 22 weeks LMP causes her to react with vigorous body movements.[50]

- Fetal surgeons routinely administer sedation and anesthesia specific for the baby, so that the baby doesn't move, produces less stress hormones,[51] and to prevent long-term developmental problems caused by "remembering" pain.[52]

- Some say a specific layer of the brain is needed to feel pain. If this were true, then babies born without this layer (hydranencephaly) shouldn't be able to experience pain, but they do.[53]

- Like an infant born prematurely, human fetuses have unique ways of processing and feeling pain, which are different from adults.[54]



## WHAT ARE MY CHOICES?

Now that you understand how a tiny human grows inside a woman's body, it's time to consider your parenting options:[55]

- [ ] Abortion
- [ ] Raising my baby
- [ ] Adoption

You have the legal right to choose the outcome of your pregnancy. REAL empowerment comes when you find the strength and resources to make your BEST choice.



**WHAT DO YOU THINK** | When should we start protecting someone who might be able to feel pain?



**IS SOMEONE PRESSURING YOU TO ABORT?**
You have the legal right to decide the outcome of your pregnancy. No one can legally force or coerce you to have an abortion you don't want. Talk with someone who will respect your choice. Get the help you need.
**Not sure how serious your situation is? Need to talk with an expert?**
National Domestic Violence Hotline: 1(800)799-7233
National Human Trafficking Hotline: 1(888)373-7888

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 14 of 27 PageID #:94



# UNPLANNED PREGNANCY

*Survival* Kit



## YOU ARE STRONGER THAN YOUR CIRCUMSTANCES

Sometimes pregnancy comes at a time when your entire life seems to be spinning out of control. Experts say that in a crisis, there are several important ways to care for yourself:[170]

- Refrain from making major life decisions.
- Regularly do something healthy that you enjoy.
- Get enough food, water, and sleep.
- Find emotional and spiritual support.
- Maintain social connections with safe people.
- Journal or record a video about your experience (for only you to see).
- Consider getting professional counseling from someone who can help you process what you've been through.

**DID YOU KNOW** | If being pregnant is too overwhelming to consider, you have options. Talk with someone at your local pregnancy center and get the help you need.

Some people may tell you what they think you should do but it is important to take responsibility for your own life. Before you follow someone else's advice, ask yourself, do I believe this is the best thing for me to do right now? If not, take your time to make a healthy choice. Going through trauma is not a good reason to make a decision that harms you or someone else.[171]

Others may have hurt you terribly. Your pregnancy may even be the result of a sexual encounter you didn't choose. It's not your fault. You can make healthy choices that protect yourself, and your baby, starting now.

You may be tempted to want to escape your circumstances because of feeling scared, sad, or maybe even hopeless. No matter what is going on, it's important to remember: you are stronger than your circumstances.
And you don't have to go through this alone.

**IN A VIOLENT RELATIONSHIP?** | You didn't cause the violence and you can't change an abusive person. Pregnant women, including women considering abortion, may be at higher risk for experiencing violence from an intimate partner.[172] Learn more about the patterns in abusive relationships and make your own choice to be safe.

## 7 SIGNS OF AN UNHEALTHY RELATIONSHIP [173]

### DO ANY OF THESE DESCRIBE YOUR RELATIONSHIP WITH YOUR PARTNER?

- When there is a disagreement, you are always wrong and he is always right.
- You fear bringing up a subject that is important to you because he might get really angry.
- He uses alcohol or drugs a lot. After he has been drinking or using, he can't remember what he said or did to you.
- He tries to control your access to money, who you spend time with, where (or whether) you work, how you dress, or how you act.

- You feel bad about yourself because he calls you names, makes fun of you, or views you as stupid, ignorant, or incompetent.
- He lies to you or cheats on you.
- He promises to change but he doesn't.

Often, people stay in unhealthy relationships because they feel they really love the other person and they hope things will change for the better. Some relationships do change with a little work and counseling, but if your partner is unwilling to get outside help or wants you to keep the problems in your relationship a secret, that may be a sign that he doesn't really want to change. Remember, someone who really loves you will treat you with respect, kindness, and patience. He will be honest with you and value your thoughts and feelings. And, of course, he won't be violent or force sex on you.



# ABORTION

## A PARENTING OPTION?

### SAY WHAT?

**Every parenting journey begins with pregnancy, but how it ends is your choice.**

Some people think of abortion as a parenting option. But consider this, pregnancy happens when two people create a new life. But something else happens also: pregnancy creates two parents. Some people are eager for this new role. Others feel unprepared, overwhelmed, and maybe even scared.

Women are able to legally decide the outcome of their pregnancy. The next several sections provide information that will help you make the best parenting decision.

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 15 of 27 PageID #:95

# BLACK & WHITE?

## ABORTION MAY SEEM LIKE A CLEAR-CUT DECISION, BUT THERE ARE A LOT OF THINGS TO CONSIDER...

**DID YOU KNOW** | Most abortions occur very early in pregnancy, but as the baby grows, the cost of abortion increases and so do the risks to the mother.[56]



**PROCEDURE TYPE**
**COST**
**PAIN**
**RISKS**
**PROVIDER**
**ALTERNATIVES**

**2** — Pg's 18-23 have all the details about these procedures

**8** — There are at least 8 physical & immediate risks following an abortion: pg. 21 has those details. Check out pg. 24-25 for long-term risks

**4** — Factors in determine the cost of an abortion:
1. Weeks into pregnancy
2. Where I live
3. Anesthesia needed
4. Procedure type
Depending on these factors an abortion may cost several hundred to several thousand dollars[57]

**WHAT DO YOU THINK** | Most guys want to know if they've gotten a woman pregnant. Her pregnancy changes things for him too. Should he be in the loop?



"I'm really glad she told me about the pregnancy. We've made the best choice for ourselves and also for our baby."

## WHAT ABOUT THE **BIRTH FATHER?**

### Is he in the loop?

Your baby's father typically has legal rights related to adoption. State laws determine his options for providing input into the adoption and how he must be notified. If a father does not support your choice of adoption, he has long-term legal responsibilities to support his child.



Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 16 of 27 PageID #:96

## 3 TIPS FOR A POSITIVE ADOPTION EXPERIENCE



# JOELLE'S STORY

Adoption isn't an easy choice, but it can be a healthy and positive one for both you and your baby. Here's how to make the most of your experience:

**#1 MAKE A BIRTHING PLAN THAT WORKS FOR YOU**

Think about what you want. Plan to spend time with your baby, or not. Some women plan a special ceremony to lovingly place the baby with their new family. They may write a letter or give a gift to their baby. Others plan for hospital personnel to give the baby to her adoptive parents. Do what works best for you. Remember, you can change your mind at any point before the placement of your baby is legally complete.

**#2 LICENSED AGENCY OR ADOPTION ATTORNEY**

Find a licensed agency or experienced adoption attorney (at no cost to you) that is committed to respecting your needs and desires. Your agency or attorney will respect your confidentiality and be able to answer your questions. They will also help you work out a post adoption communication plan with your child's new parents.

**#3 TAKE CARE OF YOURSELF**

Your feelings, thoughts, and plans are important. Do your research and make sure you have the support you need. You can receive help with basic expenses and prenatal care as well as professional counseling both during pregnancy and after placement.

