# EXHIBIT 8

# The Human Fetus



The development, growth, and milestones of the unborn human

## What does "fetus" mean?

The word "fetus" (or "foetus" in some countries) comes from the Latin word spelled the same way. In antiquity, the word meant "to bear fruit," then came to mean "children" or "offspring." In the 15th century, it began to take on a more scientific meaning of the young while still in the womb. In this form, the word was used to show the location and age of the baby.

Recently, the scientific community has started to use the term "fetus" to refer to unborn babies after the age of 8 weeks (10 wks LMP), and the word "embryo" for the baby before that time. The word "embryo" is from the Greek "embryon," which means "the young one."

**References:**
1. Hepper, Peter G., and B. Sara Shahidullah. "Development of fetal hearing." Archives of Disease in Childhood-Fetal and Neonatal Edition 71.2 (1994): F81-F87.
2. Kisilevsky, Barbara S., et al. "Effects of experience on fetal voice recognition." Psychological science 14.3 (2003): 220-224.
3. Kisilevsky, B. S., et al. "Maturation of fetal responses to music." Developmental Science 7.5 (2004): 550-559.
4. Moore, K. L, Persaud, T.V.N., & Torchia, M. G. The Developing Human: Clinically Oriented Embryology, 11th Edition, (2020), p. 59.
5. Jeffery, B. S., et al. "The impact of a pregnancy confirmation clinic on the commencement of antenatal care." South African medical journal= Suid-Afrikaanse tydskrif vir geneeskunde 90.2 (2000): 153-156.
6. Moore, K. and Persaud, T., The Developing Human, Clinically Oriented Embryology, 11th Edition, Philadelphia: W.B. Sanders, (2020), pp. 77-78.
7. Moore, K. L, Persaud, T.V.N., & Torchia, M. G. Before We Are Born: Essentials of Embryology and Birth Defects. Elsevier Health Sciences, (2016), p. 292.
8. Carlson, B., Human Embryology & Developmental Biology, St. Louis: Elsevier Publication; 6th edition, (2019), p. 256.
9. Mitchell, B and Sharma, R., Embryology, New York: Churchill Livingstone, (2009), p. 3-6.
10. Tsiaras, A. and Werth, B., From Conception to Birth, a Life Unfolds, New York: Doubleday 2002, p. 102, 114, 119.
11. Lopes da Silva, F. H., and Ernst Niedermeyer. "Electroencephalography, Basic Principles, Clinical Applications and Related Fields." 5th edition (2005).

©2020 Heritage House '76, Inc.
Fetal images ©Life Issues Institute www.lifeissues.org and its licensors. All rights reserved.
919 S. Main St. Snowflake, AZ 85937 1-800-858-3040
Reprints and quantity discounts available at www.hh76.com
6-15-2020  item no. 9623HF

6 weeks (8 weeks LMP) - ectopic pregnancy



8 weeks (10 weeks LMP)



11 weeks (13 weeks LMP)



14 weeks (16 weeks LMP)

4 months (18 weeks LMP)



5 months (22 weeks LMP)

# The Human Fetus

The growth and development of each human being is both incredible and miraculous. From the very beginning, the mother's body prepares to give the child the shelter, food, and time he or she needs to grow. In this safe space, the little person experiences life through his or her expanding senses.



The uterus, also known as the womb, provides a home for the baby for the rest of the pregnancy. It will grow with the baby and then will help the baby to be delivered.



A baby's heart starts beating just 21 days after conception,[4] which is just 3 weeks into the pregnancy (5 wks LMP). This is before most women even know that they are pregnant.[5]



Human fetuses can hear low-frequency sounds as early as 17 weeks after conception (19 wks LMP).[1] At 26-30 weeks (28-32 wks LMP), an unborn baby responds to music,[2] and by birth, they will know their mother's voice.[3]



A baby's fingers and toes begin to form at about 6 weeks (8 wks LMP) after conception.[6] By week 7 (9 wks LMP), the tiny fingers and tiny toes are clearly visible and distinct. Three weeks later the fingerprints begin their seven-week formation.[7]



The placenta, along with the umbilical cord, does an amazing job of transferring nutrients and oxygen from the mother's bloodstream to the baby's body. The baby has their own blood and internal organs to process the supplies.

