# **EXHIBIT 9**

# The ROCKFORD FAMILY INITIATIVE

## For Christ and Life

www.ProLifeRockford.com

ROCKFORD FAMILY INITIATIVE

---

## Taking a Principled (Not Personal) Stand

True charity and love does not approve of sin, does not ignore sin, and does not remain silent when God is offended by sin. True charity and love opposes sin and shares the love of Jesus with those tempted to fall into sin. The goal of the Rockford Family Initiative is to share the love of God with our neighbors and defend life and the family in the greater Rockford area.

We pray for and offer help to those who have been sold the lies of the culture of death and abortion. We are filled with compassion and pray for those who struggle against unrelenting and violent temptation to homosexual sin. We are conscious of the enormous difference between these individuals who struggle with their weakness and strive to overcome it and others who transform their sin into a reason for "pride" and try to impose their lifestyle on society as a whole, in flagrant opposition to real love for God, love of neighbor, and the natural law.

Jesus told them, *"Those who accept my commandments and obey them are the ones who love me. And because they love me, my Father will love them. And I will love them and reveal myself to each of them." John 14:21*



---



## Ways You Can Help

1. Join the Rockford Family Initiative in our mission to defend the law of Christ about the family and defend our unborn brothers and sisters in the womb. Sign up at *www.ProLifeRockford.com*

2. Share information about the Rockford Family Initiative with your church and friends. You can find printable materials and flyers on our website.

3. Follow us on social media *@RockfordFamilyInitiative*

4. Pray every day for an end to abortion, for those suffering from same-sex attraction, and for the traditional family.

5. Be willing to take a public stand for Christ and life with the Rockford Family Initiative by joining us on our public campaigns. Details for each event are sent via email and posted to our social media pages and website.

6. Donate. We rely on donations from people like you to do our work. Please consider making a donation at *ProLifeRockford.com/donate*

## Rockford Family Initiative

The Rockford Family Initiative is an organization dedicated to promoting family values in the greater Rockford area by advocating for the love and protection of children in the womb and the defense of the traditional family.

We look at every person as a child of God and as our sister or brother. Faith in Jesus Christ and charity for our neighbor are the motivating factors in our calling to do all we can to help the unborn, strengthen the family, and share the truth about destructive lifestyle choices.



Through peaceful and prayerful means, centered on our Savior Jesus Christ, we work to build a culture of life and love in our community. We need your help to do this. Individuals and church communities are encouraged to join us in our efforts to share the love of Christ with our neighbors. We do this in many positive and life-affirming ways, such as supporting mothers and families in need, publicly opposing the killing of children by abortion and providing a Christ-centered response to those who promote the anti-family agenda.

### Our Campaigns:

- Rockford Walk for Life in January
- Prayer vigils outside the offices of pro-abortion politicians
- Rallies for the family at busy intersections
- Pro-life prayer vigils
- Protest against "Drag Queen Story Hour" at Rockford Public Library
- Letter-writing and phone call campaigns to pro-abortion politicians
- Providing free pro-life and pro-family literature to churches and individuals
- "Face the Truth" tour throughout Rockford with Pro-Life Action League



## Why We Must Act

*"If you would enter life, keep the commandments." Mt. 19:17.*

Children in Illinois have no legal protection in the womb. **In Illinois, babies can be killed for all nine months of pregnancy, including through "partial birth abortion."** Our state also funds the abortion industry and refuses to perform basic safety inspections of abortion clinics.

The city of Rockford promotes homosexuality with it's "pride" month celebration. Rockford even subjected innocent children to the homosexual agenda by sponsoring a "drag queen story hour" at a Rockford Public Library along with other events that promote the homosexual lifestyle to children and teens.

*Jesus replied: "Love the Lord your God with all your heart and with all your soul and with all your mind. This is the first and greatest commandment. The second is like it: Love your neighbor as yourself."*
Mt. 22:37





## WE LOVE YOU

If you are pregnant you are a mother right here and right now - and you are not alone. In this pamphlet you will see the names and contact information for many professional organization who want to help you. We are all here to help you CHOOSE LIFE. We will gladly walk with you through your pregnancy and help you for as long as you need it.

## WE LOVE YOU

Please know your decision to CHOOSE LIFE will determine the person you are for the rest of your life. By CHOOSING LIFE you will become a person of life, love, & goodness. Yes you will have challenges and sacrifices in raising your son or daughter but you will also have a lifetime of love, joy, meaning, laughter, and goodness.

