# EXHIBIT 10

# How much do you know about abortion pills?

**1. What percentage of abortions in the U.S. are done with pills?**

   a. Less than 10%     b. About 25%
   c. About 35%     d. More than 50%

**2. Which method of abortion has fewer complications?**

   a. Surgical abortion
   b. The abortion pill
   c. They're both equally safe

**3. Have women died as a direct result of taking abortion pills?**

   a. Yes
   b. No

**4. Does the Food and Drug Administration (FDA) carefully track complications associated with the abortion pill?**

   a. Yes
   b. No

## Quiz Answers

1. **d.** More than half of U.S. abortions are done via pills.
2. **a.** Surgical abortion is safer for women than medication abortion.
3. **a.** Dozens of American women have died from abortion pills.
4. **b.** The FDA stopped tracking non-fatal complications in 2016.

# The Abortion Pill:

## WHAT YOU NEED TO KNOW

MediFacts InfoSeries +



## How do abortion pills work?

The abortion pill—or medication abortion—is the common name for using two different medications, mifepristone and misoprostol, to cause an early abortion. It should not be confused with Plan B, the "morning after pill," or other forms of emergency contraception.

In a medication abortion, a pregnant woman first ingests a tablet of mifepristone, also known as Mifeprex or RU-486, which blocks her body from producing progesterone. Without progesterone, the lining of her uterus breaks down, effectively starving her embryo or fetus and causing its death.

Then, within 48 hours, she takes a dose of misoprostol, causing heavy contractions which expel the contents of the uterus, including the embryonic or fetal remains.*

The abortion pill now accounts for more than half of all abortions in the U.S. But are there any possible complications? What is it like to undergo a medication abortion? What else do women need to know?

\* It is also possible to cause an early abortion with misoprostol alone, though this is uncommon in the U.S.



# What You Need to Know about the Abortion Pill



## How safe is the abortion pill?

While it is often claimed that abortion pills are safe, the fact is we don't actually know how safe these drugs are. In fact, the FDA stopped tracking non-fatal complications associated with mifepristone in 2016. Moreover, independent investigators report that abortion clinic staff routinely instruct women having problems during a medication abortion to seek help elsewhere, and say they're just having a miscarriage.

In addition to nausea, vomiting, diarrhea, and fever, serious complications of the abortion pill include: incomplete abortion, retained products, ectopic pregnancy rupture, uterine rupture, hemorrhage, sepsis, and death. Studies reveal that as many as 20% of all medication abortions result in such complications—four times more than the rate for surgical abortions. And the rate of complications has been increasing in recent years.

The risk of complications is significantly higher when these pills are dispensed by telemedicine—without a physical exam—or when intentionally prescribed beyond the FDA recommendation of 70 days gestation. Both of these situations are becoming more common.

Finally, loosened FDA restrictions have allowed abusers to slip the drugs into a pregnant woman's food or drink without her knowledge, exposing her to all these risks, and causing an abortion she does not want.



## What is it like to take the abortion pill?

Undergoing a medication abortion is an extremely painful and distressing experience. One study found that 40% of women feel pain so intense they describe it as "severe." One woman called it "the most painful experience ever in my life." Another described "unimaginable agony that had me screaming and thrashing about in desperation and horror."

The abortion pill causes far more bleeding than a surgical abortion, and may even lead to hemorrhaging. Said one woman, "Clots the size of lemons were falling out of me."

Perhaps most upsetting, many women undergoing medication abortion will be confronted with the sight of their unborn child's remains in their toilet or sanitary pad.



## What about the embryo or fetus?



Medication abortion ends the life of a human being by starving the growing embryo or fetus of nourishment and then expelling its body from its mother's womb.

At this stage of human life facial features and fingernails are forming, the heartbeat can be heard on an ultrasound, and brain activity can be detected.



## Can medication abortion be reversed?

After taking mifepristone, the first pill of the medication abortion regimen, many women regret their decision. Fortunately, if she has not already taken misoprostol, it is possible to reverse the effects of mifepristone with doses of progesterone.

This protocol is effective in 60% or more of cases. Over 4,000 children have been born as a result of this abortion pill reversal protocol. Learn more at **AbortionPillReversal.com**.

### Now you know the truth about the abortion pill.

Medication abortion exposes women to a host of risks, including death. It is excruciatingly painful and distressing. And in every case, it kills an innocent unborn human being. That's the truth about the abortion pill.

**Learn more at TheAbortionPill.us.**

Copyright © 2023 Pro-Life Action League