# EXHIBIT 11

# Getting to know Planned Parenthood

  

PlannedParenthoodInfo.org

## Take the quiz!

There's a whole lot of false information out there about Planned Parenthood. How much do you really know?

**1. Which of the following services do low-income women depend on Planned Parenthood for?**

a. Prenatal care   b. Mental health
c. Colds and flus   d. Pediatric care

**2. What is Planned Parenthood's share of the total abortion business in the United States?**

a. 3%   b. 12%   c. 23%   d. 43%

**3. Approximately what percentage of pap tests, breast exams, and STD diagnoses are done by Planned Parenthood annually?**

a. 75%   b. 50%   c. 20%   d. 1%

**4. Has Planned Parenthood ever been found to have broken the law?**

a. Yes, they have.   b. Absolutely not!

*Check your answers inside . . .*



## Who's right about Planned Parenthood?

You might have seen Planned Parenthood in the news lately. Americans have taken to the streets across the country in dueling protests over the organization.

Some say Planned Parenthood is all about abortion. Others say they provide a range of vital services.

While one side is working to strip the organization of all taxpayer dollars, the other is working just as hard to keep that funding in place.

In the midst of all this controversy, who's really right about Planned Parenthood?

## Take a look inside and decide for yourself.



# Getting to know Planned Parenthood . . .



## Planned Parenthood and Health Care

**Planned Parenthood presents itself as an indispensable partner in the American health care system. However, their own numbers show they provide only a narrow range of services to less than 1% of the U.S. population each year.**

Despite Planned Parenthood's name, prenatal care amounts to less than 0.1% of their total annual services. They provide less than 1% of manual breast exams and pap tests each year and <u>zero</u> mammograms. They make only 1% of annual STD diagnoses. Moreoever, every year Planned Parenthood has tended to provide fewer health services and see fewer clients.

Planned Parenthood does not provide such basic healthcare as treatment for diabetes, back pain, colds and flu, bodily injury, or mental health issues. They offer little to no pediatric care, and even instruct parents not to bring children with them to their centers.

Four out of five women will <u>never</u> visit a Planned Parenthood facility in their lives.

### PLANNED PARENTHOOD Market Share

- **Mammograms: 0%**
- **Pap Tests: <1%**
- **Manual Breast Exams: <1%**
- **STD Diagnoses: 1%**
- **Abortion: 43%**



## Planned Parenthood and the Law

**Planned Parenthood claims to be a responsible organization, devoted to the common good. But the record says something different.**

Planned Parenthood has been caught submitting fraudulent Medicaid claims, deceiving government officials, defying state and federal law, lying about what services they provide, and harvesting and selling fetal tissue.

They've even gone so far as to <u>shield child predators</u>, performing abortions on victims of sexual abuse while failing to alert authorities, as required by law.

Despite all this, Planned Parenthood receives over half a billion dollars from taxpayers every year.



## Planned Parenthood and Abortion

**Most Americans know that Planned Parenthood offers abortions, but few realize they are the nation's <u>single largest abortion provider</u>.**

Planned Parenthood performs over 370,000 abortions every year. That's 43% of the national total. And their abortion numbers keep going up, even as the national abortion rate declines.

Planned Parenthood aggressively markets abortion to their clients, setting quotas for each facility and rewarding staff who meet them. Abortion accounts for approximately 60% of their clinic income, over $220 million annually. One out of six women visiting Planned Parenthood each year will get an abortion there.

Planned Parenthood vigorously opposes commonsense measures favored by the vast majority of Americans—like laws requiring parents to be informed if their minor daughter seeks an abortion, limits on taxpayer funding of abortion, and even restrictions on late term abortion.

### Quiz Answers (from back panel)

1. **Answer: None of the above.** For more info, see "Planned Parenthood and Health Care," top left.
2. **Answer: d. 43% of U.S. abortions.** See "Planned Parenthood and Abortion" above for more info.
3. **Answer: d. Approximately 1%.** For more info, see "Planned Parenthood and Health Care," top left.
4. **Answer: a. Yes, they have broken the law.** See "Planned Parenthood and the Law," bottom left.

### That's Planned Parenthood.

They're the nation's largest abortion provider. Their role in health care is minimal. They break the law.

Find supporting documentation, learn what you can do, and get copies of this handout at:

### PlannedParenthoodInfo.org

© 2023 Pro-Life Action League