# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family Life Advocates, et al.
                                Plaintiff,

v.                                              Case No.: 3:23−cv−50279
                                                    Honorable Iain D. Johnston

Kwame Raoul
                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2023:

      MINUTE entry before the Honorable Iain D. Johnston: Consistent with this Court's practice of providing questions in advance of evidentiary or contested hearings when possible, attached is an admittedly incomplete list of questions that the Court will raise at the preliminary injunction hearing. Some questions are factual; some questions are legal; and some are a mix of fact and law. To the extent the questions are factual, the Court would find it very helpful if a witness were available who could answer these questions under oath. Again, this is just a preliminary list. The Court will have more, but the Court thought it would be helpful to provide at least the current list in advance of tomorrow's hearing. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.