# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
## Western Division

National Institute of Family Life Advocates, et al.
                          Plaintiff,

v.                                           Case No.: 3:23−cv−50279
                                          Honorable Iain D. Johnston

Kwame Raoul
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 23, 2023:

      MINUTE entry before the Honorable Lisa A. Jensen: Telephonic initial status hearing held 10/23/2023. As discussed in open court, by 11/6/2023, the parties shall file a joint status report indicating how they plan to proceed in the case. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.