# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family Life Advocates, et al.

          Plaintiff,

v.                               Case No.: 3:23−cv−50279

                                        Honorable Iain D. Johnston

Kwame Raoul

          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 7, 2023:

    MINUTE entry before the Honorable Lisa A. Jensen: The Court has reviewed the parties' status report [36]. By 11/30/2023, the parties shall jointly submit a status report indicating how they plan to proceed in the case. Mailed notice. (vk)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.