# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES et al., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, <br><br> Defendant. | No. 3:23-cv-50279 <br><br> Honorable Iain D. Johnston, District Judge <br><br> Honorable Lisa A. Jensen, Magistrate Judge |

## JOINT STATUS REPORT

The parties respectfully submit this joint status report per the Court's direction. ECF 37. The parties continue to engage in productive global discussions and respectfully ask the Court to provide them until December 11, 2023, to complete those discussions. The parties expect to submit a joint motion to enter an agreed order on that date. The parties are available to answer any questions the Court may have in the meantime.

Dated: November 30, 2023

 /s/ Peter Breen (with permission)
Peter Breen
Thomas More Society
309 West Washington Street, Suite 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org

*Counsel for Plaintiffs*

Respectfully submitted,

 /s/ Darren Kinkead
Darren Kinkead
Office of the Attorney General
100 West Randolph Street, 11th Floor
Chicago, IL 60601
773-590-6967
darren.kinkead@ilag.gov

*Counsel for Defendant*

1