# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES et al., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, <br><br> Defendant. | No. 3:23-cv-50279 <br><br> Honorable Iain D. Johnston, District Judge <br><br> Honorable Lisa A. Jensen, Magistrate Judge |

## JOINT MOTION TO ENTER AGREED ORDER

The parties have negotiated an agreed order to resolve this action and jointly move the Court to enter it. Pursuant to the Court's procedures, a Word version of the agreed order will be submitted by email to Proposed_Order_Johnston@ilnd.uscourts.gov. The parties will be available to answer any questions the Court may have at the telephonic status hearing previously set for December 12, 2023, at 11:30 am. ECF 39.

Dated: December 11, 2023

/s/ Peter Breen (with permission)
Peter Breen
Thomas More Society
309 West Washington Street, Suite 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Darren Kinkead
Darren Kinkead
Office of the Attorney General
100 West Randolph Street, 11th Floor
Chicago, IL 60601
773-590-6967
darren.kinkead@ilag.gov

*Counsel for Defendant*

1