**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES et al., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, <br><br> Defendant. | No. 3:23-cv-50279 <br><br> Honorable Iain D. Johnston, District Judge <br><br> Honorable Lisa A. Jensen, Magistrate Judge |

## AGREED PERMANENT INJUNCTION ORDER

It is hereby ORDERED that Defendant Kwame Raoul, in his official capacity as Attorney General of the State of Illinois, and those persons identified in Rule 65(d)(2), specifically, Illinois Attorney General Raoul's officers, agents, servants, employees, and attorneys, all in their official capacities, as well as other persons who are in active concert or participation with those persons are permanently enjoined from enforcing the amendments to the Consumer Fraud and Deceptive Business Practices Act set forth in Senate Bill 1909 of the 103rd General Assembly, Public Act 103-0270, against Plaintiffs National Institute of Family and Life Advocates and its 81 Illinois members; Women's Help Services d/b/a 1st Way Life Center & Focus Women's Center; Rockford Family Initiative; Relevant Pregnancy Options Center; and Pro-Life Action League;

It is further ORDERED that this action is dismissed with prejudice;

It is further ORDERED that this Court shall retain jurisdiction over this action to enforce the final judgment; and

It is further ORDERED that Plaintiffs may file a motion seeking the costs of litigation, including reasonable attorneys' fees and expenses, under 42 U.S.C. § 1988, within 30 days of the entry of this Order.

It is so ORDERED.

Dated: December 14, 2023

_____
Honorable Iain D. Johnston,
District Judge

1