# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, <br><br> Defendant. | No. 3:23-cv-50279 <br><br> The Honorable Iain D. Johnston, District Judge <br><br> The Honorable Lisa A. Jensen, Magistrate Judge |

## PLAINTIFFS' UNOPPOSED MOTION TO EXTEND TIME TO FILE MOTION FOR COSTS AND FEES

Plaintiffs respectfully submit this unopposed motion for the Court to extend by an additional 30 days, to and including February 14, 2024, the deadline previously set (dkt. #44) for Plaintiffs to file their motion seeking the costs of litigation, including reasonable attorneys' fees and expenses under 42 U.S.C. § 1988. The parties previously agreed that the Court allow Plaintiffs 30 days from the entry of the Agreed Permanent Injunction Order (December 14, 2023) to file their motion for costs and fees, yielding a current due date of January 15, 2024. (*See* dkt. # 44.) To allow the parties sufficient time to explore a negotiated resolution of fees and costs, Plaintiffs move to extend the due date for Plaintiffs' motion by 30 days, to and including February 14, 2024. Defendant's counsel has confirmed that this request is unopposed.

Respectfully submitted,

/s/Peter Breen
Thomas More Society
309 West Washington Street, Suite 1250
Chicago, IL 60606
312-782-1680
*pbreen@thomasmoresociety.org*