IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br><br>    Defendant. | No. 3:23-cv-50279<br><br>The Honorable Iain D. Johnston, District Judge<br><br>The Honorable Lisa A. Jensen, Magistrate Judge |

## ORDER GRANTING EXTENSION OF TIME TO FILE

It is hereby ORDERED that Plaintiffs' Unopposed Motion to Extend Time to File Motion for Fees and Costs is GRANTED. Plaintiffs shall have an additional 30 days, to and including February 14, 2024, to file their motion seeking the costs of litigation, including reasonable attorneys' fees and expenses under 42 U.S.C. § 1988.

Dated: January 5, 2024

_____
Honorable Iain D. Johnston,
United States District Judge

1