IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES et al., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, <br><br> Defendant. | No. 3:23-cv-50279 <br><br> Honorable Iain D. Johnston, District Judge <br><br> Honorable Lisa A. Jensen, Magistrate Judge |

## JOINT MOTION FOR EXTENSION OF TIME

The parties jointly move the Court to extend the deadline for Plaintiffs to file a motion seeking the costs of litigation, including reasonable attorneys' fees and expenses under 42 U.S.C. § 1988 ("fees and costs motion").

On December 14, 2023, the Court entered an agreed permanent injunction order providing, among other things, Plaintiffs could file their fees and costs motion within 30 days. ECF 44. On January 5, 2024, the Court granted an agreed motion to extend that deadline to February 14, 2024, to allow the parties sufficient time to explore a negotiated resolution regarding fees and costs. ECF 46. The parties continue in their communications to explore that negotiated resolution regarding fees and costs, and they require additional time for those efforts. To that end, the parties jointly move the Court to extend the deadline for Plaintiffs' fees and costs motion by 30 days to and including March 15, 2024.

1

Dated: February 9, 2024

/s/ Peter Breen (with permission)
Peter Breen
Thomas More Society
309 West Washington Street, Suite 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org

*Counsel for Plaintiffs*

Respectfully submitted,

/s/ Darren Kinkead
Darren Kinkead
Office of the Attorney General
100 West Randolph Street, 11th Floor
Chicago, IL 60601
773-590-6967
darren.kinkead@ilag.gov

*Counsel for Defendant*