# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family Life Advocates, et al.
                                        Plaintiff,

v.                                      Case No.: 3:23−cv−50279
                                        Honorable Iain D. Johnston

Kwame Raoul
                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 9, 2024:

    MINUTE entry before the Honorable Iain D. Johnston: The joint motion for an extension of time [47] is granted. The plaintiffs' motion for fees and costs is now due 3/15/2024. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.