# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family Life Advocates, et al.
                                    Plaintiff,

v.                                  Case No.: 3:23−cv−50279
                                    Honorable Iain D. Johnston

Kwame Raoul
                                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 18, 2024:

    MINUTE entry before the Honorable Iain D. Johnston: The plaintiffs' motion for an extension of time and a settlement conference [49] is granted. By 3/22/2024 The parties shall jointly contact this Court's operations specialist to schedule a settlement conference with this Court. The deadline for the plaintiffs' motion for fees is extended one final time to 30 days after the conclusion of the settlement conference if necessary. Mailed notice (jp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.