## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

National Institute of Family Life Advocates, et al.
                                    Plaintiff,

v.                                                                              Case No.: 3:23−cv−50279
                                                                             Honorable Iain D. Johnston

Kwame Raoul
                                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, March 22, 2024:

      MINUTE entry before the Honorable Iain D. Johnston: An in−person settlement conference is set for 4/30/2024 at 10:00 AM. Plaintiffs' initial settlement letter due to Defendants and chambers by 4/10/2024. Defendant's letter in response due to Plaintiff and chambers by 4/24/2024. Confidential letters due to chambers by end of business on 4/26/2024. Confidential letters are not to be filed or shared with the other side. Parties shall refer to Judge Johnston's webpage at www.ilnd.uscourts.gov and comply with the Standing Order on Settlement Conferences. Counsel, parties and persons with full settlement authority must personally appear per the Court's standing order. (yxp, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.