IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois,<br><br>    Defendant. | No. 3:23-cv-50279<br><br>Honorable Iain D. Johnston, District Judge<br><br>Honorable Lisa A. Jensen, Magistrate Judge |

## JOINT MOTION FOR EXTENSION OF TIME

The parties have reached an agreement to resolve their dispute regarding Plaintiffs' costs of litigation, including reasonable attorneys' fees and expenses, under 42 U.S.C. § 1988 ("fees and costs"). The payment pursuant to the agreement will not be completed before Plaintiffs' deadline to file a motion seeking fees and costs on July 2. ECF 56. Therefore, the parties jointly move the Court to extend the deadline for Plaintiffs' motion to August 2. When Plaintiffs receive payment pursuant to the parties' agreement, they will notify the Court and no motion will be filed. The parties appreciate the Court's assistance in helping to resolve this dispute.

Dated: June 27, 2024

Respectfully submitted,

/s/ Peter Breen (with permission)
Peter Breen
Thomas More Society
309 West Washington Street, Suite 1250
Chicago, IL 60606
312-782-1680
pbreen@thomasmoresociety.org

*Counsel for Plaintiffs*

/s/ Darren Kinkead
Darren Kinkead
Office of the Attorney General
115 South LaSalle Street
Chicago, IL 60603
773-590-6967
darren.kinkead@ilag.gov

*Counsel for Defendant*