# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | |
|---|---|
| NATIONAL INSTITUTE OF FAMILY AND LIFE ADVOCATES et al., <br><br> Plaintiffs, <br><br> v. <br><br> KWAME RAOUL, in his official capacity as Attorney General of the State of Illinois, <br><br> Defendant. | No. 3:23-cv-50279 <br><br> Honorable Iain D. Johnston, District Judge <br><br> Honorable Lisa A. Jensen, Magistrate Judge |

## PLAINTIFFS' NOTICE OF PAYMENT

Pursuant to the Parties' Joint Motion for Extension of Time, ECF No. 57, Plaintiffs hereby notify the Court they have received from Defendant payment for Plaintiffs' costs of litigation under 42 U.S.C. § 1988 (including reasonable attorneys' fees and costs) in the amount agreed by the parties. Plaintiffs thank the Court for its time and attention to this matter.

Respectfully submitted,

THOMAS MORE SOCIETY

/s/Peter Breen
/s/Michael G. McHale

Peter Breen
Michael G. McHale
THOMAS MORE SOCIETY
309 W Washington St, Ste 1250
Chicago, Illinois 60606
(312) 782-1680
pbreen@thomasmoresociety.org
mmchale@thomasmoresociety.org
*Counsel for Plaintiffs*