## CONSIDERING ADOPTION?

Whichever type of adoption you might choose, it's a good idea to get counseling (available for free) that can help you adjust after your baby is born and plan for the future. Learn more by talking with a licensed adoption agency, adoption attorney, or gather information anonymously online.[168]

**adoption-share.com | iChooseAdoption.org**

IS *adoption* RIGHT FOR ME?

- [ ] What would I want my child to know about me?
- [ ] What kind of family do I want my baby to grow up in?
- [ ] What will I think about my decision in 20 years?
- [ ] Where can I get help with my expenses?
- [ ] Do I understand what rights the father of the baby has?
- [ ] Do I know how long I have to change my mind?

**DID YOU KNOW** Research has shown that pregnant women who make an adoption plan are more likely than single parents to finish school, have better jobs, and overall report a high level of satisfaction with their decision for adoption.[169]

A lot of neighborhood girls were pregnant by the time they were 15. I was the success story: 18, a high school graduate, money in my pocket, and no children.

When I started seeing Mike, I knew about his "bad boy" rep. He was the first person that I had sex with and, although I knew about birth control, I wasn't using any. I think I conceived the first time.

I actually had money saved up for an emergency like this—to get an abortion. I thought this was one of those adult decisions that people just have to make. So I told a friend and she took me to the place where we had gone for her two abortion appointments. She asked me what my boyfriend thought and I told her Mike wanted a child. There had always been rumors that he had other children but there was no doubt this time: it was his.

Still, there were just so many reasons to not be pregnant. At the top of the list: I didn't want to be entangled with Mike all my life. Plus, I'd be another statistic: pregnant, trying to make ends meet at some two-bit job, stuck in the ghetto, living with my mom, unable to go back to school. All my dreams of independence down the drain.

The clinic waiting room was full—some girls were even sitting on the floor. During the procedure, I was in a huge room with one lone bed in the center, a lamp, and some other equipment I didn't want to look at too closely. For a brief moment, I felt like God saw me and I feared I would not be forgiven for what I was doing. They put the mask on me and I went out. I woke up in a room with a lot of other girls around me. I was told, "You have to get up. We need the bed." When I started to walk, I had bad cramps. I was told that was normal but if they got really bad I should probably go to the hospital. I limped over to the bathroom to change, then found my friend in the waiting room. We got in a cab and went home. I experienced no physical complications.

My relationship with Mike didn't last. I never intended it to.

Fast forward a few years: I had a job. A good life. I never thought about the abortion. When I was 21, I met my husband and fell head over heels in love. After dating about a year, I realized I really wanted our relationship to last and I remember thinking he needs to know I had an abortion. I had never told anyone about it before. He was very gentle and said, "I understand. It's your body, but I want you to know that if we got pregnant—I wouldn't want you to do that. I don't know what that means for us, but I couldn't support that." I so appreciated his honesty. And I knew I wouldn't have an abortion again—as much for me as for him.

The past behind me, we got married. I was soon pregnant and it was such an easy pregnancy. After my daughter was born, thoughts of my abortion would intrude on my happiness. There she was: so perfect in every way. And I was a woman who had ended a life like hers. And it kind of horrified me.

I cried when I found out I was pregnant again. For just a moment, I thought of aborting him, even though I didn't want to do that again. Money was tight and money mattered a lot to both of us then. My husband and I decided if we were going to be poor, we'd commit to being rich in love and enjoying our kids. So my son was born 15 months after my daughter. Somehow we made a very small budget work during those years.

A new job led to money in the bank and absolutely no debt. But the bigger the kids got, the guiltier I felt about the baby I'd never held.

In time, newfound faith led me to tell a friend about my abortion and that I struggled with my feelings about it. She told me she had an abortion too. That was important for me to hear. Now, we both have received emotional and spiritual healing. I know God has forgiven me—and so has my baby.

# THE ABORTION PILL

ALSO KNOWN AS: MIFEPREX, TM MIFEPRISTONE, RU-486



**?**

### WHAT

The Abortion Pill
Mifeprex, TM mifepristone, RU-486



### WHEN

Up to 10 weeks LMP



### HOW

- Day 1: Swallow mifepristone, eventually causes embryo's death
- Day 2 or 3: Take misoprostol, cramping expels baby
- Day 7 to 14: Follow up with provider to check if abortion is complete



### SIDE AFFECTS:

- Abdominal pain
- Severe cramping
- Nausea
- Vomiting
- Diarrhea
- Headaches
- Dizziness
- Fever and chills

### RISKS:



- Seeing embryonic parts expelled
- Some pregnancies fail to abort
- In pregnancies that continue, misoprostol may cause birth defects
- 1% of women need a D&C to stop hemorrhaging
- Undiagnosed ectopic pregnancy
- Possible life-threatening infection





**ULTRASOUND AT 10 WEEKS LMP***

*LMP: last menstrual period

## WHAT IF I CHANGE MY MIND? ⚠ IT MAY NOT BE TOO LATE

Some doctors have begun using natural progesterone off-label to counteract the effects of the abortion pill. Under a doctor's care some women have successfully continued their pregnancies and given birth to healthy babies after taking just the first pill (mifepristone) of a medical abortion.[58] Based upon available evidence, the use of natural progesterone is associated with a significantly higher likelihood that a pregnancy will continue after exposure to mifepristone compared to no intervention. Women should not attempt to counteract the abortion pill without the assistance of a medical professional.

For more information:
📞 877.558.0303  🌐 abortionpillreversal.com

## ONLINE ABORTION PILL?

### Doing it yourself is risky![59]

The abortion pill has special safety restrictions on how it is distributed to the public. Using drugs bought online can be risky. Online purchasers of the abortion pill bypass important safeguards designed to protect their health. Because drugs purchased online are not the Food and Drug Administration (FDA) approved versions of the drugs, they are not subject to FDA manufacturing controls, and there is no way to be sure exactly what they contain.

Some websites claim to give instructions on how to induce your own abortion. Attempting to follow these instructions can be very dangerous for a woman and may or may not end her pregnancy.





*"I am so happy that my life worked out the way it did and I don't have any resentment because my adoption was never a secret. I've been blessed with wonderful adoptive parents and been able to meet my birth parents who have also been kind and loving. I understand this is not always the case and some adoptions can be rough on the child. It had to be the hardest decision of Erin's life but I am so thankful she went through with it. Her mature choice gave me a better chance at life."*

— Samantha

## Adoption ••••••••••••

### QUESTIONS TO ASK YOURSELF BEFORE MAKING THIS CHOICE:

| SOME ASK: | HOW COULD I EVER GIVE MY BABY AWAY? | WHAT IF NOBODY WANTS TO ADOPT MY BABY? | COULD I LIVE WITHOUT KNOWING HOW MY BABY IS DOING? | HOW COULD BEING ADOPTED AFFECT MY BABY? |
|---|---|---|---|---|
| BIRTHMOM'S PERSPECTIVE: | "Adoption was hard but none of my options were easy. I placed my baby in a wonderful family because I love her more than anything." | "My son is beautifully biracial and very loved by his adoptive parents — and me!" | "My baby's pictures are on my phone. He has the cutest grin. Sometimes, I stare at his face while I'm at night school." | "My child's adoptive family gave her all the love and resources she needed to reach her goals." |
| OTHER THOUGHTS | Not only is adoption a caring choice for children, it empowers women to meet their goals. | Adoptive families welcome children of different ethnicities & races, as well as those with every kind of physical or intellectual disability. | You don't have to miss out. With open or partially open adoption, you can be a part of your child's life and still pursue your own dreams. | Parents report, 92% of adopted children have positive feelings about their adoption.[167] |