From the moment of conception, the color of the baby's eyes was decided by his or her unique genetic code. The physical eyes begin to develop just 22 days after conception.[8]



Around 18-20 days the foundations for the brain, spinal cord, and nervous system are laid.[9] At 6 weeks (8 wks LMP) the brain is divided into three parts—one to experience emotion and understand language, one for hearing and one for seeing.[10] Brain activity by at least 10 weeks (12 wks LMP) and brain waves have been detected at 17 weeks (19 wks LMP).[11]

# So, you take birth control...

Then you have a right to know this



## Do you know someone on birth control or using contraception?

Share this pamphlet with kindness and compassion. Be informed on the risks associated with birth control. Visit the drug manufacturers websites. The warnings are sobering. Everyone deserves the truth.

> "You deserve a chemical-free, healthy, organic life."





## We are on social media!

**To Donate:**
Text donation amount to
262-217-0229
or visit
www.ProLifeWI.org/Donate




15850 W. Bluemound Rd.  **P:** 262.796.1111
Suite 311                **F:** 262.796.1115
Brookfield, WI 53005     **W:** ProLifeWI.org



**You may be taking birth control because of acne, endometriosis or...** another health problem, but birth control masks your underlying health issues and adds new problems and complications to your life. There are other medical ways to address the root of these health problems. Birth control does not provide you with a healthy, natural way of caring for your body. If you've noticed, according to drug companies and medical professionals, birth control works only if you use it perfectly. As we all know, no one is perfect and no drug is perfect. And sadly, when it fails, abortion is the next choice many women make as a way to fix the "problem." There are natural, organic and healthy alternatives that are open to life.

**Be empowered. Take control of your health and life!**

You may be under the impression that birth control helps you. That it's good for you. That it empowers you. That it's safe to take, even if you're not sexually active.

###  What would your life be like without having to take a pill every day?

Your fertility isn't a disease. Nonetheless, our culture markets over a dozen birth control options that treat it like one, including the IUD, implant, shot, pill, patch, diaphragm, condoms, cervical cap, sponge, spermicide, sterilization, withdrawal method or emergency contraception. The medical community remains divided, because of the many undesirable side effects of birth control.

### None of these contraceptive options have your best health interests in mind.

Today, society encourages organic, healthy lifestyles while at the same time promoting contraception as necessary for us to be empowered and sexually free. No one should have to use contraception. If anything, **contraception makes us dependent on drugs and doctors.** You were not born to be dependent on birth control. You should not be compelled to use contraception.

### SIDE EFFECTS OF BIRTH CONTROL:

- Loss of fertility
- Weight gain
- Depression
- Heart attack
- Higher risk of blood clots
- Risk of breast, cervical, and liver cancers
- Estrogen-progestogen oral contraceptives (combined) are known to be cancer causing*

**It may seem like you're making the right choice...** but birth control hurts you and can cause an early abortion, even without you realizing it. Hormonal birth control can prevent the implantation of an existing embryo – a new life – in the uterus by thinning the uterine lining making it an inhospitable environment for the embryo. The abortion industry's think tank, Guttmacher Institute, admits in its 2005 article on defining when a woman gets pregnant, that birth control "decreases the readiness of the uterine lining for implantation."† This is the abortifacient aspect of birth control. Many women don't realize that **having sex while taking birth control can result in conceiving** sons and daughters and then chemically aborting them.

**What can you do?** If you're using birth control, you can stop today and take up the practice of abstinence if you're single and Natural Family Planning(NFP) if you're married. It's **free, healthy and empowers** women *and* men.

### We're always here to help you.

We realize it's easier to choose healthy options when you have a supportive community. **Pro-Life Wisconsin is here to help you** and connect you with others who practice abstinence and NFP. **You are not alone.** Call 262-470-3119 or text 262-232-7119 for free and confidential help.

*Practicing abstinence is free and 100% effective in preventing both pregnancy and STDs.*

"Your fertility isn't a disease and you shouldn't have to treat it like one."

* https://www.cancer.org/cancer/cancer-causes/general-info/known-and-probable-human-carcinogens.html
† https://www.guttmacher.org/gpr/2005/05/implications-defining-when

# Milestones of Early Life



# How You Began Your Journey



Carnegie Developmental Stages, developed by Streeter and O'Rahilly, are used universally to categorize the growth of the embryo into 23 stages during the first 8 weeks of life. Carnegie Stages are based on morphology - the form and structures within of the embryo. From embryo to embryo, the days required to get to each stage can vary slightly. Also, O'Rahilly has suggested some changes in the days relating to each stage due to in vivo ultrasound studies.[43] Selected differences as reported by O'Rahilly are detailed below.