*JESUS loves you, your BABY loves you, WE love you.*

---

## St. Vincent de Paul Society

Help with food, clothing, and many other needs.
815-986-5825 / 815-398-6060 / 815-965-2765

## Food Pantry - Northern Illnois Food Bank

630-443-6910
solvehungertoday.org/get-help/where-toget-food/

- Local Food Pantries
- Mobil Markets
- Government Benefit Assistance

Food Distribution Centers in Geneva, Park City, Rockford and Joliet; Online Information on Multiple Sources for Food Available to Needy Persons Throughout Northern Illinois.

## Housing Program - Rockford MELD/Trinity

107 N. 3rd Street. Rockford, IL 61107
815-963-3369
www.rockfordmeld.org/

- Emergency Shelter and Housing
- Parenting Information
- Life and Job Skills Training

Support and Resources and Prevention Education for Young Parents and Their Children

## Childcare Programs Motherhouse Crisis Nursery



424 7th St. Rockford, IL 61104
24/7 Hotline: 815-962-4858
www.childrenshomeandaid.org/parenting/crisis-nursery/motherhouse-crisis-nursery/

Childcare and Family Support for Families in Need, Parenting Education, Counseling Services

## Support for Child's Adverse Diagnosis
### Prenatal Partners for Life

763-772-3868
mary@prenatalpartnersforlife.org
prenatalpartnersforlife.org/

Support, Information, and Encouragement for Expectant or New Parents Facing an Adverse Diagnosis for their Child.

## Teen Support Catholic Charities: Adolescent Pregnancy and Parenting Resources

815-544-5434
llarsen@rockforddiocese.org
catholiccharities.rockforddiocese.org/

Support and Case Management for Teens, 19 Years Old or Younger, Facing an Unplanned Pregnancy; Serving Young Moms and Young Dads, with Focus on Specific Needs of Teens.

## United Way 2-1-1

24/7 hotline: 2-1-1 or 1-888-865-9903.
Or text to 898211
www.navigateresources.net/path/

Free, confidential referrals to essential community services, including Basic Human Needs, such as food, shelter, rent and utility assistance; Physical and Mental Health Resources, such as health insurance programs, Medicaid and Medicare, medical information lines

## Emergency Resources Catholic Charities: St. Elizabeth Catholic Community Center

1505 S Main St. Rockford, IL 61102
815-965-6993 / 815-544-5434
mphillips@rockforddiocese.org
catholiccharities.rockforddiocese.org/

Adult Services, Food Pantry, Clothing Closet. Assistance for Rent, Utilities, Food, and Diapers.
*All Services are Walk In. Contact for Hours.*

## Pregnancy Care Center

4108 Morsay Dr. Rockford, IL 61107
815-997-1200 (call or text)
thepregnancycarecenter.org/

- Pregnancy Testing
- Ultrasounds
- STD Testing
- Mentoring
- Post-Abortion Care;
- Assistance with Parenting and Baby Supplies; Connections to Clinical Services

## Catholic Charities: Pregnancy and Parenting Resources

815-544-5434
llarsen@rockforddiocese.org
catholiccharities.rockforddiocese.org/

- Support and Case Management
- Linkage to Resources
- Pregnancy and Parenting Information
- Education and Employment Referrals.

*Serving Individuals and Couples.*
*No Fee for Services*



## Willow Women's Center

2680 Prairie Ave. Beloit, WI 53511
608-312-2025
willowwomenscenter.org/

- Pregnancy Testing
- Ultrasounds
- STD
- Testing and Treatment
- Medical and Pregnancy Consultation

## Maternity Home - Madonna Renewal Center

1209B S Walnut Ave. Freeport, IL 61032
815-616-9672
www.madonnarenewalcenter.org/

Shelter and family-based home, food, clothing, emotional and spiritual support for moms in need.
Run by the Congregation of the Sisters of the Immaculate Heart of Mary, Mother of Christ



It may not be too late to save your pregnancy.

Have you taken the first dose of the abortion pill?

Do you regret your decision and wish you could reverse the effects of the abortion pill?