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page: 18 of 27 PageID #:96



*Photos that Samantha's parents sent me through the years

# ERIN'S JOURNEY THROUGH
## *Open* ADOPTION

As a single mom to a six month old boy, I was barely staying afloat when I started seeing a co-worker who I found very attractive. Soon I was pregnant. When I told him, he insisted that I could NOT have this child. Turns out, he was in a relationship that he hadn't told me about. So this was really complicating his life…

My first pregnancy, the one before my son, ended in abortion. Knowing I couldn't care for two kids on my own, I scheduled another abortion.

When the day came, I felt ill just thinking about what I was about to do. I knew I couldn't survive that experience again. So I cancelled the appointment and frantically called a good friend of mine.

My friend listened to me and prayed with me. We talked about adoption. And I just felt that I needed to investigate that option.

I started looking for parents for my baby. All the couples said they wanted to take care of your baby and would shower your baby with love and attention. But one profile said, "And God bless you." I thought: *They care about me; not just taking my baby.*

They were excited to hear from me and we began getting to know one another.

We agreed on open adoption because they wanted the baby to always know she was adopted and could contact me. Later, they flew me and my son to California to meet them. They took me to their doctor for a checkup. They also arranged for me to see a psychologist about where I was emotionally — if I felt committed to placing the baby for adoption. I felt at peace because they did everything to protect me and my baby.

As my pregnancy advanced, it was really hard for me to work full-time and take care of my son. So they offered to support me until the birth so I could focus on taking care of my son and myself. When the baby was due, they flew out for the delivery. Labor went incredibly fast and smooth. My little girl was beautiful.

Absolutely perfect! I stripped her down to her diaper and held her the whole night long.

I'm not going to lie, it was really difficult to leave that hospital. I put Samantha in her new parents' arms. We had a meeting at my home the night after I had the baby. All of my family members were invited to hold her and see her, before her parents took her back to California. They were so generous to share her with anyone who wanted to meet her.

It was incredibly hard to let her go. But I knew this was right — for me and for Samantha (see Sam's thoughts on the next page).

While I was visiting California a year later, I had lunch with Samantha and her family. When she was six, my husband and I took our kids on vacation there and our whole family got to hang out with Sam and her family. What a fun reunion! I saw her again at 15. Last year, my mom and I got to have lunch with her and her mom.

Sam got her real estate license last year and she's just graduated from college — I'm so proud of her!

I've made three different parenting choices: I've aborted, parented my children, and placed for adoption. I feel like adoption was such a good choice because my baby, Samantha, got the best life. It was a very healthy and positive choice for me too. One I have never regretted.

Read Samantha's thoughts on the next page 

# THE DETAILS ⓘ

**The Abortion Pill:**[40]
Taken up to 10 weeks LMP[61]

The abortion pill (also known as Mifeprex,TM mifepristone, or RU-486) uses two drugs and is approved by the Food and Drug Administration (FDA) for use in women up to 70 days (10 weeks) after their last menstrual period (LMP).[62] However, it is used "off-label" beyond 10 weeks.[63] It is the most common form of medical abortion.[64]

**How does it work?**[65] It blocks the effect of the hormone progesterone, which is necessary for the continuation of pregnancy. The embryo's connection with the uterus is lost, eventually causing his or her death over the course of days, in most cases.

The FDA approved procedure requires a single office visit, other visits are up to the abortion provider's discretion.[66] During the first office visit, the woman is given mifepristone to swallow. Twenty-four to forty-eight hours later misoprostol tablets are taken; this may take place at home, or she may return to the clinic to take them. These tablets are placed inside the cheeks, and given time to absorb. This drug causes cramping that expels the embryo or fetus. Cramping may be severe, and bleeding usually lasts one to two weeks. It is possible that she may see identifiable parts expelled if she is around 8 weeks LMP. By 10 weeks LMP, the developing baby is over one inch in length with clearly recognizable arms, legs, hands, and feet.[67]

It is critical that follow up occurs one to two weeks after taking the first pill to determine if the procedure is complete and to assess whether there are complications. The abortion provider decides the follow-up which may consist of a phone call, a blood test, an in-office exam, and/or an ultrasound.

Typical side effects include abdominal pain, severe cramping, nausea, vomiting, diarrhea, headaches, dizziness, fever, and chills.[68]

**What are the risks?**[69] Information on adverse events is limited for several reasons. First, provider reporting of complications is voluntary. Also, women may not disclose their abortion when seeking follow-up care. These and other issues hinder the collection of reliable statistics connecting the abortion procedure with complications. Based on what has been reported, the risk of death after taking the abortion pill is small, but serious complications do happen. Because of the risk of serious complications, the mifepristone abortion is only available through a **restricted program**. This program requires abortion providers to inform patients about the risk of serious events and what to do should complications arise. The percentage of all abortions that are done using medication goes up each year, meaning that more and more women will be at risk for these complications.[70]

**Bleeding:** Vaginal bleeding normally lasts for 9–16 days but 1% of women bleed enough to require a D&C to stop the bleeding.[71]

**Infection:** According to the FDA, several U.S. women who used the abortion pill died due to an overwhelming total body infection (sepsis).[72] Physicians are alerted to consider this complication in any woman who feels ill after using Mifeprex.[73]

**Undiagnosed ectopic pregnancy:**[74] The abortion pill will not end an ectopic pregnancy (when the embryo attaches outside the uterus, usually in a fallopian tube). If this condition is not treated early, there could be a risk of the tube bursting, internal hemorrhage, and sometimes death.

**Failed abortion:** The abortion pill regimen doesn't always cause an abortion.[75] Failure rate increases with advancing gestational age. A surgical abortion is usually done to complete a failed medical abortion.[76]

**Risk of fetal malformations:** Research links misoprostol (the second drug) use during the first trimester with certain types of birth defects if the pregnancy continues.[77]

Because of these risks, abortion providers are required to warn patients to seek immediate medical care for:[78]

- Sustained fever, severe abdominal pain, prolonged heavy bleeding, or fainting
- Symptoms that last more than 24 hours after taking misoprostol: abdominal pain/discomfort, "feeling sick," weakness, nausea, vomiting or diarrhea, with or without fever
- These symptoms could be a sign of serious complications, or just expected side effects. It's hard to know.

Information is lacking about the long-term mental health effects of medical abortion, particularly, how women feel about giving themselves an abortion, and seeing baby parts expelled.[79]

**Methotrexate:**[80]
Taken up to 9 weeks LMP

This drug was FDA approved for treating certain cancers and rheumatoid arthritis, but is used off-label to treat ectopic pregnancies and to induce abortion.