**Primary References:**

Carlson, B. Human Embryology & Developmental Biology, St. Louis: Elsevier Publication; 6th edition, 2019.
Moore, K. and Persaud, T., The Developing Human, Clinically Oriented Embryology, 11th Edition, Philadelphia W B Sanders, 2020.
O'Rahilly, R. and Muller, F., Human Embryology and Teratology, 3rd Edition, New York: John Wiley and Sons, Inc. 2001.
Tsiaras, A. and Werth, B., From Conception to Birth, a Life Unfolds, New York: Doubleday, 2002.

1. Age in this brochure is given two ways: 1) days after fertilization or days from conception given by the top red number, and 2) days from last menstrual period, or LMP for short, given by the lower red number. Doctors use "LMP" because it is hard to know just when conception occurred. Here, we emphasize the age of the new life as it unfolds. Add 14 days to post-fertilization days to convert to the LMP days.
2. "Life Before Birth," Life Magazine, Apr. 30, 1965, p. 13.
3. Moore, K. and Persaud, T., p. 12, 25-35.       4. Moore, K. and Persaud, T., p. 32-35, 37.
5. O'Rahilly, R. and Muller, F., p. 23.
6. Mitchell, B and Sharma, R., Embryology, New York: Churchill Livingstone, 2nd edition 2009, p. 6. Note: Carlson and Moore concur that the neural plate, fold and groove are forming around 18-20 days. O'Rahilly puts this at 24-25 days from in vivo ultrasound results.
7. Estimates vary for when the heart begins to beat: 21-22 days, Moore, K. and Persaud, T., p. 59; at least by 23 days from transvaginal ultrasound results, O'Rahilly, R. and Muller, F. p. 183; 22 days, Carlson, B., p. 101, Pandya, P.P., Wagner, et al., Fetal Medicine: Basic Science and Clinical Practice. Elsevier Health Sciences, 3rd edition, 2020, p.90; 18 days, Tanner, J. and Taylor, G. and the editors of Time-Life Books, Growth, New York: Life Science Library, 1965, p. 64 (a >50 year old source).
8. O'Rahilly, R. and Muller, F. p. 183.
9. Carlson, B., p. 256, 271. O'Rahilly, p. 456, 471 puts the appearance of the eye at about 28 days.
10. Moore, K. and Persaud, T., p. 181.
11. Moore, K. and Persaud, T., p. 345. O'Rahilly, R. and Muller, F., p. 382 place this at 30 days, Carlson, B., p. 185 at 4 weeks.
12. O'Rahilly, R. and Muller, F., p. 235-236, Carlson, B., p. 283-284.
13. Moore, K. and Persaud, T., p. 166-168, Tsiaras, A. and Werth, B., p. 88.
14. O'Rahilly, R. and Muller, F. p. 346-348, 183, 236, 107. Tsiaras, A. and Werth, B., p. 102.
15. O'Rahilly, R. and Muller, F., p. 459.
16. O'Rahilly, R. and Muller, F., p. 429 Carlson, B., p. 234-239.
17. Moore, K. and Persaud, T., p. 345.       18. Tsiaras, A. and Werth, B., p. 102, 114, 119.
19. Moore, K. and Persaud, T., p. 319-320.
20. O'Rahilly, R. and Muller, F., p. 238. Tsiaras, A. and Werth, B., p. 102.
21. Moore, K. and Persaud, T., p. 404. O'Rahilly, R. and Muller, F., p. 238.
22. Tsiaras, A. and Werth, B., p. 140.       23. Moore, K. and Persaud, T., p. 77-78.
24. Carlson, B., p. 440-441; Tsiaras, A. and Werth, B., p. 199-200.
25. Tsiaras, A. and Werth, B. p. 178, 183, 185. O'Rahilly, R. and Muller, F., p. 87.
26. Moore, K. and Persaud, T., p. 315-322.
27. Moore, K. and Persaud, T., p. 248, Tsiaras, A. and Werth, B., p. 203, 206, Carlson, B., p. X.
28. Moore, K. and Persaud, T., p. 415, 423, 29. Tsiaras, A. and Werth, B., p. 206, 30. Carlson, B., p. 438, X
31. Tsiaras, A. and Werth, B., p. 210, Moore, K. and Persaud, T., p. 158.
32. Valman, H. and Pearson, J., "What the foetus feels", British Medical Journal, January 26, 1980.
33. Moore, K. and Persaud, T., p. 422.       34. Tsiaras, A. and Werth, B., p. 219.
35. O'Rahilly, R. and Muller, F. p. 156.
36. Anand, and Hickey P. "Pain and its Effects in the Human Neonate and Fetus." The New England Journal of Medicine, (1987) 317;1321-1329 Pain at 20 weeks, perhaps as early as 16 weeks.
37. Anand, K., Report to U. S. Federal Court as expert witness January 15, 2004.
38. Tsiaras, A. and Werth, B., p. 229, Carlson, B., p. XI.
39. O'Rahilly, R. and Muller, F., p. 413.       40. Tsiaras, A. and Werth, B., p. 235.
41. Carlson, B., p. 270.       42. Carlson, B., p. XI.
43. O'Rahilly, R. and Muller, F., p. 88-92. Birth occurs at about 38 weeks post-fertilization or 40 weeks LMP. The average from ovulation to parturition is about 264-270 days and the range about 250-285.
44. Measurements and weights from: O'Rahilly, R. and Muller, p. 491. Lengths of the baby are given in GL or Greatest Length, which excludes the limbs. GL closely follows CR or crown to rump measurements, but can also be used for very young embryos. GL is also the measurement used in ultrasonography.