*We're here for you!*

Learn more about Abortion Pill Reversal:



AbortionPillReversal.com



# ABORTION PILL REVERSAL™

## THERE'S STILL HOPE

We know that an unplanned pregnancy can be scary and many women make decisions to abort when they are terrified and stressed. We know that after some time, many women change their minds about a chemical abortion.

**IF THAT SOUNDS LIKE YOU, WE HAVE SOME GOOD NEWS.**

There is an effective process called Abortion Pill Reversal that gives your unborn child a second chance at life.

Time is precious, and so is your baby — **call us today:**



1-877-558-0333

Our helpline will connect you with one of our medical professionals who can guide you towards reversing the effects of the abortion pill.

**We will help you every step of the way.**



# Walking with Moms in Need

If you are facing an unplanned pregnancy or have recently become a new mom, know that the Catholic Church is here to help!

## FIND RESOURCES

food pantries, pregnancy care centers, clothing, housing, and more



DIOCESE OF ROCKFORD
LIFE & FAMILY EVANGELIZATION OFFICE

# How to get help

**SEE RESOURCES**  www.rockforddiocese.org/moms
Find local resources with the QR code on the front of this card or visit our website

**FIND YOUR LOCAL PARISH**  www.rockforddiocese.org/parishes
Find the closest church by typing in an address using the "boundary map" feature



Walking with
Moms in Need

DIOCESE OF ROCKFORD
LIFE & FAMILY EVANGELIZATION OFFICE
life@rockforddiocese.org

# Abortion

## LIVING WITHOUT REGRET



Choosing what to do when you are in the middle of an unplanned pregnancy is very hard. It may seem like no one knows how you feel and you are all alone. You may be getting pressured to make a choice you don't want to make. You can get help, though. You can call counselors in your local area on the 24-hour helpline:

**1-800-712-HELP**



The **choice** is yours.
Make a choice you won't **regret**.

## Why does it hurt?

Abortion is so harmful to a woman's emotional health simply because it is unnatural. A woman knows it is not right to end the life of her child. She knows she should give birth to the baby and love and care for it in every way possible. She knows the life inside her is part of her. Abortion goes against every natural inclination the woman has to love and protect her baby. She knows it is wrong, and the regret will be with her the rest of her life.

Facts about abortion risks taken from:

1. WebMD, Women's Health, *Manual and vacuum aspiration for abortion*, found at http://women.webmd.com/manual-and-vacuum-aspiration-for-abortion, accessed 4-27-2021.
2. Michigan Department of Community Health, *Dilation and Evacuation (D&E)*, found at http://michigan.gov/mdch/0,1607,7-132-2940_4909_6437_19077-46298--,00.html, accessed on 4-27-2021.
3. Reardon DC. *The abortion and mental health controversy: a comprehensive literature review of common ground agreements, disagreements, actionable recommendations, and research opportunities*. SAGE open medicine. 2018 Oct;6:2050312118807624.

©2021 Heritage House 76, Inc. All rights reserved. 919 S. Main St. Snowflake, AZ 85937 1-800-858-3040 Reprints and quantity discounts available at www.hh76.com 5-15-2021 item no. 9476LR

# Abortion

## LIVING WITHOUT REGRET



## Why does it hurt?

Abortion is so harmful to a woman's emotional health simply because it is unnatural. A woman knows it is not right to end the life of her child. She knows she should give birth to the baby and love and care for it in every way possible. She knows the life inside her is part of her. Abortion goes against every natural inclination the woman has to love and protect her baby. She knows it is wrong, and the regret will be with her the rest of her life.



The **choice** is yours.
Make a choice you won't **regret**.

Choosing what to do when you are in the middle of an unplanned pregnancy is very hard. It may seem like no one knows how you feel and you are all alone. You may be getting pressured to make a choice you don't want to make. You can get help, though. You can call counselors in your local area on the 24-hour helpline:

**1-800-712-HELP**

Facts about abortion risks taken from:
1. WebMD, Women's Health, *Manual and vacuum aspiration for abortion*, found at http://women.webmd.com/manual-and-vacuum-aspiration-for-abortion, accessed 4-27-2021.
2. Michigan Department of Community Health, *Dilation and Evacuation (D&E)*, found at http://michigan.gov/mdch/0,1607,7-132-2940_4909_6437_19077-46298--,00.html, accessed on 4-27-2021.
3. Reardon DC. The abortion and mental health controversy: a comprehensive literature review of common ground agreements, disagreements, actionable recommendations, and research opportunities. SAGE open medicine. 2018 Oct;6:2050312118807624.