**How does it work?** It stops cell growth, resulting in the embryo's death. It is used less frequently than mifepristone, and takes longer to cause abortion. It's given by mouth or injection, followed by vaginal misoprostol 3–7 days later.

**What are the risks?** Side effects include mouth ulcers, nausea, abdominal pain, chills, and fever. Bleeding typically last 2–3 weeks. Both methotrexate and misoprostol are associated with reports of birth defects in pregnancies that continue.

| MIFEPREX FAILURE RATE[81] | | | | |
|---|---|---|---|---|
| Gestational Age | Less than 49 days LMP | 50-56 days LMP | 57-63 days LMP | 64-70 days LMP (10 wks) |
| Complete Abortion (%) | 98 | 97 | 95 | 93 |
| Failure rate (%) | 2 | 3 | 5 | 7 |
| Estimate of[82] failed abortions | 7,630 women affected | 11,450 women affected | 19,080 women affected | 26,700 women affected |

Case 3:23-cv-50279 Document 4-1.8 Filed 07/27/23 Page 19 of 27 PageID #:

## EARLY SURGICAL ABORTION:

# SUCTION

### ALSO KNOWN AS: VACUUM ASPIRATION



**?**

**WHAT**

Suction/Aspiration



**WHEN**

Up to 14 weeks LMP

### HOW

- Cervix sometimes softened using laminaria and/or vaginal medication the night before
- Local anesthetic injected in cervix
- Cervix stretched open using metal dilating rods
- Plastic tube inserted in the uterus & connected to an electric or manual vacuum device that pulls the baby's body apart & out
- A curette may also be used to scrape any remaining fetal parts out of the uterus
- Removed tissue examined to verify completeness

### RISKS

- Serious physical complications are infrequent
- Bleeding
- Infection
- Incomplete abortion
- Allergic reaction to meds
- Organ damage

**DID YOU KNOW** | Although death is a very rare complication from early abortion, this risk increases by a small percentage every week after 8 weeks LMP.[63]

---

PHOTO AT 11 WEEKS LMP*



*LMP: last menstrual period



ULTRASOUND AT 14 WEEKS LMP

# THE DETAILS ⓘ

**Suction/Aspiration:[84]**
**Up to 14 weeks LMP**

This surgical procedure is used throughout the first trimester of pregnancy. Most first trimester surgical abortions are performed using this method. Local anesthesia is typically offered to reduce pain, however sedation may also be available.

**How does it work?** For very early pregnancies (4-7 weeks LMP), a thin plastic tube is inserted into the uterus. It is attached to a manual or electric vacuum device which is used to suction out the embryonic baby.

Later in the first trimester, the cervix needs to be opened wider because the fetus is larger. Sometimes, laminaria and/or vaginal medications are placed in the cervical opening, the night before to soften the cervix.[85] The day of the procedure, the cervix is stretched open using dilating rods. This is usually painful, so a local anesthetic is typically injected directly into the cervix beforehand.

Next, a plastic tube is inserted through the cervix and into the uterus, then attached to an electric or manual vacuum device. The suction pulls the baby's body apart and out of the uterus. A curette may also be used to scrape any remaining fetal parts and blood clots.

**What are the risks?** Serious immediate physical complications are infrequent with early surgical abortion, but are significant if they happen to you. They may include bleeding, infection, incomplete abortion, and allergic reaction to medications. Damage to the cervix, uterus, or other internal organs is also possible. The risk of death from an abortion done 8 weeks LMP and under is three in a million.[86]

---

# MY JOURNEY THROUGH
## *Open* **ADOPTION** →







*Samantha and I when she was 6 years old

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 20 of 27 PageID #:100

# WHAT ABOUT ADOPTION 

Children whose birthparents choose adoption know that they are wanted—first by the mom and dad who gave them life, and also by their adoptive family. Studies indicate that adopted children are better positioned economically, academically, and emotionally than those children raised in foster care or by biological parents who do not want to care for them.[165]

Regardless of the parenting option you choose, investigating adoption is a mature and responsible decision. You can take your time because exploring adoption requires no commitments—and in most states adoption cannot be legally finalized until after the baby is born. Birth parents get to be in control of the adoption plan they make and usually choose between three types of adoption: open, partially open, and confidential. [166]



## 3 DIFFERENT TYPES OF ADOPTION







#1 OPEN | #2 PARTIALLY OPEN | #3 CONFIDENTIAL

Not only can you choose your child's family, you can also communicate directly with them about your child through letters, pictures, and possibly even phone calls or visits. Your child will grow up knowing who you are.

You can choose the type of family your child grows up in. You may learn how your child is doing through pictures or letters that the adoption agency or lawyer shares with you. You usually will not know your child's full name or location.

If you decide that you do not want contact with your child while he or she is growing up, the adoption agency or lawyer will choose your baby's new family. You and the family won't know any details about each other's identity, but the agency may share medical information that will help the family care for your child.

---

# LET'S COMPARE
## NON-SURGICAL VS. SURGICAL ABORTION [87]



| | FAILURE RATE | TIME TO COMPLETION | NEED FOR ANESTHESIA | BLEEDING | REQUIRES SURGERY | LONG-TERM COMPLICATIONS | PROVIDER PRESENT FOR ENTIRE PROCEDURE |
|---|---|---|---|---|---|---|---|
| NON-SURGICAL ABORTION | higher | longer | unlikely | heavier and longer | unlikely | largely unknown | no |
| SURGICAL ABORTION | lower | shorter | common | shorter | yes | yes (pg.21-26) | yes |

## ★ IMMEDIATE PHYSICAL RISKS OF EARLY & LATE SURGICAL ABORTIONS

Serious physical complications occur infrequently in early abortions but increase in later abortions.[88] Evidence indicates that induced abortion can be associated with significant long-term health risks.[89] Getting complete information on the risks associated with abortion is challenging due to incomplete reporting and the lack of documentation linking abortions with complications.[90]

**Heavy Bleeding**[91]: Some bleeding after abortion is normal. However, there is a risk of severe bleeding known as hemorrhaging. This may result from cervical tears, uterine punctures, retained tissue, or when the uterus fails to contract after it is emptied. When this happens, a scraping of the uterus (D&C), or other surgical procedure may be required to stop the bleeding. Infrequently, a blood transfusion may be necessary. Rarely, removal of the uterus (known as a hysterectomy), may be required to stop bleeding.

**Incomplete Abortion**[92]: This occurs when fetal tissue remains in the uterus after the abortion is over. It can cause severe bleeding, infection, and a D&C may be required to complete the procedure.

**Infection**[93]: The insertion of instruments or retained fetal tissue may lead to infection. Infrequently, total body infection, known as sepsis, happens and can be life-threatening. Pelvic infection can cause scarring of the pelvic organs, which can lead to future complications such as infertility and result in scarring of ectopic pregnancy.[94] Antibiotics may be prescribed to fight infection and/or additional surgery may be required to fully empty the uterus. See "The Abortion Pill" on page 17 to learn about a rare, fatal infection.

**Organ Damage**[95]: The cervix and/or uterus may be cut, torn, or punctured by instruments. This may cause excessive bleeding requiring surgical repair or result in scarring of the uterine lining. If the uterus is punctured, the bowel and bladder may be injured. The risk of these types of complications increases with the length of the pregnancy.