For more information:

©2022 Heritage House '76, Inc.
Cover image ©2004 Gary B. Clark www.garybclark.com
Fetal images inside and back cover
©Life Issues Institute www.lifeissues.org
and its licensors.   All rights reserved.
919 S. Main St. Snowflake, AZ 85937 1-800-858-3040
Reprints and quantity discounts available at www.hh76.com
5-1-2022   Item no. 9438MS

---

**4 months** (18 weeks LMP)
5½ inches long
5 oz. in weight

Nostrils and toenails become visible. The baby may suck her thumb, turn somersaults and has a firm grip. The ovaries of girls contain beginnings of eggs. She begins to develop sleeping habits.[32] At about 4 ½ months she is able to experience pain.[36, 37]


*4 months (16 weeks) 18 weeks LMP*

**5 months** (22 weeks LMP)
7½ inches long
14 oz. in weight

The testes descend in boys. Mom may feel the baby kick, turn or hiccup and may be able to identify a bulge as an elbow or head.[38] Each side of the brain has a billion nerve cells now.[36]


*5 months (20 weeks) 22 weeks LMP*

**6 months** (26 Weeks LMP)
9 inches
1 lb. 12 oz in weight

The baby will be able to hear by next week.[39] The child sleeps and wakes, nestling in her favorite positions to sleep, and stretches upon waking up.[40]

**7 months** (30 Weeks LMP)
10½ inches
3 lb. 5 oz.

The eyelids begin to reopen, preparing to see the outside world.[41] Eyelashes have now become well developed.[42]

**8 months** (34 Weeks LMP)
12 inches
5 lbs.

Skin becomes pink and smooth. The pupils of eye respond to light. Fingernails reach to the tip of the finger.[42] The baby is really getting cramped now.

**9½ months** (40 Weeks LMP)
13 inches "Greatest Length" or about 20" all stretched out
7½ lb.

The child triggers labor and birth occurs, an average of 264-270 days after conception.[43]

And not until the baby has gone through all these events on the inside can we see the new child on the outside.




Case: 3:23-cv-50279 Document #: 1-9 Filed: 07/27/23 Page 6 of 10 PageID #:113

# Milestones of Early Life

At no time in your life does more growth and change occur than in the first nine months before birth. Here are the amazing milestones of that time in your life:

**Day 1**
(14 days LMP)

Conception: Of the 200,000,000 sperm that try to penetrate the mother's egg cell, only one succeeds.[2] At that very moment, a new and unique individual is formed. All of the inherited features of this new person are already set – whether it's a boy or girl, the color of the eyes, the color of the hair, the dimples of the cheeks and the cleft of the chin. The fertilized egg, just visible to the naked eye, contains all the instructions for all that this person will ever become.[3]

size of baby:
→ .
.005 in.