©2021 Heritage House '76, Inc. All rights reserved. 919 S. Main St. Snowflake, AZ 85937 1-800-858-3040 Reprints and quantity discounts available at www.hh76.com 5-15-2021 item no. 9476LR

# Don't live with regret. Don't choose abortion.



## The Abortion Solution

Abortion seems like a good solution to the problem of an unwanted pregnancy, but it is not.

Abortion causes new problems that can haunt a woman for the rest of her life. The emotional pain from abortion can make life after the abortion extremely difficult. Abortion is not a solution to problems, it is the cause of new and additional problems.

## 3 Reasons for Anything Else

» **Abortion is Damaging**
Abortion causes true emotional pain as the mother deals with the knowledge that her choice has killed her child.

» **Abortion is Debilitating**
The constant guilt and pain of ending her baby's life can cause the mother to simply be unable to deal with normal situations, especially those involving children.

» **Abortion is Destructive**
Abortion destroys both the life of the unborn baby and the emotional stability of the mother. The reality is, a majority of women would take back their abortion if they could. 94% of women regret their abortion.

## The Emotional Toll

Mixed feelings are common before and after an abortion and although, initially, some relief may be felt, more women report negative than positive feelings. Negative emotions can even emerge much later. These delayed negative emotions are often triggered by a life event such as a subsequent pregnancy, a pregnancy loss, or a birth. Other circumstances such as a loved one's death or a religious conversion may trigger introspection that causes a redefining of past choices and experiences that may cause guilt and self-condemnation. In general, positive emotions decrease with time while negative emotions increase.

## Abortion Risks

» abdominal pain
» infection
» perforation of the uterus
» cervical incompetence
» injury to the cervix
» guilt
» depression
» suicidal feelings
» death

Case: 3:23-cv-50279 Document #: 1-10 Filed: 07/27/23 Page 12 of 13 PageID #:129

# Rachel's Vineyard

Healing the Pain of Abortion,
One Weekend at a Time



The world's largest ministry for healing after abortion

1-877-HOPE-4-ME
www.RachelsVineyard.org

Local Contact:

## Weekends for Healing After Abortion

Retreats are held every weekend throughout the United States and internationally. For more information and a complete listing of Rachel's Vineyard Weekends, please visit our website:

www.RachelsVineyard.org

If you or someone you love is hurting from an abortion, please call our toll-free national hotline today:

1-877-HOPE-4-ME
(1-877-467-3463)

For information on clinical training or how to start a team for Rachel's Vineyard in your area, contact info@rachelsvineyard.org



Rachel's Vineyard

International Headquarters
808 N. Henderson Road
King of Prussia PA 19406
610-354-0555 fax 610-354-0311

To order additional copies of this brochure, contact

**ProLifeWI.org**
1-800-858-...
919 S Main...
**262.796.1111**
ITEM NO. 9997RV

## Who We Are

Rachel's Vineyard weekends for healing are offered in hundreds of locations across North America and in many countries throughout the world. The movement was founded by Dr. Theresa Burke and Kevin Burke, LSW and is a ministry of Priests for Life.

Rachel's Vineyard offers Leadership Conferences and clinical training resources for many post abortion ministries including Family Life offices, Project Rachel and numerous faith based organizations. Our retreats are held in both Catholic and Interdenominational settings.

## Helpful Resources:

**Forbidden Grief:
The Unspoken Pain of Abortion**
This book is considered the definitive work on traumatic reactions following abortion. Written by the founder of Rachel's Vineyard Dr. Theresa Burke
Product #: 1659
Suggested donation: $20.00

**Redeeming a Father's Heart**
In this book men share powerful stories of abortion loss and recovery.
Kevin Burke, LSW
Product #: 2004
Suggested donation: $12.95

To order:
Orders@priestsforlife.org
1-888-735-3448 x 237

## What People are Saying

"I pray that all who participate in Rachel's Vineyard with the longing to be free and to be healed by Jesus, may find Him, the source of true joy, peace and love, and allow God to restore them to wholeness and happiness. I am praying much for you. God Bless you."