**Emboli**[96]: Clots may form in the bloodstream. If they break off and travel, they are known as "emboli." These emboli can lodge in the lungs, causing illness and even death. Another form of emboli, known as "amniotic fluid embolism," is a rare cause of death in later term abortions. In a process not well understood, amniotic fluid gets into the mother's bloodstream and causes a severe allergic-type reaction.

**Anesthesia Complications**[97]: Local anesthetics, sedatives, and pain medications may cause allergic reactions of varying degrees of severity. Convulsions, heart complications, and—in extreme cases—death, are known risks of general anesthesia. Use of general anesthesia for abortion has decreased.

**Rh Sensitization**[98]: Pregnant women should be tested to determine if their blood type is Rh positive or Rh negative. All pregnant women who are Rh negative should receive an injection of Rhogam TM to prevent the formation of antibodies that may harm current or future pregnancies.

**Death**[99]: In extreme cases, complications from abortion may lead to death. The risk of death immediately following an induced abortion performed at or before 8 weeks LMP is extremely low (approximately 3 in a million) but increases as pregnancy progresses. For pregnancies over 18 weeks, the risk of dying from induced abortion is 7 per 100,000.

# LATER TERM ABORTIONS



ABORTION METHODS FOR 2ND & 3RD TRIMESTERS

| WHAT | DILATION & EVACUATION (D&E) | D&E AFTER VIABILITY | LABOR INDUCTION |
|---|---|---|---|
| WHEN | 15 weeks LMP and up | 23 weeks LMP and up | 2nd & 3rd Trimesters |
| HOW | • Cervix softened using laminaria and/or vaginal medication for 2 days before procedure<br>• Local anesthetic & sedation given, or general anesthesia, if available<br>• Cervix further stretched open with metal dilating rods<br>• Forceps used to pull fetal parts out through the cervix<br>• Account for all the parts of the baby: skull, spine, ribcage, four limbs<br>• A curette or suction is used to remove any remaining tissue or blood clots | • Takes 2–3 days<br>• Lethal injections may be given to stop the baby's heart<br>• Cervix softened & dilated for 3 days prior using laminaria & vaginal medication<br>• General anesthesia may be used, if available, or IV sedation & local anesthetic<br>• Surgical instruments used to grasp & pull fetal parts out through the opened cervix<br>• An alternative procedure, "intact D&E," attempts to remove the baby in one piece, reducing risk to the mother<br>• Fetal skull usually needs to be crushed before removal | • Lethal injections may be given to end the fetus' life<br>• Cervix softened using laminaria and/or vaginal medications for 2–3 days<br>• Medications given to induce labor & reduce pain<br>• Labor & delivery of deceased baby |
| RISKS + SIDE EFFECTS | • Incomplete abortion with retained tissue<br>• Heavy bleeding<br>• Reactions to anesthesia<br>• Infection<br>• Organ damage<br>• Risk of complication & death increases with duration of pregnancy | • Increased risk to the life & health of the mother<br>• Highest risk of death with a rate of about 7 per 100,000<br>• Anesthesia complications<br>• Heavy bleeding<br>• Embolism<br>• Infection<br>• Organ damage | Risks<br>• Hemorrhage<br>• Need for a blood transfusion<br>• D&C for retained placenta<br>• Uterine rupture<br>Side Effects<br>• Abdominal pain<br>• Severe cramping<br>• Nausea<br>• Vomiting<br>• Diarrhea<br>• Headaches<br>• Dizziness<br>• Fever and Chills |

**DID YOU KNOW** The definition of "later term abortion" varies anywhere from above 16 weeks to over 26 weeks LMP. Most agree that abortions taking place near the point of fetal viability (~24 weeks LMP) should be considered "late term."

 PHOTO AT 22 WEEKS LMP*

*LMP: last menstrual period



Remember that there is light even when everything feels dark.

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 22 of 27 PageID #:102



# 7 CHECKPOINTS FOR A HEALTHY RELATIONSHIP

**DID YOU KNOW** 72% of marriages last a lifetime. [143] And 80% of married couples say they are happy or very happy with their spouse.[144]

Thinking about your partner, consider these questions...

| | | Always | Sometimes | Never |
|---|---|---|---|---|
| #1 | Is he kind? | ○ | ○ | ○ |
| #2 | Is he patient? | ○ | ○ | ○ |
| #3 | Does he think he's "all that"? | ○ | ○ | ○ |
| #4 | Does he put my needs before his own? | ○ | ○ | ○ |
| #5 | Is he responsible? | ○ | ○ | ○ |
| #6 | Does he help me be my best self? | ○ | ○ | ○ |
| #7 | Does he try to control me? | ○ | ○ | ○ |

## NO RELATIONSHIP IS PERFECT...

While no guy, or relationship, is ever perfect, these checkpoints can help you see if you are at least heading in a healthy direction. Whether you are sure or not, it's a great idea to get advice from someone you trust, someone you know wants the best for you.

# THE DETAILS ⓘ

**Dilation & Evacuation (D&E):[101]**
15 weeks LMP and up

Most second trimester abortions are performed using this method. Local anesthesia, oral or intravenous pain medications, and sedation are commonly used. General anesthesia may be used, if available.

**How does it work?** The cervix must be opened much wider than in a first trimester abortion because the baby is larger. Usually, numerous laminaria are placed in the cervix for 2–3 days before the procedure.

The day of the procedure, the amniotic fluid around the baby is drained. The cervix is dilated using metal rods. Surgical instruments are used to pull fetal parts through the opened cervix, as the baby is too large to fit through the suction tubing in one piece. Also, hardening fetal bones will not break up with suction alone.[102] Some operators use lethal injections to end the baby's life a few days before the procedure.[103] This allows time for the bones to soften, easing removal and possibly reducing risk to the mother.

Removed fetal parts are kept track of so that none are left inside. Lastly, a curette, and/or the suction machine, are used to clear remaining tissue or blood clots.

**What are the risks?** Incomplete abortion with retained tissue is one of the more common complications of surgical abortion. Other risks include heavy bleeding, infection from incomplete abortion, blood clots, and organ damage such as a torn cervix, punctured uterus, or injured bowel. Infection may cause scarring of the pelvic organs. The risk of death from abortion is 7 per 100,000 at 18 weeks LMP and later.[104]

**D&E After Viability:[105]**
23 weeks LMP and up

This procedure typically takes 2–3 days and is associated with increased risk to the life and health of the mother. General anesthesia is usually recommended, if available, otherwise, intravenous sedation will often be used. To avoid the birth of a fetus who may survive, digoxin or potassium chloride may be injected in the amniotic fluid, umbilical cord, or fetal head or heart prior to the procedure.[106] This is done to comply with the federal Partial Birth Abortion Ban Act of 2003 which prohibits ending the baby's life after he or she has been partially removed from the woman's body.

**How does it work?** The standard technique uses the same procedure as the D&E. The amniotic fluid is drained, the cervix is dilated, and then forceps are used to grasp and tear the fetus' body apart and through the cervix. The operator keeps track of fetal parts to reduce the risk of leaving any behind to cause complications.