The first cell soon divides in two. Each of these new cells divides again and again as they travel toward the womb in search of a protected place to grow.[3]

**Day 6-14**
(20-28 LMP)

→ .
.006 in.

The new individual at first attaches loosely to the wall of the womb, then burrows deeply and attaches securely to it over the next week. Sensitive pregnancy tests can now show positive, but this depends on the level of hormone produced by the new life. By the end of the second week, the mother's menstrual period is suppressed by this hormone (hCG) which is produced by her child.[4]

**Day 17**
(31 LMP)

→ .
.008 in.

Blood vessels begin to form.[4] Remarkably, the future sex cells that will give rise to sperm or eggs for a new generation begin to group together – only 17 days after this new life is alive itself.[5]

**18-20**
(32-34 LMP)

The foundations of the brain, spinal cord, and nervous system are laid.[6]

**Day 21**
(35 LMP)

Size when the heart first beats:
→ •
.03 in.

The heart begins to beat,[7] unsurely at first, gaining strength day by day. The heart beats 70 times per minute at first, reaching a maximum of 170-190 at seven weeks, and slowing a bit to 160-180 at 9 weeks.[8] A day later the eyes begin to develop. The earliest stages of the ears are now present.[9]

**Day 26-27**
(40-41 LMP)

The lungs now begin to form.[10]

**Day 28-32**
(42-46 LMP)

⅛ inch long

Two tiny arms make their appearance and budding legs follow two days later.[11] The beginnings of the mouth take shape.[12] The nose starts to develop.[13] The thyroid gland begins to grow. Blood flows in the baby's veins but stays separate from the mother's blood. The tongue now begins to form. The face now makes its first appearance.[14]


*6 weeks (8 weeks LMP) ectopic pregnancy, Robert Wolfe*

**Day 36**
(50 LMP)

The baby's eyes develop their first color in the retina (see photo above, right).[15]

**Day 40**
(54 LMP)

The baby makes her first reflex movements. Touching around the mouth with a fine bristle causes her to flex her neck.[16]

**Day 41**
(55 LMP)

The fingers begin to form, followed by the toes a few days later.[17]

**Day 42**
(56 LMP)

½ inch long

The baby develops nerve connections that will lead to a sense of smell. The brain is now divided into 3 parts – one to experience emotion and understand language, one for hearing and one for seeing.[18] Joints begin to form.[19] Mother now misses second period.

**Day 44**
(58 LMP)

Buds of milk teeth appear. Facial muscles develop.[20] Eyelids begin to form, protecting the developing eyes.[21] Elbows take shape. Internal organs are present, but immature. 99% of muscles are present; each with its own nerve supply.[22]

**Day 52**
(66 LMP)

1 inch long

Spontaneous movement begins. The baby then develops a whole collection of moves over the next 4 weeks including hiccupping, frowning, squinting, furrowing the brow, pursing the lips, moving individual arms and legs, head turning, touching the face, breathing (without air), stretching, opening the mouth, yawning, and sucking.[23,24]

*7 weeks (9 weeks LMP)*

**8 weeks**
(10 weeks LMP)

1½ inch long
.03 oz. in weight

Note: all lengths are GL or "greatest length" which does not include the legs

The baby is now well-proportioned, and about the size of a thumb. Every organ is present. The liver is making blood, the kidneys function, and the heart beats steadily. The skull, elbows, and knees are forming. Of the 4500 structures in the adult body, 4000 are already present.[25] The skeleton of the arms and legs and the spine begins to stiffen as bone cells are added.[26]

*8 weeks (10 weeks LMP)*

**9 Weeks**
(11 weeks LMP)

1½ inches long
.6 oz. in weight

If prodded, the baby's eyelids and hands close. Genitals that were forming in the 7th week now become visible indicating whether it's a boy or girl. However, the doctor won't be able to tell by ultrasound until the 12th to 20th week. Early muscular movements begin. The thyroid gland turns on.[27]

**10 Weeks**
(12 weeks LMP)

2 inches long
.8 oz. in weight

Fingerprints begin their 7 week long formation. The fingernails begin to develop. The eyelids now fuse together until month 7, protecting the delicate eyes.[28] The number of connections between nerves and muscles has tripled since last week.[29]