~Blessed Mother Teresa of Calcutta

"Healing after abortion is a long road. Few steps along that road are more powerful than Rachel's Vineyard retreats. In the name of the Lord of Life and Mercy, I invite you to enter this place of welcome and understanding."

~ Fr. Frank Pavone,
National Pastoral Director of Rachel's Vineyard and National Director of Priests for Life

"I cannot think of another work of this kind so well done. A most difficult and painful human problem is engaged with faith, psychological insight and trust."

~ Fr. Benedict Groeschel, CFR
psychologist and spiritual director

"I would not hesitate to recommend the retreat to anyone I know that has a past abortion experience if they are searching for God and his forgiveness. Our experience with Rachel's Vineyard has been remarkable. We have never witnessed the intensity, depth of healing, and restoration."

~Pastor Phil Holsinger
Family Care Network

## More Testimonies

"I never knew my wife had suffered so much pain over an abortion she had before I met her. It was a real eye opener to attend the Rachel's Vineyard Weekend with her and offer my support in an area of her life where there was so much secret grief. Our marriage has truly been blessed. We are closer now than we have ever been."

"For 18 years I have been haunted with heavy guilt that no one could take away, tormented by thoughts of what my child would have been like. Through participating in Rachel's Vineyard, I was finally able to forgive myself. I know that God has given me a peaceful mind, cleansed my heart and has washed away my guilt."

"After struggling alone for years with the guilt, shame and remorse of my involvement with my girlfriend's decision to abort our child I finally found a ministry that recognized my need to get help. Rachel's Vineyard provided a place where I could voice my pain and loss. The acceptance of the women there was especially helpful because I felt I had hurt my girlfriend so badly that all women would despise me if they knew what I had done. Their understanding and acceptance helped me to move further in forgiving myself and helped me to love others in my life in a deeper way."

## Testimonies

"I experienced a great inner healing as a result of attending the Rachel's Vineyard Weekend. I highly recommend this program to anyone who has felt the void and shame of the abortion experience. It is wonderful to forgive yourself, find the unconditional love of Christ and grieve the loss of your little child."

"To any one considering the need to reconcile their abortion, the retreat is a wonderful gift you could give yourself. You are able to experience the sadness, grief, and shame in the company of other women and men feeling very much the same. You are able to turn this pain into hope with the help of nurturing counselors and supportive caretakers. You are not rushed or hurried, but given time to reflect and become open to the healing process gradually."

"Rachel's Vineyard has far surpassed all my expectations. I have never witnessed so much healing and relief from anything else I have observed or experienced."



## Rachel's Vineyard

### Healing the Pain of Abortion, One Weekend at a Time

Rachel's Vineyard weekends are a beautiful opportunity for any person who has struggled with the emotional or spiritual pain of abortion. The weekend is a very specific process designed to help you experience the mercy and compassion of God. It is also an opportunity to surface and release repressed feelings of anger, shame, guilt, and grief.

Each weekend is run by volunteers who care deeply about your needs. Many of the facilitators have suffered the same loss.

The weekend is a chance to get away from daily pressures to focus on the buried emotions of the past in light of present symptoms and begin healing through a supportive trauma sensitive process. Rachel's Vineyard provides a non-judgmental, safe environment. The weekend will help your soul find a voice, and transform the pain of the past into hope and love.

## "Therapy for the Soul"

For more information about weekends near you visit: www.RachelsVineyard.org
Or call confidentially at
1-877-HOPE-4-ME
(1-877-467-3463)

## You Are NOT Alone...

Every year men and women suffer the after-effects of abortion which can include:

- Bouts of crying
- Eating disorders
- Depression
- Guilt
- Intense grief / sadness
- Anger / rage
- Emotional numbness
- Lowered self esteem
- Drug and alcohol abuse
- Flashbacks / Nightmares
- Suicidal urges
- Fear of pregnancy / pregnant women
- Anxiety / panic attacks
- Repeat abortions / crisis pregnancies
- Difficulty w/ relationships
- Inability to forgive self or others
- Fears of punishment from God

"My abortion has left me with a empty place in my heart and soul. I had tremendous sorrow and regret over the effect this has had on my family. As a mother, I struggled with the reality that I destroyed my child."

"I have been through 14 years of therapy and anti-depressants. I've confessed my abortion a hundred times. Just when I thought I could take the pain no longer, I found Rachel's Vineyard. This weekend literally saved my life."