An alternate procedure is called "Intact D&E". The goal of this procedure is to remove the fetus in one piece, thus reducing the risk of leaving parts behind or causing damage to the woman's body. Ultrasound is used to locate the baby's feet. Forceps are used to grasp the feet and pull them through the cervix. Much of the baby's body is delivered in one piece through the cervix. It is often necessary to crush the fetus' skull, since it is difficult to dilate the cervix wide enough to bring the head out intact. The suction machine and/or a curette are used to remove the placenta and clear remaining tissue or blood clots.

**What are the risks?** Later term abortions carry the highest risk of death with a rate of 7 per 100,000 at 18 weeks LMP and later.[107] Besides complications from anesthesia, risks include heavy bleeding, embolism, infection, and damage to the reproductive system and organs in the abdomen.

**Labor Induction:[108]**
2nd & 3rd Trimester

This procedure induces abortion by using drugs such as mifepristone, misoprostol, or pitocin, to cause labor and delivery of the fetus and placenta. These procedures used to be preformed in a hospital, but most are done in an outpatient setting, despite considerable risks if complications occur.[109] This procedure may be selected because the provider doesn't do late term dilation & evacuation (D&E), patient preference, or so an autopsy of the baby may be done afterwards.

**How does it work?** Digoxin or potassium chloride may be injected into the babies head, the amniotic fluid, umbilical cord, or fetal heart prior to labor to avoid delivery of a live baby. The cervix is softened using laminaria and/or medications such as mifepristone. Next, misoprostol and/or pitocin are typically used to induce labor. In most cases, these drugs result in the delivery of the dead fetus, followed by the placenta. Oral or intravenous pain medication are often given. Occasionally, the uterus must be scraped to remove the placenta.

**What are the risks?** Potential complications include significant hemorrhage and the need for a blood transfusion, retained placenta requiring a D&C, and possible uterine rupture. These abortions should be done in a facility capable of emergency surgery and blood transfusion.

# COULD **ABORTION** AFFECT ME LATER?



It's controversial. You have the right to understand the likely and possible risks of your decision. But the data about the long-term effects of abortion is incomplete. Scientific bias and failure to tie complications to the abortion procedure make it difficult to determine the extent of the long-term health risks associated with abortion.[110]

| EMOTIONAL | RELATIONAL | PHYSICAL | SPIRITUAL |
|---|---|---|---|
| After abortion, some women say they initially felt relief and looked forward to their lives returning to normal. But other women report negative emotions after abortion that linger, unresolved. For some, problems related to their abortion emerge months or even years later.[111]<br><br>There is evidence that abortion is associated with a decrease in long-term emotional, physical, and mental health.[112] In line with the best available evidence, women should be informed that abortion significantly increases risk for:<br><br>• Clinical depression and anxiety[113]<br>• Drug and alcohol abuse[114]<br>• Symptoms consistent with post-traumatic stress disorder (PTSD)[115]<br>• Suicidal thoughts and behavior[116]<br><br>Scientific evidence indicates that abortion may be more likely to be associated with negative psychological outcomes than either miscarriage or carrying an unintended pregnancy to term.[117] | Pregnancy often affects a woman's most important relationships. Many couples choose abortion to preserve their relationship. Yet research reveals that couples who choose induced abortion are at increased risk for problems in their relationship.[118]<br><br>Women experiencing lack of support or pressure to abort from their partners were more likely to choose abortion.[119]<br><br>Women who face intimate partner violence are significantly more likely to experience abortion.[120]<br><br>After abortion, some women find that their experience of sexuality changes. Some may experience a short or longer term lack of interest, discomfort, or decreased satisfaction.[121]<br><br>Teens and women who live with their parents may want to consider making a plan before sharing their news with family. How would your partner, best friend, or parents respond to your pregnancy? To an abortion? No matter how your loved ones react, it's important to make your own best decision. | Medical experts continue to debate the association between abortion and breast cancer. Research shows the following:<br><br>• Carrying a pregnancy (especially a first pregnancy before the age of 30) to full term gives a measure of protection against breast cancer.[122] Terminating a pregnancy results in loss of that protection.<br>• Pregnancy hormones cause breast tissue to grow rapidly in the first 3 months. It is not until after 32 weeks LMP that breasts mature enough to produce milk and become more cancer resistant.[123] That's why a premature birth before 32 weeks LMP significantly increases a woman's risk of breast cancer, the same as late term abortions.[124]<br>• The majority of studies of women around the world show increased risk of breast cancer among those who have had one or more induced abortions.[125]<br><br>First trimester miscarriages, unlike induced abortions, do not increase a woman's risk of developing breast cancer.[126] | People have different understandings of God. Whatever your spiritual beliefs may be, having an abortion may impact more than just your body and your mind.<br><br>Many people consider themselves to be "spiritual." While this means different things to each person, there is a spiritual side to abortion that bears considering.<br><br>What might God think about your situation? What thoughts do you have about your own spiritual development and your unborn baby's future as a spiritual being?<br><br>**Note:** Spiritual impacts of abortion can be felt at any stage of pregnancy and with both surgical and non-surgical procedures. |

**DID YOU KNOW** | If you are experiencing unwanted symptoms following an abortion, you are not alone. Pregnancy centers offer compassionate support in private, individual or small group environments.

---

## 5 PRINCIPLES TO UP YOUR PARENTING GAME*

*Circumstances vary; may not apply in every situation



"I'm really glad she told me about our baby. I wasn't planning on being a dad -- not so soon. But now everything has changed."

**# 1   Value yourself**
Hey, you matter. When you respect yourself, you'll teach your child that he or she deserves respect too. Plus, when you take time to enjoy life in healthy ways, you are better able to care for others — like your child.

**# 2   Respect their other parent**
Kids tend to be more secure when they see their parents as a team. Don't miss a chance to appreciate their dad for his good qualities. Even if your relationship with your children's father is difficult or estranged, look for ways to reassure them that he loves them. It's okay to acknowledge his mistakes but be as positive as you can.

**# 3   Set reasonable limits**
When they know you make rules for their protection and not just your convenience, your children will thrive. Give them the freedom to explore their world within the safety of age appropriate boundaries. Avoid frustrating your kids by making harsh rules or enforcing limits inconsistently.

**# 4   Apologize… and forgive**
When you mess up, be quick to tell your kids that you were wrong. Show them you understand how your words or actions hurt them. They'll respect you more when you are willing to apologize. Plus, you are modeling behavior that will help make their relationships stronger. When they apologize, always be quick to say, "I forgive you." Then, discuss how they can behave differently next time and encourage them.

**# 5   Find support**
Good parenting takes a lot of work. Look for people you can trust to share childcare responsibilities while you go shopping, have coffee with a friend, or take a nap. If you are parenting without a partner, look for a good male role model who is willing to spend time with your child doing activities they enjoy. You can't be everything to your kids — and you don't have to try.

**DID YOU KNOW** | Many pregnancy centers offer parenting education and mentorship opportunities. They also provide assistance with finding prenatal care and planning for the next phase of your parenting journey. You can be a successful parent – and your local pregnancy center can help.

### IS *raising my baby* RIGHT FOR ME?

☐ Where can I find the support I need to take care of myself?