**11 Weeks**
(13 weeks LMP)

2⅔ inches long
1.4 oz. in weight

The baby now "practices" breathing, since she will have to breathe air immediately after birth. The baby urinates. Her stomach muscles can now contract.[30] Vocal chords and taste buds form.[31] She can make complex facial expressions and even smile.[32]

*11 weeks (13 weeks LMP)*

**12 Weeks**
(14 Weeks LMP)

3 inches long
2 oz. in weight

Fine hair begins to grow on the upper lip and chin and eyebrows.[33] The baby swallows and responds to skin stimulation.[32]

*12 weeks (14 weeks LMP)*

**13 Weeks**
(15 Weeks LMP)

4 inches long
3 oz. in weight

The face is prettier, and facial expressions may resemble the parents'. The baby is active, but mom doesn't feel anything yet.[34]

**15 Weeks**
(17 Weeks LMP)

A wild production of nerve cells begins and continues for a month. A second surge will occur at 25 weeks.[35]

*14 weeks (16 weeks LMP)*



# THE FIRST 9 MONTHS
## FETAL DEVELOPMENT

ILLINOIS RIGHT TO LIFE

P.O. Box 511
Chicago, IL 60690
312-422-9300
Info@IllinoisRightToLife.org
www.IllinoisRightToLife.org

## LIFE STARTS HERE

**WEEK 1**
At conception my DNA is completely unique from my mom's and will never again be repeated in the history of the world! My hair color, eye color, and sex have already been determined.



**WEEK 3**
My heart began beating about 100 times a minute at 21 days old!



**WEEK 5**
My brain began developing one week ago and won't be finished until I'm 25 years old.



**WEEK 7**
By 8 weeks I'll be done generating all the structures and organs necessary for my body. Afterwards I'm not making anything new... just growing bigger.



Case: 3:23-cv-50279 Document #: 1-9 Filed: 07/27/23 Page 8 of 10 PageID #:115

Case: 3:23-cv-50279 Document #: 1-9 Filed: 07/27/23 Page 9 of 10 PageID #:116

# FETAL DEVELOPMENT



### WEEK 9
I can use my newly formed fingers and toes to do math!



### WEEK 10
You can't feel me yet, but I've begun training for the kickboxing world championships!



### WEEK 12
I can't wait to paint my new finger nails a hip pink color. Also, I'm growing hair! My new nickname is "fuzzy".



### WEEK 16
Thumbs up! I have my very own fingerprint. Quick! Someone scare me. I've got the hiccups.

### WEEK 20
Boy or Girl? Pink or Blue? Peek into the womb and I'll show you! OUCH! I can kick just like my parents.

### WEEK 22
Mom, your voice sounds so sweet. Wait... we have a dog? I can hear it barking!

### WEEK 25
Mom, place your hand on your tummy! Can you feel me dancing?

### WEEK 30
I'm getting good at batting my eyelashes!



### WEEK 35
Alright. It's getting a little cramped in here to do my workout routine.



### WEEK 39
I'm ready to move out of your womb and into your arms. I can't wait to meet you!



The information in this flier was deemed medically accurate by Dr. Robert Lawler of Downers Grove OB/GYN, a board certified OB/GYN with over 20 years of experience. Dr. Lawler is a fellow of the American College of Obstetricians and Gynecologists and a member of the American Association of Pro Life Obstetricians and Gynecologists.

For more information on Dr. Lawler visit
**www.DownersGroveOB.com**

For more information on fetal development visit
**www.IllinoisRightToLife.org/First9Months.**

Weeks are counted by fetal age not gestational age.

Case: 3:23-cv-50279 Document #: 1-9 Filed: 07/27/23 Page 10 of 10 PageID #:117



**FREE** PREGNANCY TESTS
**FREE** ULTRASOUNDS
**FREE** STI TESTING
**FREE** OPTIONS EDUCATION
**FREE** POST-ABORTION CARE
**FREE** ABORTION PILL REVERSAL

ABORTION PILL REVERSAL HOTLINE:
1-877-558-0333



CALL OR TEXT
**815.997.1200**

SCAN THE QR CODE TO LEARN MORE AND TO CONTACT US FOR A FREE APPOINTMENT

4108 Morsay Drive
Rockford, IL 61107

@pccofrockford
www.thepregnancycarecenter.org