☐ How can I adjust my lifestyle to include my child?

☐ Am I mature enough to care for my child's physical, social, emotional, and spiritual needs?

☐ Will I be proud of my choice?

☐ Where can I find help raising my child?

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 24 of 27 PageID #:104

## TAYLOR'S LETTER TO HER MOM, KRISTY -



Dear Mom,
There are many reasons that I admire you. For one, you are my mom. Secondly, the fact that you had me at such a young age, and not under ideal situations, and still you have become so successful is incredible. I have NEVER heard of someone doing the things you do. Most of the time, you hear about a young teenage mother getting pregnant, becoming a drug addict, messing up her life, and her child's life. But not us. Thank you for everything!
Love, Taylor

## IS KEEPING MY BABY RIGHT FOR ME?

Raising a child is a life-long adventure. A lot of research is available on different parenting options. How many ways of parenting are there? Here are a few options many people choose from. Explore them. Then, you will have tools you need to make a plan for what type of family you want your child to grow up in.

### MARRIED PARENTING

For centuries, marriage has been a way to show someone else that you will share everything with them—good times and hard times. Marriage is still a unique expression of love and commitment. It's easier for two people to achieve their goals when they can depend on each other's help and encouragement. Have you discussed this option with your partner?

Overall, research shows that on average kids do better across every economic, psychological, social, and educational measures of child well-being when they are raised by married parents who love each other and love their children. In addition, both women and men tend to be healthier, more financially stable, and happier when they are married to their partner.[154]

#### CONSIDERING MARRIAGE?

*Build a solid foundation by seeking pre-marital advice from a trusted married couple, pastor, priest, marriage mentor, or professional counselor.*

### CO-PARENTING

Sharing parenting responsibilities with your child's father can happen whether you live in the same house or not. Many couples do live together at some point. In general, cohabiting couples in the U.S. lack the relationship stability of married couples.[155] These relationships end within five years, on average.[156]

Research shows that children are affected when their parent breaks up with one partner and begins a new relationship. There is research that suggests children are at risk when they don't have involved fathers. Finally, children are also more at risk of experiencing abuse when living with their parent's partner than living with their father and mother together.[157]

#### LIVING TOGETHER?

*Research suggests that children benefit most when their parents are committed to each other "for better or worse."[158]*

### SINGLE PARENTING

Those who parent without a life-partner wear many hats. Single parent homes have the same types of challenges as any family but often without another loving adult to share responsibilities.[159] But, one committed parent can make a world of difference in a child's life.

Many children raised in this kind of home feel especially close to the parent who nurtured, encouraged, disciplined, and provided for them. They may benefit from taking on family responsibilities at an earlier age.[160] Healthy single parents often become resilient people who help their children learn how to adapt to life's challenges.[161]

#### PARENTING ALONE?

*It's a big job. Take care of yourself, build relationships with other families, plan fun activities, and make memories. Don't blame yourself when you can't do it all. Instead, ask for help.*

### SHORT-TERM CARE

Temporary foster care is an option for some people who are unable to immediately raise their baby or make an adoption plan. In many states, parents can voluntarily place their child into care through a formal legal agreement, with the goal of resuming parenting responsibilities when they are able, usually within six months.[162] The state may also intervene to remove a child from a home situation which may be unsafe.

An approved family member or trained foster family is assigned to care for the child on a short-term basis while the parent prepares to bring the child home. In many situations, the parent is able to regularly visit with the child during the placement.

#### UNABLE... RIGHT NOW?

*It is important to understand your rights and responsibilities under state law before making a voluntary foster care placement decision.*

---

# I'LL STILL BE ABLE TO
## HAVE A BABY LATER, RIGHT?



Women who want to have a baby later in life should be aware of possible risks that abortion poses to future pregnancies.

### Abortion & Placenta Previa

Placenta previa occurs when the placenta covers or partially covers the cervix. This can result in unpredictable massive bleeding that threatens the life of baby and mother, especially during labor. In addition to the risk of bleeding, it is associated with the risk of preterm birth and death early in infancy.[127] The risk of placenta previa is higher in women who, among other factors:[128]

- Had a prior induced abortion (especially the D&C type)
- Are over 34 years old
- Had a prior C-section
- Had a prior placenta previa

### Abortion & Prematurity

The research is clear: induced abortion significantly raises a woman's future risk of delivering a premature, "preemie" baby.[129] This risk exists for even one very early surgical abortion and increases with each additional one. Preemies have a higher risk of:[130]

- Intellectual disability
- Autism
- Cerebral palsy
- Epilepsy
- Blindness
- Stomach problems
- Serious infections
- Deafness
- Brain hemorrhages
- Breathing problems

## AM I AT RISK?

FOR EMOTIONAL OR PSYCHOLOGICAL PROBLEMS IF I CHOOSE ABORTION?[131]



### Are any of these true for you??

- Being pressured or coerced to abort
- Have, or previously had, mental health problems before abortion
- Feeling very uncertain or having difficulty making the decision
- Past childhood sexual abuse or unresolved traumatic experiences
- Lack of emotional/social support
- Want the pregnancy
- Believe abortion is against your values
- Have strong religious beliefs against abortion
- Feel the need to keep the abortion a secret
- Feel attached to the pregnancy

If you said "yes" to any of these, then you are at increased risk of having mental health problems after abortion.[132] Evidence suggests that abortion does not reduce mental health risks for women pregnant unexpectedly and may actually increase those risks.[133] Having a risk factor doesn't mean you will get a certain condition, it just means that the possibility is greater compared to someone who does not have the risk factor.

Case 1:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 25 of 27 PageID #:

# INFORMED DECISION CHECKLIST

### WHAT DO I NEED TO KNOW?

**1. AM I PREGNANT?**

Pregnancy tests are not always accurate. Get your pregnancy confirmed by a medical professional. An ultrasound can tell if the baby is in the uterus and has a heartbeat and how far along you are.

**2. DO I UNDERSTAND THE POTENTIAL RISKS?**

Every medical procedure, including abortion, carries the risk of complications. You have the legal right to give fully informed consent. You also have the right to get:
1. get an explanation of the abortion procedures available,
2. assess their risks and side effects, and
3. learn about other options for your pregnancy.

**3. HAVE I CONSIDERED ALTERNATIVES TO ABORTION?**

Abortion may seem like the best fit for your current circumstances, but learning about other options you have is a good idea. Some women who initially consider abortion are ultimately delighted to be parenting a child. Others who are not comfortable choosing abortion but are not ready to raise a child, make an adoption plan.

**4. DO I KNOW WHAT TO DO IF I CHANGE MY MIND?**

Abortion is your choice — you can change your mind at any time before the procedure starts. Women have gotten off the exam table and left. Some have changed their minds after taking the first set of pills for a medical abortion (see page 15). This is a decision that you will live with the rest of your life. Don't allow anyone to pressure you.

**5. DO I KNOW HOW THE CLINIC HANDLES COMPLICATIONS DURING THE PROCEDURE?**

Ask if the abortion doctor has admitting privileges to a hospital nearby should you have an emergency. Make sure the clinic has a plan to provide any follow-up or emergency care, should complications arise during or after the procedure.

**6. HAVE I GOTTEN INFORMATION ABOUT THE ABORTION PROVIDER?**

If you call to schedule an abortion, ask for the name of the doctor in charge. Find out if the doctor is licensed and board-certified. Also find out if there are malpractice cases or disciplinary actions against the doctor. You can check online at: **https://www.healthgrades.com/**

**7. ASK: WILL I FEEL PAIN?**

People have different levels of tolerance for physical pain. One survey of women who had local anesthesia for abortion revealed that about half experienced "moderate to severe pain" and the other half, "none to mild pain."[124] You can gauge your response based on how you have handled pain in the past. Pain relief options available during the abortion usually include local anesthesia, sedation, and sometimes, general anesthesia.[125]

**8. ASK: WHAT FEELINGS CAN I EXPECT AFTER THE ABORTION?**

Many women experience initial relief, but months and even years later, some struggle with their decision. If this is you, visit **www.PDL-Help.org** to find a pregnancy center near you where trained and compassionate people are ready to help.

**9. DO I KNOW MY RIGHTS AS A MINOR?**

No one can legally force you to have an abortion, including your parents.[126] The decision you make must be free, voluntary, independent, and non-coerced.[127] If you are being pressured to get an abortion you don't want, contact the police and your local pregnancy center for help, or call toll free: **210-614-7157**

**10. HAVE I BEEN TESTED?**

Have I been tested for sexually transmitted infections (STIs)? Any surgical procedure can be complicated by infection. You may be carrying an STI and not know it because they often do not have symptoms.[128] These infections can cause damage to your pelvic organs and lead to problems such as infertility and ectopic pregnancy.[129]

I WOULDN'T GET INKED WITHOUT DOING MY RESEARCH,

*Why let anything inside my body without getting all the facts?*





Read Taylor's letter on the next page

Case: 3:23-cv-50279 Document #: 1-8 Filed: 07/27/23 Page 26 of 27 PageID #:106

# RAISING *the* BABY

Brandon was my 6th grade crush. When he finally noticed me, sparks flew. In 8th grade we became an item. Since we never used protection, I shouldn't have been surprised when I got pregnant two years later. I told the doctor I couldn't have a baby—I was popular! I know that sounds silly but that's what I thought then.

I had promised myself I would never have an abortion but this was my life we were talking about now. I was on the homecoming court, in student government, had big college plans, and I was SCARED!

So Brandon and I decided on abortion. At the clinic, I was running late and I didn't want to go past the picketers out front, so I left. Brandon came with me when I rescheduled the appointment. Because I was about 12 weeks along, they did a sonogram. I couldn't look at the screen.

After the abortion, I felt guilty for feeling normal. I promised God that if he forgave me I'd never do it again.

Six months later, I was pregnant again and just as terrified. "You know, we could have another abortion," I reluctantly suggested to Brandon, as we discussed options. "You make me sick," he replied, sounding disgusted. Shocked, I thought: He's been kicked out of school for using drugs and he's saying that about ME? I felt hurt and defensive, but also realized that neither of us wanted another abortion on our conscience.

We decided to keep the baby. I hid the pregnancy until my mom guessed that I was pregnant. I was in the bathroom curling my hair when she asked me: "So, how far along are you?"

My parents had a ton of questions for me about my plans. But they were there for me in practical ways. They helped cover the cost of my medical care. My dad insisted I pay him back; then he used the money to buy savings bonds for my baby.

I thought pregnancy would end my social life. Wrong. I was class president the year I got pregnant, spoke at the Junior prom, and was again selected to homecoming and prom courts my senior year. My friends were great and my teachers praised my courage. But I struggled inside, crying when I thought of my first choice and the baby who was gone.

Shortly after Taylor was born, I broke up with Brandon. Our relationship wasn't a healthy one for me or my daughter. For the first time, I put someone else's needs before my own. I wanted better for her.

It's hard bringing a child into the world when you are still growing up yourself. I wanted to do teenage things even though I was a mother. Brandon's mom babysat Taylor while I went to college and worked part-time. I was always tired but loved being a mom. We did everything together and my friends accepted her as part of me.

I met my husband when Taylor was two. Since Brandon has stayed involved, she's really had two doting fathers her entire life.

When she was a high school junior, Taylor's volleyball coach had the team write a letter (see Taylor's letter on the next page) to the person they most admired. I'll always keep the letter my daughter wrote to me. She said that she admired me: that I had her at such a young age, and not in an ideal situation. She thanked me for everything and told me that she loved me.

The mere thought that I once considered not having my daughter breaks my heart now. That would have been a really big mistake. Because now she's my best friend: an amazing woman who is pregnant with a baby of her own. And I'm just so excited for her future—and mine!

- Kristy



> Every human is given a purpose and with that a mission.

Case 2:23-cv-40279 Document #: 1-8 Filed: 07/27/23 Page 27 of 27 PageID #:107

# WHAT ARE THE MEDICAL FACTS
## ABOUT HAVING A BABY?

Pregnancy is a natural process that is complex and full of wonder. From the elaborate details of DNA in a newly formed embryo, to the awe-inspiring passage of a full-sized infant through a 10 centimeter opening, human reproduction is nothing short of miraculous. Humanity has survived precisely because women have babies. We've come a long way from a century ago when giving birth was life-threatening for both mother and child. Modern medicine and good prenatal care have significantly reduced pregnancy risks. Today, most women reading this magazine can expect to experience safe and healthy pregnancies and deliveries.

## BENEFITS

- Lower breast cancer risk, especially under age 30[140]
- Lower ovarian & uterine cancer risk[141]
- Lower risk of death from all causes, including natural, accidents, suicide, & homicide[142]
- Lower suicide risk compared to abortion & miscarriage[143]
- Healthy habits are formed
- Additionally, breastfeeding reduces the risk of:[144]
  - Type 2 diabetes
  - Breast cancer
  - Ovarian cancer
  - Postpartum depression

## RISKS

The safety of giving birth greatly depends on the prenatal and delivery care a woman receives. Prenatal care allows medical professionals to recognize and treat complications. The overall maternal mortality ratio in the U.S. is 14 per 100,000 live births,[145] most due to complications associated with bleeding (25%),[146] preeclampsia/toxemia (5%),[147] thromboembolism,[148] or infection.[149] More than 30% of deliveries are done by C-section, which carries more risks than a vaginal birth.[150] In addition, obesity has emerged as an important risk factor for maternal complications.[151]

## 10 STEPS TO A HEALTHIER PREGNANCY [152]

1. Start prenatal care early
2. Avoid smoking, alcohol, or illegal drug use
3. Make healthy food choices
4. Exercise regularly
5. Maintain a healthy weight & body mass index
6. Take prenatal vitamins
7. Get plenty of rest
8. Reduce stress
9. Visit your dentist
10. Have pregnancies before age 35 [153]



**DID YOU KNOW** | Many pregnancy centers offer parenting education and mentorship opportunities. They also provide assistance with finding prenatal care and planning for the next phase of your parenting journey. You can be a successful parent – and your local pregnancy center can help.



# RAISING THE BABY

"What I thought would ruin my life has done the exact opposite. I'm a stronger, better, more successful person because of my son. No one will ever have the power to take away my strength."